United States District Court
District of Connecticut
FILED AT HARTFORD
July 19, 2016
Roberta D. Tabora, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAMS,

    Plaintiff,

v.

MURPHY, et al.,

    Defendants.

No. 3:13-cv-1154 (MPS)

**VERDICT FORM**

A. <u>**Eighth Amendment Right To Be Free From Cruel and Unusual Punishment**</u>

1. Did Mr. Williams prove, by a preponderance of the evidence, that Dennis Marinelli violated Mr. Williams's rights under the Eighth Amendment by being deliberately indifferent to his physical safety?

   Yes: **X**     No: ____

2. Did Mr. Williams prove, by a preponderance of the evidence, that Melvin Saylor violated Mr. Williams's rights under the Eighth Amendment by being deliberately indifferent to his physical safety?

   Yes: ____     No: **X**

3. Did Mr. Williams prove, by a preponderance of the evidence, that Alphonso Lindsey violated Mr. Williams's rights under the Eighth Amendment by being deliberately indifferent to his physical safety?

   Yes: ____     No: **X**

4. Did Mr. Williams prove, by a preponderance of the evidence, that Dishanda Robinson violated Mr. Williams's rights under the Eighth Amendment by being deliberately indifferent to his physical safety?

   Yes: ____     No: **X**

*If you have answered "Yes" to a question in Part A, continue to Part B. If you answered "No" to all questions in Part A, skip all questions in Part B, and continue to Part C.*

## B. Damages

### 1. Compensatory Damages

If you answered "Yes" to a question in **Part A**, what amount of compensatory damages do you find will reasonably compensate Mr. Williams for the injuries proximately caused by the Defendant's (or Defendants') conduct?

| | |
|---|---|
| **Dennis Marinelli**: | $ 250,000 |
| **Melvin Saylor**: | $ 0 |
| **Alphonso Lindsey**: | $ 0 |
| **Dishanda Robinson**: | $ 0 |
| **Total Compensatory Damages**: | $ 250,000 |

### 2. Nominal Damages

If you answered "Yes" to a question in **Part A** *but found that Mr. Williams is not entitled to any compensatory damages in Part B.1*, indicate below that Mr. Williams is entitled to $10.00 in nominal damages:

| | |
|---|---|
| **Dennis Marinelli**: | $ 0 |
| **Melvin Saylor**: | $ 0 |
| **Alphonso Lindsey**: | $ 0 |
| **Dishanda Robinson**: | $ 0 |
| **Total Nominal Damages**: | $ 0 |

### 3. Punitive Damages

If you answered "Yes" to a question in **Part A**, do you choose to award punitive damages

against any of the following Defendants as to whom you answered "Yes" in **Part A** in order to punish or deter similar conduct?

| | | |
|---|---|---|
| **Dennis Marinelli** | Yes: X | No: ___ |
| **Melvin Saylor** | Yes: ___ | No: X |
| **Alphonso Lindsey** | Yes: ___ | No: X |
| **Dishanda Robinson** | Yes: ___ | No: X |

If you answered "Yes" as to any Defendant immediately above, what amount of money do you award as punitive damages against that Defendant? *(For any Defendant for which you answered "No" to the preceding question, your response immediately below for that Defendant should be left blank.)*

| | |
|---|---|
| **Dennis Marinelli:** | $ 400,000 |
| **Melvin Saylor:** | $ 0 |
| **Alphonso Lindsey:** | $ 0 |
| **Dishanda Robinson:** | $ 0 |
| **Total Punitive Damages:** | $ 400,000 |

C. **Signature**

The foreperson should sign and date this form and notify the marshal that you have reached a verdict. Your verdict will then be returned to the Court.

_[signed]_ Foreperson    Dated 7/19/16

-3-