UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD WILLIAMS<br><br>      Plaintiff,<br><br>v.<br><br>PETER MURPHY, ET AL.,<br><br>      Defendants. | Case No.: 3:13-cv-01154-MPS<br><br><br><br><br><br>AUGUST 17, 2017 |

## PLAINTIFF'S MOTION FOR AID OF JUDGMENT

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, plaintiff Rashad Williams respectfully requests that the Court declare that Connecticut's cost of incarceration statute, codified at Conn. Gen. Stat. § 18-85b, conflicts with 42 U.S.C. § 1983 in such a way as to stand as a substantial obstacle to Congress's goals and that, as a result and as applied to Williams's judgment, §18-85b is preempted by federal law.

Williams therefore respectfully requests that the Court order the State of Connecticut to pay the remainder of the outstanding judgment.


Respectfully submitted,        By: */s/ J. Tyler Butts*
                      Linda L. Morkan
                      J. Tyler Butts
                      ROBINSON & COLE LLP
                      280 Trumbull Street
                      Hartford, CT  06103-3597
                      Tel:  860-275-8200
                      Fax:  860-275-8299
                      *Counsel for Plaintiff Rashad Williams*

**CERTIFICATION**

  I hereby certify that on August 17, 2017 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  Furthermore, pursuant to Federal Rule of Civil Procedure 5.1(a)(2), I certify that a copy of the foregoing was sent via certified mail to:

  Attorney General George Jepsen
  55 Elm Street
  Hartford, CT 06106

                 By: */s/ J. Tyler Butts*
                    J. Tyler Butts