**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

Date: May 07, 2018
Docket #: 18-1263
Short Title: Williams v. Murphy

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 13-cv-1154
DC Court: CT (NEW HAVEN)
DC Judge: Shea
DC Judge: Martinez

## INITIAL NOTICE OF STAY OF APPEAL

A notice of appeal was filed in this case on April 26, 2018. Since at least one motion cited in FRAP 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8505.

Case 3:13-cv-01154-MPS Document 292-1 Filed 06/04/18 Page 7 of 43

APPEAL,CLOSED,DFM,EFILE,PRISSCAN,PROSE,REFCNF

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:13-cv-01154-MPS

| | |
|---|---|
| Williams v. Murphy et al | Date Filed: 08/09/2013 |
| Assigned to: Judge Michael P. Shea | Date Terminated: 07/20/2016 |
| Referred to: Judge Donna F. Martinez (Settlement) | Jury Demand: Plaintiff |
| Demand: $28,000,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Rashad Williams**                     represented by **John L. Laudati**
Murphy Laudati Kiel Buttler &
Rattigan, LLC
10 Talcott Notch
Suite 120
Farmington, CT 06032
860-674-8296
Fax: 860-674-0850
Email: jlaudati@mlkbr.com
*TERMINATED: 06/30/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josiah T.D. Butts**
Robinson & Cole, LLP-HTFD
280 Trumbull St.
Hartford, CT 06103
860-275-8226
Fax: 860-275-8299
Email: jbutts@rc.com
*ATTORNEY TO BE NOTICED*

**Linda L. Morkan**
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8200
Email: lmorkan@rc.com
*ATTORNEY TO BE NOTICED*

**Paul F. Thomas**
Duffy Law, LLC
770 Chapel St. Suite 4F

New Haven, CT 06510
203-946-2000
Email: paul@DuffyLawCT.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Murphy**
*Individual and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Quiros**
*Individually and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Cahill**
*Individually and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Marinelli**                        represented by    **DeAnn S. Varunes**
*Individual and in their official*                      Attorney General's Office - Sherman St
*capacities*                                            (Htfd)
                                                        110 Sherman St.
                                                        Hartford, CT 06105
                                                        860-808-5450
                                                        Fax: 860-808-5591
                                                        Email: deann.varunes@ct.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert B. Fiske , III**
                                                        Attorney General's Office
                                                        Public Safety & Special Revenue
                                                        MacKenzie Hall, 110 Sherman St.
                                                        Hartford, CT 06105
                                                        860-808-5450
                                                        Fax: 860-808-5591
                                                        Email: robert.fiske@ct.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Carmel A. Motherway**
Attorney General's Office
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: carmel.motherway@ct.gov
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: terrence.oneill@ct.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Powers**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Butkiewicus**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Sailor**                                    represented by  **DeAnn S. Varunes**
*Individually and in their official*                          (See above for address)
*capacities*                                                  *LEAD ATTORNEY*
*TERMINATED: 09/15/2014*                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**UConn**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Lindsey**                                   represented by  **DeAnn S. Varunes**
*Individually and in their official*                          (See above for address)
*capacities*                                                  *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| | | **Robert B. Fiske , III** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Carmel A. Motherway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robinson**                              represented by **DeAnn S. Varunes**
*Individually and in their official*                      (See above for address)
*capacities*                                              *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Robert B. Fiske , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel A. Motherway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fran**
*Dr., Individually and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Redding**
*Individually and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Jill Doe**
*Individually and in their official*
*capacities*
*TERMINATED: 09/15/2014*

**Defendant**

**Mike Doe**
*Individually and in their official*
*capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Jill Haga**                                    represented by  **DeAnn S. Varunes**
*Individually and in their official*                            (See above for address)
*capacities*                                                    *LEAD ATTORNEY*
*TERMINATED: 07/18/2016*                                        *ATTORNEY TO BE NOTICED*

                                                                **Robert B. Fiske , III**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Carmel A. Motherway**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Saylor**                                       represented by  **DeAnn S. Varunes**
*Individually and in their official*                            (See above for address)
*capacities*                                                    *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert B. Fiske , III**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Carmel A. Motherway**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Terrence M. O'Neill**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Wilbur**                                  represented by  **DeAnn S. Varunes**
*TERMINATED: 07/12/2016*                                        (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert B. Fiske , III**
                                                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel A. Motherway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Notice**

**State of Connecticut**                    represented by **Maura Murphy-Osborne**
Attorney General's Office -Elm Htfd
55 Elm Street
P.O. Box 120
Hartford, CT 06141
860-808-5020
Fax: 860-808-5347
Email: maura.murphyosborne@ct.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

**ACLU Foundation of Connecticut**          represented by **Dan Barrett**
*ACLU Foundation of Connecticut*            American Civil Liberties Union - CT
765 Asylum Ave., 1st Floor
Hartford, CT 06105
860-471-8471
Email: dbarrett@acluct.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2018 | 289 | NOTICE OF APPEAL as to 280 Order on Motion for Order, Order on Motion for Release of Funds by Marinelli. Filing fee $ 505. Document number 288 corrected. (Fanelle, Nicholas) (Entered: 04/27/2018) |
| 04/26/2018 | 288 | ENTERED IN ERROR - NOTICE by Marinelli *of Appeal* (Varunes, DeAnn) Modified on 4/27/2018 (Fanelle, Nicholas). (Entered: 04/26/2018) |
| 04/16/2018 | | Set Deadlines as to 286 MOTION for Reconsideration re 280 Order on Motion for Order,, Order on Motion for Release of Funds, . Responses due by 5/7/2018 (Johnson, D.) (Entered: 04/17/2018) |
| 04/16/2018 | 287 | ORDER. The plaintiff shall file any response to the motion for 286 reconsideration on or before May 7, 2018. <br><br> Signed by Judge Michael P. Shea on 4/16/2018. (Self, A.) (Entered: 04/16/2018) |
| 04/12/2018 | 286 | MOTION for Reconsideration re 280 Order on Motion for Order,, Order on Motion for Release of Funds, by Marinelli. (Attachments: # 1 Supplement)(Varunes, DeAnn) (Entered: 04/12/2018) |

Case 3:13-cv-01154-MPS Document 292-1 Filed 06/04/18 Page 7 of 75

| 04/12/2018 | ⛗ 285 | MOTION for Cost and Fees *(Plaintiff's Renewed Motion for Costs)* by Rashad Williams.Responses due by 5/3/2018 (Butts, Josiah) (Entered: 04/12/2018) |
|---|---|---|
| 04/06/2018 | 284 | ORDER. The 283 motion for extension of time is hereby GRANTED. The defendant will have until April 12, 2018 to file a motion for reconsideration of the Court's 280 Order.<br><br>Signed by Judge Michael P. Shea on 4/6/2018. (Self, A.) (Entered: 04/06/2018) |
| 04/05/2018 | 283 | MOTION for Extension of Time until April 12, 2018 to file a Motion for Reconsideration by Marinelli. (Varunes, DeAnn) (Entered: 04/05/2018) |
| 04/05/2018 | 282 | ORDER. The 281 motion for extension of time is hereby GRANTED. The State of Connecticut shall have until April 12, 2018 to file a motion for reconsideration of the Court's 280 Order.<br><br>Signed by Judge Michael P. Shea on 4/5/2018. (Self, A.) (Entered: 04/05/2018) |
| 04/04/2018 | 281 | First MOTION for Extension of Time until April 12, 2018 to file motion for reconsideration by State of Connecticut. (Murphy-Osborne, Maura) (Entered: 04/04/2018) |
| 03/29/2018 | 280 | ORDER. For the reasons set forth in the attached ruling, the 240 motion for aid of judgment is hereby GRANTED IN PART AND DENIED IN PART, and the 256 motion to unfreeze assets is hereby DENIED.<br><br>Any supplemental briefs directed to the calculation of post-judgment interest shall be filed within **7 days of this order** and shall be limited to 5 pages. (See fn. 22 of attached ruling).<br><br>Signed by Judge Michael P. Shea on 3/29/2018. (Self, A.) Modified on 4/13/2018 to flag ruling as an opinion (Hernandez, T.). (Entered: 03/29/2018) |
| 03/28/2018 | 279 | TRANSCRIPT of Proceedings: Type of Hearing: Telephone Status Conference. Held on July 26, 2017 before Judge Michael Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/18/2018. Redacted Transcript Deadline set for 4/28/2018. Release |

| | | of Transcript Restriction set for 6/26/2018. (Marshall, M.) (Entered: 03/28/2018) |
|---|---|---|
| 03/16/2018 | 278 | RESPONSE re 275 Order,, by Rashad Williams. (Attachments: # 1 Exhibit A)(Butts, Josiah) (Entered: 03/16/2018) |
| 03/16/2018 | 277 | RESPONSE re 275 Order,, filed by Marinelli. (Varunes, DeAnn) (Entered: 03/16/2018) |
| 03/14/2018 | 276 | Minute Entry. Proceedings held before Judge Michael P. Shea: taking under advisement 240 Motion for Order; taking under advisement 256 Motion for Release of Funds; Motion Hearing held on 3/14/2018 re 256 MOTION for Release of Funds filed by Rashad Williams, 240 MOTION for Aid of Judgment Order filed by Rashad Williams. Total Time: 1 hours and 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/15/2018) |
| 03/14/2018 | 275 | ORDER. The parties shall file on the docket by close of business on Friday, March 16, 2018, a statement indicating their understanding of the following: (1) any agreements concerning the amount of interest owed on Mr. Williams' judgment and whether it has been paid in full; (2) any remaining disputes between the parties concerning the post-judgment interest; and (3) any documents filed on the docket or otherwise indicating the presence of such agreements or disputes.<br><br>Signed by Judge Michael P. Shea on 3/14/2018. (Self, A.) (Entered: 03/14/2018) |
| 02/20/2018 | 274 | ORDER. Writ of Habeas Corpus Ad Testificandum issued as to Rashad L. Williams.<br><br>Signed by Judge Michael P. Shea on 2/20/2018. (Self, A.) (Entered: 02/20/2018) |
| 02/15/2018 | 273 | NOTICE of Hearing on Motion re: 240 MOTION for Aid of Judgment Order, 256 MOTION for Release of Funds . ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 3/14/2018 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea Signed by Judge Michael P. Shea on 2/15/18.(Johnson, D.) (Entered: 02/15/2018) |
| 02/15/2018 | 272 | ORDER. The 271 motion to continue oral argument is hereby GRANTED. The oral argument referenced in the Court's 270 order is hereby rescheduled to Wednesday, March 14, 2018 at 10:00 A.M.<br><br>Signed by Judge Michael P. Shea on 2/15/2018. (Self, A.) (Entered: 02/15/2018) |
| 02/14/2018 | 271 | |

| | | MOTION to Continue *Oral Argument* by State of Connecticut. (Murphy-Osborne, Maura) (Entered: 02/14/2018) |
|---|---|---|
| 02/12/2018 | | Set/Reset Deadlines as to 240 MOTION for Aid of Judgment Order, 256 MOTION for Release of Funds . Motion Hearing set for 3/6/2018 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/13/2018) |
| 02/12/2018 | 270 | ORDER. Oral argument will be held in this case on March 6, 2018, at 10:00 A.M. on the plaintiff's 240 motion for aid of judgment and 256 motion for release of funds. The parties should also be prepared to address the pending 11 motion to remand to state court in State of Connecticut v. Williams (17cv2023).<br><br>Signed by Judge Michael P. Shea on 2/12/2018. (Self, A.) (Entered: 02/12/2018) |
| 01/31/2018 | 269 | REPLY to Response to 240 MOTION for Aid of Judgment Order *and in Further Support of said Motion* filed by Rashad Williams. (Butts, Josiah) (Entered: 01/31/2018) |
| 01/17/2018 | 268 | RESPONSE re 240 MOTION for Aid of Judgment Order, 243 Order,,,,,,,,,,,,, filed by State of Connecticut. (Murphy-Osborne, Maura) (Entered: 01/17/2018) |
| 12/27/2017 | 267 | REPLY to Response to 256 MOTION for Release of Funds filed by Rashad Williams. (Butts, Josiah) (Entered: 12/27/2017) |
| 12/13/2017 | 266 | OBJECTION *To Plaiintiff's Motion To Unfreeze Assets* filed by State of Connecticut. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(O'Neill, Terrence) (Entered: 12/13/2017) |
| 12/05/2017 | 265 | NOTICE of Related Case by Rashad Williams (Butts, Josiah) (Entered: 12/05/2017) |
| 12/05/2017 | 264 | NOTICE AND ORDER. In light of the possibility that the Court will permit multiple rounds of briefing in the event that the ACLU files an amicus brief, and in light of the questions raised by the plaintiff's 256 motion for release of funds, the State shall be required to file any substantive arguments concerning the plaintiff's 240 motion for aid of judgment only along with an intervention request by January 17, 2018. This does not affect the deadline, however, for the State to respond to the plaintiff's 256 motion for release of funds under Local Rule 7(a)(2). At this point, the Court is not inclined to extend that deadline because the 256 motion raises serious questions and refers to proceedings that are not before the Court, proceedings that may interfere with the plaintiff's ability to enforce the judgment of this Court. Once the facts and issues related to the motion for release of funds become clearer, however, the Court will consider the possibility of permitting supplemental briefing either as to the motion to for release of funds or as to issues affecting both of the plaintiff's collection-related motions. |

| | | Signed by Judge Michael P. Shea on 12/5/2017. (Self, A.) (Entered: 12/05/2017) |
|---|---|---|
| 12/04/2017 | 263 | RESPONSE TO 258 Order, by State of Connecticut filed by State of Connecticut. (Murphy-Osborne, Maura) (Entered: 12/04/2017) |
| 12/04/2017 | 262 | NOTICE of Appearance by Maura Murphy-Osborne on behalf of State of Connecticut (Murphy-Osborne, Maura) (Entered: 12/04/2017) |
| 12/04/2017 | 261 | ORDER. The 260 motion for leave to file amicus brief is hereby GRANTED. Signed by Judge Michael P. Shea on 12/4/2017. (Self, A.) (Entered: 12/04/2017) |
| 12/01/2017 | 260 | MOTION for Leave to File *Amicus Brief* by ACLU Foundation of Connecticut. (Barrett, Dan) (Entered: 12/01/2017) |
| 12/01/2017 | 259 | NOTICE of Appearance by Dan Barrett on behalf of ACLU Foundation of Connecticut (Barrett, Dan) (Entered: 12/01/2017) |
| 11/27/2017 | | Set Deadlines/Hearings: Show Cause Response due by 12/4/2017 (Johnson, D.) (Entered: 11/28/2017) |
| 11/27/2017 | 258 | ORDER. In light of the plaintiff's 255 objection, the State shall have until Monday, December 4, 2017 to show cause as to why the Court should not require it to file any substantive arguments along with an intervention request by January 17, 2018. Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/22/2017 | 257 | Memorandum in Support re 256 MOTION for Release of Funds filed by Rashad Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Butts, Josiah) (Entered: 11/22/2017) |
| 11/22/2017 | 256 | MOTION for Release of Funds by Rashad Williams. (Butts, Josiah) (Entered: 11/22/2017) |
| 11/22/2017 | 255 | OBJECTION re 253 Second MOTION for Extension of Time until January 17, 2018 to file a motion to intervene 251 Order on Motion for Extension of Time,, filed by Rashad Williams. (Butts, Josiah) (Entered: 11/22/2017) |
| 11/17/2017 | 254 | ORDER. The 253 motion for extension of time to file a motion to intervene is hereby GRANTED. Further extensions are unlikely. Signed by Judge Michael P. Shea on 11/17/2017. (Self, A.) (Entered: 11/17/2017) |
| 11/16/2017 | 253 | Second MOTION for Extension of Time until January 17, 2018 to file a motion to intervene 251 Order on Motion for Extension of Time,, by Lindsey, Marinelli, Saylor. (Varunes, DeAnn) (Entered: 11/16/2017) |
| 10/23/2017 | 252 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings: Type of Hearing: Telephone Status Conference. Held on July 26, 2017 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 11/13/2017. Redacted Transcript Deadline set for 11/23/2017. Release of Transcript Restriction set for 1/21/2018. (Marshall, M.) (Entered: 10/23/2017) |
| 10/17/2017 | 251 | ORDER. The 250 motion for extension of time to file a motion to intervene is hereby GRANTED. In addition, because of the novelty of the issue involved in this case and its potential importance, the parties are invited to solicit participation by potentially interested amici curiae, including any organizations interested in prisoner rights as well as organizations devoted to the interests of prison administrators and/or corrections personnel. Any applications to file amicus briefs must be filed within 45 days of this order.<br><br>Signed by Judge Michael P. Shea on 10/17/2017. (Self, A.) (Entered: 10/17/2017) |
| 10/16/2017 | 250 | MOTION for Extension of Time until November 17, 2017 to file a motion to intervene 243 Order,,,,,,,,,,, by Marinelli. (Varunes, DeAnn) (Entered: 10/16/2017) |
| 10/13/2017 | 249 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 10/13/2017. Case did not settle. If there comes a time when counsel agree that another settlement conference is likely to be productive, they may request a conference by contacting Judge Martinez's chambers. Total Time: 2 hours (Martinez, Donna) (Entered: 10/13/2017) |
| 10/04/2017 | | Set Deadlines/Hearings: Settlement Conference set for 10/13/2017 at 10:45 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. (Wood, R.) (Entered: 10/05/2017) |
| 10/04/2017 | 248 | ORDER : AMENDED Writ of Habeas Corpus issued for the attendance of the plaintiff at the 10/13/17 settlement conference reflecting the revised start time. The Clerk of the Court shall send a copy of this order to the DOC. Signed by Judge Donna F. Martinez on 10/4/17. (Constantine, A.) (Entered: 10/04/2017) |
| 10/04/2017 | 247 | |

| | | |
|---|---|---|
| | | ORDER : Due to a change in the court's calendar, the settlement conference scheduled for 10/13/17 shall start at 10:45 a.m. and shall conclude by no later than 2:30. Signed by Judge Donna F. Martinez on 10/4/17.(Constantine, A.) (Entered: 10/04/2017) |
| 09/25/2017 | 246 | Writ of Habeas Corpus issued for the attendance of the plaintiff at the 10/13/17 settlement conference. The Clerk of the Court shall send a copy of this order to the DOC. Signed by Judge Donna F. Martinez on 9/25/17. (Constantine, A.) (Entered: 09/25/2017) |
| 09/13/2017 | | Filing fee received from Rashad Williams: $ 350, receipt number CTXB8494 (Gould, K.) (Entered: 09/21/2017) |
| 08/29/2017 | 245 | ORDER : Corrected settlement conference order attached. (Constantine, A.) (Entered: 08/29/2017) |
| 08/24/2017 | 244 | ORDER : A settlement conference is scheduled for 10/13/2017 at 1:00 PM in Chambers Room 262, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Please see the attached order for important instructions and deadlines. (Constantine, A.) (Entered: 08/24/2017) |
| 08/18/2017 | 243 | ORDER. Plaintiff has filed a notice of constitutional question under Fed. R. Civ. P. 5.1(a)(1)(B). Under 28 U.S.C. § 2403, the Court must certify to the state attorney general that there is a constitutional challenge to a state statute. Although Plaintiff points out that the Connecticut Attorney General is already on notice of this issue because members of his office have represented the defendant from the outset, the Court will nonetheless invoke the formal certification procedure. The question of preemption is a constitutional one, as the Supreme Court and other federal courts have recognized. *Crosby v. National Foreign Trade Council*, 530 U.S. 363, 388 (2000)(holding statute "preempted, and its application is unconstitutional, under the Supremacy Clause"); *In re Collier*, 2009 WL 5441950 (N.D. Cal. Jan. 5, 2009)("[T]he Court tentatively held that Cal. Rev. & Tax Code § 4103(b) violated the Supremacy Clause of the United States Constitution and was therefore void. Before making its ruling final, the Court gave notice to the California Attorney General of its right to intervene and brief the issue pursuant to § 2403(b)."); *Hawaii v. American Ins. Co.* , 1991 WL 311868 (D. Haw. July 18, 1991)("The State, on invitation of this court, has moved to intervene on the ground that the validity of H.R.S. § 507-17 under the Supremacy Clause of the United States Constitution has been challenged."); *Frazier v. Marine Midland Bank, N.A.* , 702 F. Supp. 1000, 1002 (W.D.N.Y. 1988)(granting "the application of the State of New York to intervene pursuant to 28 U.S.C. § 2403(b)" in suit challenging whether New York Banking Law violated the Supreme Clause).<br><br>The Court hereby certifies to the Connecticut Attorney General that Plaintiff has raised a constitutional challenge to Connecticut's costs of incarceration statute, Conn. Gen. Stat. § 18-85b, as detailed in Plaintiff's notice of constitutional question, motion in aid of judgment, and memorandum in support of that motion. The Connecticut Attorney |

| | | General may now intervene within **sixty (60) days** of this order with respect to the following question: |
|---|---|---|
| | | 1. Whether Connecticut's cost of incarceration statute -- Conn. Gen. Stat. § 18-85b -- conflicts with 42 U.S.C. § 1983 in such a way as to stand as a substantial obstacle to Congress's goals and whether Conn. Gen. Stat. § 18-85b is therefore preempted by federal law as applied to Plaintiff's judgment in this case. |
| | | The Clerk is directed to provide a copy of this order, as well as a copy of Plaintiff's 242 notice of constitutional question, 240 motion in aid of judgment, and 241 memorandum in support of that motion, to the Connecticut Attorney General at 55 Elm St., Hartford, CT 06106. |
| | | Signed by Judge Michael P. Shea on 8/18/2017. (Howard, H.) (Entered: 08/18/2017) |
| 08/17/2017 | 242 | NOTICE by Rashad Williams re 240 MOTION for Aid of Judgment Order, 241 Memorandum in Support of Motion *(Notice of Constitutional Question)* (Butts, Josiah) (Entered: 08/17/2017) |
| 08/17/2017 | 241 | Memorandum in Support re 240 MOTION for Aid of Judgment Order filed by Rashad Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Butts, Josiah) (Entered: 08/17/2017) |
| 08/17/2017 | 240 | MOTION for Aid of Judgment Order by Rashad Williams. (Butts, Josiah) (Entered: 08/17/2017) |
| 07/26/2017 | 239 | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 7/26/2017. 24 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/27/2017) |
| 07/26/2017 | 238 | ORDER. As discussed at the telephonic status conference, Plaintiff's anticipated motion concerning the State's ability to impose a lien on Plaintiff's damages award is due on or before **August 18, 2017**.

Signed by Judge Michael P. Shea on 7/26/2017. (Howard, H.) (Entered: 07/26/2017) |
| 07/21/2017 | 237 | NOTICE of Appearance by Terrence M. O'Neill on behalf of Lindsey, Marinelli, Robinson, Saylor (O'Neill, Terrence) (Entered: 07/21/2017) |
| 07/19/2017 | | Set Deadlines/Hearings: Telephonic Status Conference set for 7/26/2017 03:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 07/20/2017) |
| 07/19/2017 | 236 | ORDER. On **July 26, 2017 at 3:00 pm**, the Court will host a telephonic status conference. Chambers will provide counsel dial-in information for the conference via email.

Signed by Judge Michael P. Shea on 7/19/2017. (Howard, H.) (Entered: 07/19/2017) |

Case 3:13-cv-01154-MPS Document 290-1 Filed 06/04/18 Page 15 of 75

| 07/19/2017 | 235 | ORDER. The 234 motion for extension of time to file motion for costs is hereby **GRANTED**. Plaintiff shall file a motion for costs **14 days** after the Court rules on Plaintiff's anticipated motion concerning the State's ability to impose a statutory lien on Plaintiff's damages award.<br><br>Signed by Judge Michael P. Shea on 7/19/2017. (Howard, H.) (Entered: 07/19/2017) |
| 07/18/2017 | 234 | MOTION for Extension of Time until 14 Days Following An Adjudication of Williams' Forthcoming Motion Concerning Costs Of Incarceration Issue. To File Motion For Costs by Rashad Williams. (Butts, Josiah) (Entered: 07/18/2017) |
| 07/11/2017 | 233 | Docket Entry Entered in Error, Correction re 232 Order on Pretrial Deadlines. (Hernandez, T.) (Entered: 07/11/2017) |
| 07/07/2017 | 232 | ENTERED IN ERROR- Order on Pretrial Deadlines: Motions to Dismiss due on 10/7/2017. Amended Pleadings due by 9/5/2017. Discovery due by 1/6/2018. Dispositive Motions due by 2/5/2018.<br>Signed by Clerk on 07/07/2017.(Hernandez, T.) Modified on 7/11/2017 due to entered in error, wrong case (Hernandez, T.). (Entered: 07/11/2017) |
| 07/05/2017 | 231 | MANDATE of USCA dated 07/05/2017 Withdrawing 224 Notice of Appeal filed by Saylor, Marinelli, Robinson, Lindsey (Hernandez, T.) (Entered: 07/11/2017) |
| 07/05/2017 | 230 | NOTICE of Appearance by Linda L. Morkan on behalf of Rashad Williams (Morkan, Linda) (Entered: 07/05/2017) |
| 07/05/2017 | 229 | NOTICE of Appearance by Josiah T.D. Butts on behalf of Rashad Williams (Butts, Josiah) (Entered: 07/05/2017) |
| 03/29/2017 | 228 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 3/29/2017. Settlement appears unlikely. However, if the parties agree that another conference is likely to be productive, they may request one by contacting Judge Martinez's chambers. Total Time: 1 hours and 30 minutes (Martinez, Donna) (Entered: 03/29/2017) |
| 03/23/2017 | 227 | ORDER : A followup settlement conference is scheduled for Wednesday, 3/29/2017 at 10:30 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Martinez. Counsel shall attend in person and the plaintiff shall appear by videoconference. Chambers shall make the necessary arrangements. (Constantine, A.) (Entered: 03/23/2017) |
| 03/22/2017 | 226 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 3/22/2017. Total Time: 3 hours and 45 minutes (Constantine, A.) (Entered: 03/23/2017) |
| 03/13/2017 | 225 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 224 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the |

| | | Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none. (Shafer, J.) (Entered: 03/15/2017) |
|---|---|---|
| 03/13/2017 | 224 | NOTICE OF APPEAL as to 220 Judgment, by Lindsey, Marinelli, Robinson, Saylor. Filing fee $ 505, receipt number 0205-4329018. (Varunes, DeAnn) (Entered: 03/13/2017) |
| 03/06/2017 | 223 | ORDER regarding settlement conference submissions. See attached. Signed by Judge Donna F. Martinez on 3/6/17.(Constantine, A.) (Entered: 03/06/2017) |
| 03/06/2017 | 222 | ORDER : Writ of habeas corpus for plaintiff to attend the March 22, 2017 settlement conference. (Constantine, A.) (Entered: 03/06/2017) |
| 03/06/2017 | 221 | ORDER : A settlement conference is scheduled for 3/22/2017 at 1:00 PM in Chambers Room 262, 450 Main St., Hartford, CT before Judge Donna F. Martinez. An order regarding ex parte submissions will be issued in due course. (Constantine, A.) (Entered: 03/06/2017) |
| 02/24/2017 | 220 | AMENDED JUDGMENT entered in favor of Rashad Williams against Marinelli.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Clerk on 2/24/17.(Johnson, D.) Modified on 2/24/2017 to correct text(Johnson, D.). (Entered: 02/24/2017) |
| 02/16/2017 | 219 | ORDER. The 217 motion for costs and fees is hereby DENIED without prejudice to refiling such motion as outlined below. Under D. Conn. L. R. 54(c)1, a prevailing party may recover as costs "[f]ees of the Clerk and Marshal" which "include the filing fees of the complaint." D. Conn. L. R. 54 (c)1. But under D. Conn. L. R. 54(a), a party may only move for such costs either when: (1) if no appeal is filed, "within fourteen (14) days after the District Court judgment becomes final due to the expiration of the appeal period" or (2) if an appeal is filed, "within fourteen (14) days after the issuance of a mandate." D. Conn. L. R. 54(a). At either time, the party must "file with the Clerk and serve on all other parties a verified bill of costs pursuant to 28 U.S.C. §§ 1821, 1920, 1923 and 1924, setting forth each item of costs that is claimed." *Id.* The requisite time has not elapsed for Williams to file such a motion.<br><br>Therefore, Williams may renew his motion for costs and fees (1) if Defendant Marinelli does not appeal, no later than 14 days after the expiration of the appeal period - thirty days from the entry of judgment, or (2) if Defendant Marinelli does appeal, within 14 days *after* the issuance of the mandate by the appeals court. The Court notes that it would be inappropriate and premature for the Court to rule on any such motion before one of those times.<br><br>Signed by Judge Michael P. Shea on 2/16/2017. (Howard, H.) (Entered: 02/16/2017) |

| 02/16/2017 | 218 | ORDER. Williams having accepted the Courts remittitur by filing his 216 notice of acceptance of a remitted punitive damages award, the Clerk is directed to prepare a second amended judgment to supersede the Amended Judgment (ECF No. 178) and to reflect the entry of judgment in the total amount of $300,000, which represents $250,000 in compensatory damages and $50,000 in punitive damages.<br><br>Signed by Judge Michael P. Shea on 2/16/2017. (Howard, H.) (Entered: 02/16/2017) |
|---|---|---|
| 02/15/2017 | 217 | MOTION for Cost and Fees by Rashad Williams. Responses due by 3/8/2017. (Attachments: # 1 Exhibit A) (Shafer, J.) (Entered: 02/15/2017) |
| 02/15/2017 | 216 | NOTICE of Acceptance of a Remitted Punitive Damages Award by Rashad Williams. (Shafer, J.) (Entered: 02/15/2017) |
| 02/10/2017 | | DOCKET ENTRY CORRECTION RE: 215 ORDER denying 168 Motion for Judgment as a Matter of Law as to Defendant Marinelli and DENIED AS MOOT as to the remaining defendants. Signed by Judge Michael P. Shea on 2/10/16. (Johnson, D.) (Entered: 02/13/2017) |
| 02/10/2017 | 215 | ORDER: In accordance with, and as explained in, the Court's ruling on post-verdict motions [ECF No. 214], the oral motion for judgment as matter of law by defendants [ECF No. 168] is **DENIED** as to Defendant Marinelli and **DENIED AS MOOT** as to the remaining defendants (at trial, the court granted the oral motion for judgment as a matter of law as to Defendant Haga); the oral motion for judgment as a matter of law by the plaintiff [ECF No. 169] is **DENIED**; and the oral renewed motion for judgment as a matter of law by defendants [ECF No. 173] is **DENIED** as to Defendant Marinelli and **DENIED AS MOOT** as to the remaining defendants.<br><br>Signed by Judge Michael P. Shea on 2/10/2017. (Howard, H.) (Entered: 02/10/2017) |
| 02/08/2017 | 214 | ORDER. For the reasons set forth in the attached, the Court hereby rules as follows:<br>.The Court **GRANTS IN PART AND DENIES IN PART** Defendant Marinelli's motion for remittitur: the motion is denied with respect to the $250,000 compensatory damages award and granted with respect to the punitive damages award, which I find to be legally excessive. I therefore order a new trial on damages unless, within **21 days** of this ruling, Mr. Williams files a statement on the docket accepting a remitted punitive damages award of $50,000, for a total damages award of $300,000. If no such statement is filed, the new trial will cover all damages issues, not just punitive damages.<br><br>Because Mr. Williams is proceeding *pro se* and the Court's remittitur order raises complicated issues as to appealability, the Court is willing to hold a conference with the parties, in which Mr. Williams may participate by videoconference, to attempt to answer any questions either party may |

Case 3:13-cv-01154-MPS Document 290-1 Filed 06/04/18 Page 17 of 43

|            |     | have on appealability and related issues. The Court emphasizes any such conference will not be a forum for the parties to re-argue the merits of any aspect of this ruling. The sole purpose of the conference would be to assist the parties (and especially Mr. Williams, who is *pro se 1*) in understanding their options for next steps in the case. If either party desires that the Court convene such a conference, that party shall, within *7 days* of this order, file a statement on the docket so indicating. |
|------------|-----|----|
|            |     | 2.The Court **DENIES** Defendant Marinelli's motion for judgment as a matter of law and motion for a new trial (ECF No. 190). |
|            |     | 3.The Court **DENIES** Plaintiff Williams' motion for judgment as a matter of law (ECF No. 192). |
|            |     | 4.The Court **DENIES** without prejudice Plaintiff Williams' motion for reimbursement of costs of suit (ECF No. 184). |
|            |     | 5.The Court **DENIES** without prejudice Plaintiff Williams' motion to enjoin the State from imposing a statutory lien (ECF No. 185). |
|            |     | 6.The Court **DENIES AS MOOT** Plaintiff Williams' motion for clarification and motion to receive a status report (ECF Nos. 200 and 202). |
|            |     | Signed by Judge Michael P. Shea on 2/8/2017. (Howard, H.) Modified document type on 2/16/2017 (LaLone, L.). (Entered: 02/08/2017) |
| 01/25/2017 | 213 | Supplemental Memorandum in Support re 190 MOTION for Judgment as a Matter of Law MOTION for New Trial *and Motion for Remitittur* filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor. (Varunes, DeAnn) (Entered: 01/25/2017) |
| 01/18/2017 | 212 | ORDER: The plaintiff's 209 motion for costs and fees re: costs of transcripts is **GRANTED**. The Court reporter has informed the Court that she delivered the transcripts to Mr. Williams' court-appointed standby counsel on January 12, 2017. The Finance Department is directed to reimburse plaintiff's court-appointed standby counsel in the amount of $639.90 for costs of the transcripts. |
|            |     | Signed by Judge Michael P. Shea on 1/18/2017. (Howard, H.) (Entered: 01/18/2017) |
| 01/18/2017 | 211 | ORDER: The Court hereby appoints Attorney Paul Thomas as stand-by counsel for the plaintiff, nunc pro tunc, effective July 1, 2016. |
|            |     | Signed by Judge Michael P. Shea on 1/18/2017. (Howard, H.) (Entered: 01/18/2017) |
| 01/17/2017 | 210 | TRANSCRIPT of Proceedings: Type of Hearing: Excerpt - Pretrial Conference. Held on July 11, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION** |

| | | |
|---|---|---|
| | | **OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website www.ctd.uscourts.gov. Redaction Request due 2/7/2017. Redacted Transcript Deadline set for 2/17/2017. Release of Transcript Restriction set for 4/17/2017. (Marshall, M.) (Entered: 01/17/2017) |
| 01/13/2017 | [209](#) | First MOTION for Cost and Fees *re: Costs of Transcripts* by Rashad Williams.Responses due by 2/3/2017 (Thomas, Paul) (Entered: 01/13/2017) |
| 01/11/2017 | 208 | ORDER: In its motion for judgment as a matter of law (ECF #190-1), the defendant stated that he "will file a supplemental motion for judgment as a matter of law upon receipt of the entire trial transcript to support these facts with appropriate citations to the record." (ECF No. 190-1 at 3 n.1.) The Court is informed that the trial transcript is now available. In view of the passage of time since the trial and the Court's reluctance to impose a further briefing burden on the parties, the Court orders as follows: If either party wishes to do so, he may file, within 14 days, a second version of the brief he has already filed, but with citations to the trial transcript added, making only such corrections to the facts as are necessary to conform the original brief to the trial evidence and making no other changes to the brief other than as necessary to provide citations and make such corrections. (In the case of the plaintiff, the deadline will be 14 days from receipt by his Department of Corrections counselor of the transcript or delivery of the transcript to standby counsel.) If he does so, the other party may file a second version of his opposing brief with the same restrictions. No replies will be allowed. No party is required to file anything in addition to what has already been filed in response to this order. If either party believes that it is necessary to file something other than the corrected and transcript-citing briefs described in this order, that party must file a request within 7 days of this order, describing what additional briefing, if any, is requested and why the Court should allow it.<br><br>Signed by Judge Michael P. Shea on 1/11/2017. (Howard, H.) (Entered: 01/11/2017) |
| 01/10/2017 | [207](#) | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. V. Held on July 19, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request |

| | | Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/31/2017. Redacted Transcript Deadline set for 2/10/2017. Release of Transcript Restriction set for 4/10/2017. (Marshall, M.) (Entered: 01/10/2017) |
|---|---|---|
| 01/09/2017 | 206 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. IV. Held on July 18, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 205 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. III. Held on July 15, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 204 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. II. Held on July 14, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 203 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. I. Held on July 13, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 09/29/2016 | 202 | MOTION for Plaintiff to Receive 197 Status Report by Rashad Williams. (Attachments: # 1 Exhibit) (Shafer, J.) (Entered: 09/29/2016) |
| 09/29/2016 | 201 | RESPONSE to 198 Objection to Motion for Judgment as a Matter of Law. Filed by Rashad Williams. (Shafer, J.) (Entered: 09/29/2016) |
| 09/23/2016 | 200 | MOTION for Clarification by Rashad Williams. (Shafer, J.) (Entered: 09/26/2016) |
| 09/23/2016 | 199 | RESPONSE to 196 Response filed by Rashad Williams. (Shafer, J.) (Entered: 09/26/2016) |
| 09/21/2016 | 198 | OBJECTION re 192 MOTION for Judgment as a Matter of Law filed by Lindsey, Marinelli, Robinson, Saylor. (Varunes, DeAnn) (Entered: 09/21/2016) |
| | | |

| 09/16/2016 | 197 | STATUS REPORT by Lindsey, Marinelli, Robinson, Saylor. (Attachments: # 1 Attachment A)(Varunes, DeAnn) (Entered: 09/16/2016) |
| 09/15/2016 | 196 | RESPONSE re 194 Objection, 185 MOTION/Objection filed by Marinelli. (Varunes, DeAnn) (Entered: 09/15/2016) |
| 09/14/2016 | 195 | OBJECTION re 184 MOTION for Cost and Fees filed by Marinelli. (Varunes, DeAnn) (Entered: 09/14/2016) |
| 09/13/2016 | 194 | Supplemental OBJECTION re 193 Objection filed by Rashad Williams. (Shafer, J.) (Entered: 09/14/2016) |
| 09/06/2016 | 193 | OBJECTION re 190 MOTION for Judgment as a Matter of Law, MOTION for New Trial and Motion for Remitittur filed by Rashad Williams. (Attachments: # 1 Envelope) (Shafer, J.) (Entered: 09/07/2016) |
| 08/31/2016 | 192 | MOTION for Judgment as a Matter of Law by Rashad Williams. Responses due by 9/21/2016. (Attachments: # 1 Memorandum in Support, # 2 Envelope) (Shafer, J.) (Entered: 08/31/2016) |
| 08/18/2016 | 191 | ORDER. The Court VACATES the 189 Order to the extent that it extends the deadline to file motions under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b) of the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 6(b)(2) did not permit such an extension. Nonetheless, the defendant has until September 22, 2016 to respond to the 184 Motion for Reimbursement and the 185 "Objection to State of Connecticut's Claim for Repayment of Costs of Incarceration." |
|  |  | Because an extension was granted as result of an error by the Court, and because the defendant did not object to the extension of time, the Court will allow the plaintiff until **August 27, 2016** to file any motion under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b). *See Legg v. Ulster Cnty*, 820 F.3d 67, 79 (2d Cir. 2016) ("Accordingly, even though the district court was without authority to grant an extension under Rule 6 (b)(2), it retained the power to consider whether the plaintiffs had waived compliance with the rule or whether an equitable exception applied."); *Advanced Bodycare Solutions, LLC v. Thione Intern., Inc.*, 615 F.3d 1352, 1359 n.15 (11th Cir. 2010) ("[The defendant,] in failing to object to the district court's violation of [Rule 6(b)] (by extending the time for filing post-trial motions) forfeited its objection to the time extension. In light of this forfeiture, the district court had the authority to entertain [the plaintiff's] motions."); *Mayimba Music, Inc. v. Sony Corp. of Am.*, No. 12 CIV. 1094 AKH, 2015 WL 6917260, at *4 ( S.D.N.Y. Apr. 30, 2015) ("Plaintiff did not make a proper timeliness objection to the motion under Fed. R. Civ. P. 59(b), and the circuit courts which have considered the issue have held that this deadline is a claim-processing rule, not a jurisdictional limit."). *Cf.* Fed. R. Civ. P. 1 (Federal Rules of Civil Procedure are to be construed to secure the just determination of every action). The 9-day period accounts for the time period between the date of the Court's order, which may have misled the *pro se* plaintiff to conclude that September 22, 2016 date was permitted by the Federal Rules of Civil |

| | | |
|---|---|---|
| | | Procedure, and the deadline otherwise imposed by the Federal Rules of Civil Procedure.<br><br>Signed by Judge Michael P. Shea on 8/18/2016. (Hillier, D.) (Entered: 08/18/2016) |
| 08/17/2016 | 190 | MOTION for Judgment as a Matter of Law (Responses due by 9/7/2016, ), MOTION for New Trial *and Motion for Remitittur* by Marinelli. (Attachments: # 1 Memorandum in Support, # 2 Attachment A)(Varunes, DeAnn) (Entered: 08/17/2016) |
| 08/09/2016 | | Set/Reset Deadlines as to 184 MOTION for Cost and Fees, 185 MOTION/Objection. Responses due by 9/22/2016 (Johnson, D.) (Entered: 08/10/2016) |
| 08/09/2016 | 189 | ORDER. The Court GRANTS in part and DENIES in part the 186 Motion to Stay and the 187 Motion for Extension of Time. Post-trial motions are due by **September 22, 2016**. The defendant shall respond to the 184 Motion for Reimbursement and the 185 "Objection to State of Connecticut's Claim for Repayment of Costs of Incarceration" by **September 22, 2016**.<br><br>The Court DENIES without prejudice the 188 Motion for the Court to Waive the Cost of Transcripts. Should the plaintiff choose to renew this motion, he must make a showing as to why he needs the transcript in question to support the specific motions that he wishes to make.<br><br>Signed by Judge Michael P. Shea on 8/9/2016. (Hillier, D.) (Entered: 08/09/2016) |
| 08/08/2016 | 188 | MOTION for Court to Waive the Cost of Transcripts by Rashad Williams. Responses due by 8/29/2016. (Attachments: # 1 Application to Proceed Without Prepaying Fees, # 2 Trust Account Statement) (Shafer, J.) (Entered: 08/08/2016) |
| 08/08/2016 | 187 | MOTION for Extension of Time to file a Motion for Judgment as a Matter of Law by Rashad Williams. (Shafer, J.) (Entered: 08/08/2016) |
| 08/04/2016 | 186 | MOTION to Stay by Marinelli.Responses due by 8/25/2016 (Motherway, Carmel) (Entered: 08/04/2016) |
| 07/27/2016 | 185 | MOTION/Objection to State's Claim for Repayment of Cost of Incarceration filed by Rashad Williams. (Attachments: # 1 Hanks v. Finnel, 759 F.Supp. 569 (W.D. Mo. 1991)) (Shafer, J.) Modified to change event on 7/27/2016 (Shafer, J.). (Entered: 07/27/2016) |
| 07/27/2016 | 184 | MOTION for Reimbursement of Cost of Suit by Rashad Williams. Responses due by 8/17/2016. (Shafer, J.) (Entered: 07/27/2016) |
| 07/25/2016 | 183 | MARKED Exhibit List by Rashad Williams. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 182 | |

|  |  | MARKED Exhibit List by Lindsey, Marinelli, Robinson, Saylor. (Johnson, D.) (Entered: 07/25/2016) |
|---|---|---|
| 07/25/2016 | 181 | MARKED Witness List by Lindsey, Marinelli, Robinson, Saylor. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 180 | MARKED Witness List by Rashad Williams. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 179 | MARKED COURT'S Exhibit List. (Johnson, D.) (Entered: 07/25/2016) |
| 07/20/2016 |  | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 178 | AMENDED JUDGMENT entered in favor of Rashad Williams Lindsey, Robinson, Saylor, against Marinelli.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 7/20/16.(Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 177 | JUDGMENT entered in favor of Rashad Williams against Lindsey, Marinelli, Robinson, Saylor.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 7/20/16.(Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 174 | Docket Entry Correction re 170 Order on Motion for Judgment as a Matter of Law,,,,,, Jury Trial - Held,,, Motion Hearing,, to correct date (Johnson, D.) (Entered: 07/20/2016) |
| 07/19/2016 | 176 | JURY VERDICT For Plaintiff Against Defendants in the Amount of $650,000.00. (Johnson, D.) (Entered: 07/20/2016) |
| 07/19/2016 | 175 | Minute Entry. Proceedings held before Judge Michael P. Shea: taking under advisement 173 Motion for Judgment as a Matter of Law; Jury Trial held on 7/19/2016. ; Motion Hearing held on 7/19/2016 re 173 ORAL RENEWED MOTION for Judgment as a Matter of Law filed by Saylor, Marinelli, Robinson, Lindsey. Total Time: 2 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/20/2016) |
|  |  |  |

| 07/19/2016 | 173 | ORAL RENEWED MOTION for Judgment as a Matter of Law by Lindsey, Marinelli, Robinson, Saylor.Responses due by 8/9/2016 (Johnson, D.) (Entered: 07/20/2016) |
|---|---|---|
| 07/19/2016 | 172 | ORDER. The Court hereby VACATES its order giving Defendant Marinelli 14 days to brief his renewed motion for judgment as a matter of law. Under Rule 50(b), a party has 28 days after the entry of judgment to file a renewed motion for judgment as a matter of law. Fed. R. Civ. P. 50 (b). Therefore, any party who made a motion for judgment as a matter of law under Rule 50(a) shall have until **August 17, 2016** to renew any motion for judgment as a matter of law under Rule 50(b), or until 28 days after the entry of judgment, whichever is later. The non-moving party shall then have 21 days to respond. Any reply is due within 14 days of the non-movant's response. Should a party wish that the Court consider particular evidence that was admitted at trial, the party should cite to particular portions of the trial transcript, which should be attached as an exhibit and will have to be ordered from the court reporter. If a party requires additional time to order and obtain the trial transcript, the Court will entertain motions for extension of time on that basis.<br><br>Signed by Judge Michael P. Shea on 7/19/2016. (Hillier, D.) (Entered: 07/19/2016) |
| 07/19/2016 | 171 | COURT'S Jury Instructions. (Johnson, D.) (Entered: 07/19/2016) |
| 07/18/2016 | 170 | Minute Entry. Proceedings held before Judge Michael P. Shea: Granted in part and taken under advisement in part 168 ORAL Motion for Judgment as a Matter of Law; taking under advisement 169 ORAL Motion for Judgment as a Matter of Law; Jury Trial held on 7/18/2016. Jury Trial Continued Until 7/19/16; Motion Hearing held on 7/18/2016 re 169 ORAL MOTION for Judgment as a Matter of Law filed by Rashad Williams, 168 ORAL MOTION for Judgment as a Matter of Law filed by Saylor, Jill Haga, Marinelli, Robinson, Lindsey. Defendant Jill Haga is dismissed. Total Time: 4 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Additional attachment(s) added on 7/20/2016: # 1 REPLACEMENT PDF) (Johnson, D.). (Entered: 07/19/2016) |
| 07/18/2016 | 169 | ORAL MOTION for Judgment as a Matter of Law by Rashad Williams.Responses due by 8/8/2016 (Johnson, D.) (Entered: 07/19/2016) |
| 07/18/2016 | 168 | ORAL MOTION for Judgment as a Matter of Law by Jill Haga, Lindsey, Marinelli, Robinson, Saylor.Responses due by 8/8/2016 (Johnson, D.) (Entered: 07/19/2016) |
| 07/15/2016 | 167 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Trial held on 7/15/2016. Jury Trial Continued Until 7/18/16. Total Time: 5 hours and 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/18/2016) |
| 07/15/2016 | 165 | OBJECTION *to Court's Proposed "Judicial Notice"* filed by Butkiewicus, Cahill, Fran, Jill Haga, Lindsey, Marinelli, Murphy. |

Case 3:13-cv-01154-MPS Document 290 Filed 06/04/18 Page 26 of 43

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Motherway, Carmel) (Entered: 07/15/2016) |
| 07/14/2016 | 166 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Trial held on 7/14/2016. Jury Trial Continued Until 7/15/16. Total Time: 5 hours and 35 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/15/2016) |
| 07/13/2016 | 164 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Selection andJury Trial held on 7/13/2016. Jury Trial Continued Until 7/14/16. Total Time: 5 hours and 25 minutes(Court Reporter Marshall.) (Attachments: # 1 Jury Selection) (Johnson, D.) (Entered: 07/13/2016) |
| 07/13/2016 | 163 | ORDER: As discussed on the record at the most recent pretrial conference, the 84 , 135 , 136 , and 137 motions in limine are granted in part and denied in part. The Defendants may not introduce evidence of the specific grounds for the Plaintiff's discipline and, in particular, may not introduce evidence of sexual misconduct or assaults by the plaintiff. The Defendants may introduce general evidence about the Ad Seg program, the fact that the plaintiff had a lengthy disciplinary record, how the plaintiff was or was not progressing in the program, and the like. They may not delve into specific incidents of discipline.<br><br>Signed by Judge Michael P. Shea on 7/13/2016. (Hillier, D.) (Entered: 07/13/2016) |
| 07/12/2016 | 162 | ORDER. For the reasons discussed in the attached ruling, the Court enters summary judgment in favor of Paul Wilbur for the plaintiff's failure to exhaust administrative remedies. The Court enters summary judgment in favor of the plaintiff on the remaining defendants' affirmative defense of exhaustion of administrative remedies. The following defendants remain: Dennis Marinelli, Alphonso Lindsey, Dishana Robinson, Jill Haga, and Melvin Saylor.<br><br>Signed by Judge Michael P. Shea on 7/12/2016. (Hillier, D.) (Entered: 07/12/2016) |
| 07/12/2016 | 160 | *DEFENDANTS'* ANSWER to Complaint with Affirmative Defenses *to Plaintiff's Fifth Amended Complaint (Dkt. #156)* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur.(Varunes, DeAnn) (Entered: 07/12/2016) |
| 07/12/2016 | 159 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur *, in their Official Capacity* (Varunes, DeAnn) (Entered: 07/12/2016) |
| 07/11/2016 | 161 | Minute Entry. Proceedings held before Judge Michael P. Shea: Pretrial Conference held on 7/11/2016. Taking under advisement 84 Motion in Limine; taking under advisement 135 Motion in Limine; taking under advisement 136 Motion in Limine; taking under advisement 137 Motion in Limine; Motion Hearing held on 7/11/2016 re 137 Third MOTION in Limine filed by Rashad Williams, 84 MOTION in Limine filed by |

| | | |
|---|---|---|
| | | Rashad Williams, 135 First MOTION in Limine filed by Rashad Williams, 155 MOTION Writ of Habeas Corpus filed by Rashad Williams, 136 Second MOTION in Limine filed by Rashad Williams ; Total Time: 1 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/12/2016) |
| 07/11/2016 | 158 | Writ of Habeas Corpus ad Testificandum Issued as to Demario Lawson for July 14, 2016 and July 15, 2016. Signed by Judge Michael P. Shea on 7/11/2016. (Hillier, D.) (Entered: 07/11/2016) |
| 07/11/2016 | 157 | Plaintiff's Declaration in Support of Plaintiff's Objection to Defendants' Failure to Exhaust Remedies Defense Signed By Rashad Williams filed by Rashad Williams. (Hushin, Z.) (Entered: 07/11/2016) |
| 07/07/2016 | 156 | FIFTH AMENDED COMPLAINT, filed by Rashad Williams.(Hushin, Z.) (Entered: 07/11/2016) |
| 07/05/2016 | 155 | MOTION Writ of Habeas Corpus by Rashad Williams.Responses due by 7/26/2016 (Attachments: # 1 Proposed Writs of Habeas Corpus Ad Testificandum)(Thomas, Paul) (Entered: 07/05/2016) |
| 07/01/2016 | 154 | Writ of Habeas Corpus ad Testificandum Issued as to Rashad Williams for July 11, 2016 at 12:30pm, and on July 13, 14, 15, 18, & 19, 2016 for 8:30am. Signed by Judge Michael P. Shea on July 1, 2016. (Johnson, D.) (Entered: 07/01/2016) |
| 06/30/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 7/11/2016 01:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 07/01/2016) |
| 06/30/2016 | 153 | ORDER. A pretrial conference will be held on **July 11, 2016** at 1:00 p.m. Signed by Judge Michael P. Shea on 6/30/2016. (Hillier, D.) (Entered: 06/30/2016) |
| 06/30/2016 | 152 | Minute Entry. Proceedings held before Judge Michael P. Shea: denying without prejudice 86 Motion objections to State Claim for Repayment of costs of Incarceration; granting 140 Motion to Withdraw as Attorney. Attorney John L. Laudati terminated; Motion Hearing held on 6/30/2016 re 140 First MOTION for John L. Laudati to Withdraw as Attorney filed by Rashad Williams, 86 First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* filed by Rashad Williams ; Pretrial Conference held on 6/30/2016. Total Time: 1 hours and 40 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 06/30/2016) |
| 06/30/2016 | 151 | Affidavit of Service - MOTION for Writ *of Habeaus Corpus Ad Testificandum with Service* by Rashad Williams. (Laudati, John) Modified to show correct event on 6/30/2016 (Shafer, J.). (Entered: 06/30/2016) |
| 06/29/2016 | 150 | ORDER. The hearing set for June 30, 2016 will be held at 11:00 a.m. |

| | | |
|---|---|---|
| | | Signed by Judge Michael P. Shea on 6/29/2016. (Hillier, D.) (Entered: 06/29/2016) |
| 06/29/2016 | 149 | Sealed Document: Documents Under Seal by Rashad Williams re 140 First MOTION for John L. Laudati to Withdraw as Attorney . (Attachments: # 1 Exhibit)(Laudati, John) (Entered: 06/29/2016) |
| 06/29/2016 | 148 | ORDER. The 147 Motion for In Camera Review is GRANTED. Mr. Laudati may file documents under seal for in camera review, not to exceed thirty pages, in support of the 140 Motion to Withdraw by **June 29, 2016** at 5:00 p.m.<br><br>Signed by Judge Michael P. Shea on 6/29/2016. (Hillier, D.) (Entered: 06/29/2016) |
| 06/28/2016 | 147 | MOTION for Leave to File *in Camera Review* by Rashad Williams. (Laudati, John) (Entered: 06/28/2016) |
| 06/28/2016 | 146 | RESPONSE TO by Rashad Williams filed by Rashad Williams. (Attachments: # 1 Exhibit)(Laudati, John) (Entered: 06/28/2016) |
| 06/28/2016 | 145 | ORDER. The hearing set for June 30, 2016 will be held at 2:00 p.m. Signed by Judge Michael P. Shea on 6/28/2016. (Hillier, D.) (Entered: 06/28/2016) |
| 06/23/2016 | 144 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Signed by Judge Michael P. Shea on 6/23/2016. (Hillier, D.) (Entered: 06/23/2016) |
| 06/22/2016 | 143 | MOTION for Writ *of Habeas Corpus to Attend Hearing* by Rashad Williams. (Laudati, John) (Entered: 06/22/2016) |
| 06/21/2016 | | Set Deadlines/Hearings: Show Cause Response due by 6/28/2016 (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | 142 | Minute Entry for proceedings held before Judge Michael P. Shea: Pretrial Conference held on 6/21/2016. 30 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | 141 | ORDER. As discussed at today's pretrial conference, a hearing on the issue of exhaustion of administrative remedies and the 140 Motion to Withdraw will be held on **June 30, 2016** at 3:30 p.m. Plaintiff's counsel shall arrange for the attendance of Mr. Williams at the hearing. The plaintiff shall show cause by **June 28, 2016** why the Court should not enter summary judgment in favor of Paul Wilbur for failure to exhaust administrative remedies. Plaintiff's brief shall not exceed 10 pages, excluding any attachments. Should the Court's research suggest that the plaintiff's administrative grievances are not sufficiently specific as to the remaining defendants, the Court may issue a supplemental order to show cause.<br><br>Signed by Judge Michael P. Shea on 6/21/2016. (Hillier, D.) (Entered: 06/21/2016) |
| 06/21/2016 | 140 | |

| | | |
|---|---|---|
| | | First MOTION for John L. Laudati to Withdraw as Attorney by Rashad Williams. (Laudati, John) (Entered: 06/21/2016) |
| 06/17/2016 | 139 | ORDER. The 124 Request for Leave to Amend Complaint is DENIED because it does not include a statement of moving counsel that: (1) he has inquired of opposing counsel and that there is agreement or objection to the motion; or (2) despite diligent effort, he cannot ascertain opposing counsel's position. D. Conn. L. Civ. R. 7(f).<br><br>Signed by Judge Michael P. Shea on 6/17/2016. (Hillier, D.) (Entered: 06/17/2016) |
| 06/16/2016 | 138 | Supplement/MOTION to Amend/Correct *Joint Trial Memorandum* by Rashad Williams. Responses due by 7/7/2016 (Laudati, John). Modified to show incorrect event on 6/21/2016 (Shafer, J.). (Entered: 06/16/2016) |
| 06/16/2016 | 137 | Third MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/16/2016 | 136 | Second MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/16/2016 | 135 | First MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/14/2016 | 134 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 6/14/2016. Case did not settle. Total Time: 2 hours and 30 minutes (Martinez, Donna) (Entered: 06/14/2016) |
| 06/08/2016 | 133 | ORDER granting plaintiff's motion 132 to appear in person at the settlement conference. See attached writ. Plaintiff's counsel is responsible for serving a copy of the writ to the Commissioner and the Warden. Signed by Judge Donna F. Martinez on 6/8/16. (Constantine, A.) (Entered: 06/08/2016) |
| 06/08/2016 | 132 | MOTION for Writ *of Habeas Corpus to Attend Settlement Conference* by Rashad Williams. (Laudati, John) (Entered: 06/08/2016) |
| 06/06/2016 | 131 | ORDER: A settlement conference is scheduled for 6/14/2016 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Chambers shall make arrangements with the DOC for the plaintiff to appear by videoconference. Please see attached order for important instructions. (Constantine, A.) (Entered: 06/06/2016) |
| 06/02/2016 | 130 | ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for Settlement Conference<br>Signed by Judge Michael P. Shea on 6/2/16.(Johnson, D.) (Entered: 06/02/2016) |
| 06/02/2016 | 129 | ORDER. The 128 Joint Motion for Settlement Conference is GRANTED. The case is referred to Magistrate Judge Martinez for a mediation.<br><br>Signed by Judge Michael P. Shea on 6/2/2016. (Hillier, D.) (Entered: 06/02/2016) |

| 06/02/2016 | 128 | Joint MOTION for Settlement *Conference* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 06/02/2016) |
|---|---|---|
| 05/24/2016 | 127 | OBJECTION to Proposed Jury Instructions re 95 Trial Memo filed by Rashad Williams. (Shafer, J.) (Entered: 05/24/2016) |
| 05/24/2016 | 126 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for 6/21/2016 02:30 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 05/24/2016) |
| 05/23/2016 | 125 | ORDER. The pretrial conference currently set for June 29, 2016 is reset for **June 21, 2016** at 1:00 p.m.<br><br>Signed by Judge Michael P. Shea on 5/23/2016. (Hillier, D.) (Entered: 05/23/2016) |
| 05/17/2016 | 124 | Fourth MOTION to Amend/Correct *Complaint* by Rashad Williams.Responses due by 6/7/2016 (Laudati, John) (Entered: 05/17/2016) |
| 03/22/2016 | 123 | ORDER. The 108 Fifth Motion for Costs and Fees is GRANTED. The Finance Department is directed to reimburse the plaintiff's counsel in the amount of $332.65 for the deposition of Eileen Redden.<br><br>Signed by Judge Michael P. Shea on 3/22/2016. (Hillier, D.) (Entered: 03/22/2016) |
| 03/22/2016 | 122 | OBJECTION *to Date of Continued Trial* filed by Rashad Williams. (Laudati, John) (Entered: 03/22/2016) |
| 03/11/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 6/29/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/14/2016) |
| 03/11/2016 | 121 | ORDER. The Court GRANTS the 120 Motion to Continue. The pretrial conference is reset for **June 29, 2016** at 10:00 a.m.<br><br>Signed by Judge Michael P. Shea on 3/11/2016. (Hillier, D.) (Entered: 03/11/2016) |
| 03/10/2016 | 120 | MOTION to Continue *Pretrial* by Rashad Williams. (Laudati, John) (Entered: 03/10/2016) |
| 03/08/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 7/5/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/10/2016) |
| 03/08/2016 | 118 | ORDER. A pretrial conference will be held on **July 5, 2016** at 10:00 a.m. |

| | | Signed by Judge Michael P. Shea on 3/8/2016. (Hillier, D.) (Entered: 03/08/2016) |
|---|---|---|
| 03/07/2016 | 119 | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 3/7/2016. 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/09/2016) |
| 03/07/2016 | 117 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 3/9/16* Jury Selection set for 7/13/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/08/2016) |
| 03/07/2016 | 116 | ORDER. For reasons discussed on a telephone conference today, jury selection is reset for **July 13, 2016** with evidence to begin immediately thereafter.<br><br>Signed by Judge Michael P. Shea on 3/7/2016. (Hillier, D.) (Entered: 03/07/2016) |
| 03/04/2016 | 115 | Proposed Exhibit List by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/04/2016) |
| 03/04/2016 | 114 | Proposed Verdict Form by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/04/2016) |
| 03/03/2016 | 113 | Proposed Verdict Form by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/03/2016) |
| 03/03/2016 | 112 | Proposed Exhibit List by Rashad Williams. (Laudati, John) (Entered: 03/03/2016) |
| 03/03/2016 | 111 | Proposed Witness List by Rashad Williams. (Laudati, John) (Entered: 03/03/2016) |
| 03/03/2016 | 110 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to Darnell Walker. Signed by Judge Michael P. Shea on 3/3/2016. (Hillier, D.) (Entered: 03/03/2016) |
| 03/03/2016 | 109 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to Rashad Williams. Signed by Judge Michael P. Shea on 3/3/2016. (Hillier, D.) (Entered: 03/03/2016) |
| 03/03/2016 | 108 | Fifth MOTION for Cost and Fees by Rashad Williams.Responses due by 3/24/2016 (Laudati, John) (Entered: 03/03/2016) |
| 03/02/2016 | 107 | MOTION for Writ *of Habeas Corpus for Witness to Attend Trial* by Rashad Williams. (Laudati, John) (Entered: 03/02/2016) |
| 03/02/2016 | 106 | MOTION for Writ *of Habeas Corpus to Attend Trial* by Rashad Williams. (Laudati, John) (Entered: 03/02/2016) |
| 03/01/2016 | 105 | |

| | | Minute Entry for proceedings held before Judge Michael P. Shea: Pretrial Conference held on 3/1/2016. Total Time: 1 hours and 40 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/01/2016) |
|---|---|---|
| 03/01/2016 | 104 | NOTICE. At today's pretrial conference, the parties requested a protective order for the review of certain records. The Court has filed a 3 Standing Protective Order. <br><br> Signed by Judge Michael P. Shea on 3/1/2016. (Hillier, D.) (Entered: 03/01/2016) |
| 02/29/2016 | 103 | ANSWER to 102 Third Amended Complaint with Affirmative Defenses. by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur.(Johnson, D.) (Entered: 03/01/2016) |
| 02/29/2016 | 101 | OBJECTION re 99 Order, filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment A - Defendants' Answer and Affirmative Defenses)(Varunes, DeAnn) (Entered: 02/29/2016) |
| 02/29/2016 | 100 | Writ *of Habeaus Corpus Ad Testificandum, as served* by Rashad Williams. (Laudati, John) Modified text to correct event on 6/17/2016 (Shafer, J.). (Entered: 02/29/2016) |
| 02/29/2016 | 99 | ORDER. In reviewing the docket, the Court has noticed that the defendants have not filed an answer to the third amended complaint. If no such answer has been filed by March 1 at 10 a.m., the Court will instruct the Clerk's Office to enter a default. The answer may not assert new affirmative defenses without permission from the Court. <br> Signed by Judge Michael P. Shea on 2/29/2016. (Hillier, D.) (Entered: 02/29/2016) |
| 02/24/2016 | 98 | Memorandum in Opposition re 86 First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Motherway, Carmel) (Entered: 02/24/2016) |
| 02/24/2016 | 97 | Memorandum in Opposition re 84 MOTION in Limine filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 02/24/2016) |
| 02/19/2016 | 96 | ORDER. The 92 Fourth Motion for Costs and Fees is GRANTED. The plaintiff's counsel included a copy of the deposition notice, the court reporter's invoice, and proof of payment for the deposition of Lauren Powers. He did not include the court reporter's invoice or proof of payment for the deposition of Eileen Redden. Should the plaintiff's counsel wish to be reimbursed for the deposition of Eileen Redden, he should file a copy of the court reporter's invoice and proof of payment. The Finance Department is directed to reimburse the plaintiff's counsel in the amount of $277.75 for the deposition of Lauren Powers. |

| | | Signed by Judge Michael P. Shea on 2/19/2016. (Hillier, D.) (Entered: 02/19/2016) |
|---|---|---|
| 02/19/2016 | 95 | TRIAL MEMO by Rashad Williams Estimated trial time 6 days. (Attachments: # 1 Exhibit Plaintiff's Exhibit List, # 2 Exhibit Defendants' Exhibit List, # 3 Exhibit Plaintiff's Proposed Voir Dire Questions, # 4 Exhibit Defendants' Proposed Voir Dire Questions, # 5 Exhibit Plaintiff's Proposed Jury Instructions, # 6 Exhibit Defendants' Proposed Jury Instructions, # 7 Exhibit Jointly Proposed Verdict Form)(Laudati, John) (Entered: 02/19/2016) |
| 02/18/2016 | 94 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Signed by Judge Michael P. Shea on 2/18/2016. (Hillier, D.) (Entered: 02/18/2016) |
| 02/17/2016 | 93 | First MOTION for Writ *of Habeas Corpus Ad Testificandum* by Rashad Williams. (Laudati, John) (Entered: 02/17/2016) |
| 02/17/2016 | 92 | Fourth MOTION for Cost and Fees by Rashad Williams.Responses due by 3/9/2016 (Laudati, John) (Entered: 02/17/2016) |
| 02/11/2016 | | Set Deadlines/Hearings: Joint Trial Brief due by 2/19/2016 (Johnson, D.) (Entered: 02/12/2016) |
| 02/11/2016 | 91 | ORDER. The 90 Motion for Extension of Time is GRANTED. The parties have until **February 19, 2016** to file their Joint Trial Memorandum.<br><br>Signed by Judge Michael P. Shea on 2/11/2016. (Hillier, D.) (Entered: 02/11/2016) |
| 02/10/2016 | 90 | MOTION for Extension of Time until 02/19/2016 To File Joint Trial Memorandum by Rashad Williams. (Laudati, John) (Entered: 02/10/2016) |
| 02/05/2016 | 89 | NOTICE of Appearance by Carmel A. Motherway on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur (Motherway, Carmel) (Entered: 02/05/2016) |
| 02/04/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 3/1/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/05/2016) |
| 02/04/2016 | 88 | NOTICE: The pretrial conference is set for March 1, 2016 at 10:00 a.m. Should the plaintiff wish to attend the pretrial conference, at which various evidentiary issues will be argued, counsel for the plaintiff must file a motion with a proposed Writ of Habeas Corpus ad Testificandum that directs the Department of Corrections to produce the plaintiff for the pretrial conference.<br><br>Signed by Judge Michael P. Shea on 2/4/2016. (Hillier, D.) (Entered: 02/04/2016) |
| 02/04/2016 | 87 | ORDER. The plaintiff has filed a motion to compel that relates to a dispute that arose in November 2015. The plaintiff does not explain why |

| | | |
|---|---|---|
| | | he did not raise the issue with the Court prior to this time or prior to the close of discovery on December 31, 2015. (ECF No. 67). Further, the motion does not comply with the undersigned's instructions for discovery disputes, available on the Court's website. For these reasons, the 83 Motion to Compel is DENIED.<br><br>The 85 Third Motion for Costs and Fees is DENIED without prejudice to timely renewal. The 85 Third Motion for Costs and Fees does not provide a specific showing of need with sufficient detail to allow the Court to evaluate the request. The Court reminds the plaintiff that any request exceeding $2,000 must be referred to the Court's budget committee.<br><br>Signed by Judge Michael P. Shea on 2/4/2016. (Hillier, D.) (Entered: 02/04/2016) |
| 02/03/2016 | 86 | First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 02/03/2016 | 85 | Third MOTION for Cost and Fees by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 02/03/2016 | 84 | MOTION in Limine by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 02/03/2016 | 83 | First MOTION to Compel *Production* by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 12/24/2015 | 82 | NOTICE of Appearance by Robert B. Fiske, III on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur (Fiske, Robert) (Entered: 12/24/2015) |
| 12/15/2015 | | Docket Entry Correction: Document 81 Response to request for admissions - Entered in Error - Per the local rules, discovery is not to be filed. (Grady, B.) (Entered: 12/15/2015) |
| 12/14/2015 | 81 | Entered in Error . . . RESPONSE *to Requests for Admissions* filed by Rashad Williams. (Laudati, John) Modified on 12/15/2015 (Grady, B.). (Entered: 12/14/2015) |
| 11/25/2015 | 80 | ORDER. The 78 Second Motion for Costs and Fees is GRANTED in part and DENIED in part. The Court authorizes the requested reimbursement. However, prior to obtaining such reimbursement, counsel must file (1) copies of the deposition notices, (2) the court reporter's invoices, and (3) proof of payment, including copies of checks as necessary. Signed by Judge Michael P. Shea on 11/25/2015. (Hillier, D.) (Entered: 11/25/2015) |
| 11/25/2015 | 79 | ORDER. The 75 Request for Leave to Amend Complaint is GRANTED. Signed by Judge Michael P. Shea on 11/25/2015. (Hillier, D.) (Entered: 11/25/2015) |
| 11/24/2015 | 78 | Second MOTION for Cost and Fees by Rashad Williams.Responses due by 12/15/2015 (Laudati, John) (Entered: 11/24/2015) |
| | | |

| 11/04/2015 | 77 | ORDER. The 59 Motion for Pretrial Conference is DENIED as moot because the case was referred to Magistrate Judge Martinez on August, 17, 2015. [ECF No. 68].<br><br>The 73 Motion to Compel is DENIED. The plaintiff is reminded that all of his communication with the Court should be made through his appointed counsel. Further, should a discovery dispute arise in this case, counsel must follow this Court's procedures for resolving discovery disputes, available on the Court's website.<br><br>The 74 Motion for Costs and Fees is DENIED without prejudice to timely renewal. The motion does not make a specific showing of need with sufficient detail to allow the Court to evaluate the request. Further, the Court has a limited budget to reimburse pro bono counsel for expenses. Any reimbursements must be justified by a specific showing of need. Any request exceeding $2,000 must be referred to the Court's budget committee. The plaintiff should not postpone the upcoming depositions pending court resolution of any renewed motion. The plaintiff may seek reimbursement for costs or expenses by filing an appropriate motion, supported by a specific showing of need, under D. Conn. L. Civ. R. 83.10 (g).<br><br>Signed by Judge Michael P. Shea on 11/4/2015. (Hillier, D.) (Entered: 11/04/2015) |
| 11/04/2015 | 76 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 11/4/2015. Case did not settle. Total Time: 3 hours and 45 minutes (Martinez, Donna) (Entered: 11/04/2015) |
| 10/29/2015 | 102 | THIRD AMENDED COMPLAINT against Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur, filed by Rashad Williams.(Johnson, D.) (Entered: 03/01/2016) |
| 10/29/2015 | 75 | Third MOTION to Amend/Correct 38 Amended Complaint by Rashad Williams.Responses due by 11/19/2015 (Laudati, John) (Entered: 10/29/2015) |
| 10/26/2015 | 74 | MOTION for Cost and Fees by Rashad Williams.Responses due by 11/16/2015 (Laudati, John) (Entered: 10/26/2015) |
| 10/16/2015 | 73 | MOTION to compel plaintiff's counsel to conduct discovery by Rashad Williams. Responses due by 11/6/2015 (Grady, B.) (Entered: 10/16/2015) |
| 10/15/2015 | 72 | ORDER : The time of the settlement conference scheduled for 11/4/2015 is changed to 11:30 AM. (Constantine, A.) (Entered: 10/15/2015) |
| 10/15/2015 | 71 | ORDER & CALENDAR: A settlement conference is scheduled for 11/4/2015 at 10:30 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. The court and the DOC shall make arrangements for the plaintiff to appear by videoconference. (Constantine, A.) (Entered: 10/15/2015) |

| 10/14/2015 | 70 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference scheduled for 10/14/2015 did not go forward due to technical difficulties with the videoconference. Parties agreed to reschedule. 30 minutes (Constantine, A.) (Entered: 10/14/2015) |
| 08/20/2015 | | Set Deadlines/Hearings: Settlement Conference is set for 10/14/2015 at 10:30 AM in the East Courtroom, 450 Main St., Hartford, CT before Judge Martinez. (Brierley, K) (Entered: 08/20/2015) |
| 08/20/2015 | 69 | ORDER: A settlement conference is scheduled for 10/14/15 at 10:30 AM with Judge Martinez. The plaintiff shall appear by videoconference, which shall be arranged by the court and the DOC. Please see attached order for important instructions. Signed by Judge Donna F. Martinez on 8/20/15. (Brierley, K) (Entered: 08/20/2015) |
| 08/17/2015 | | Set Deadlines/Hearings: Discovery due by 12/31/2015; Trial Brief due by 2/12/2016; Jury Selection set for 3/9/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea; Pretrial Conference set for 3/1/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 08/18/2015) |
| 08/17/2015 | | Set deadlines: Discovery due by 12/31/2015; Joint Trial Memorandum due by 2/12/2016; Jury Selection set for 3/9/2016 at 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea; Pretrial Conference set for 3/1/2016 at 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea. (Grady, B.) (Entered: 08/18/2015) |
| 08/17/2015 | 68 | ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for Settlement Conference. Signed by Judge Michael P. Shea on 8/17/2015. (Luedeman, R.) (Entered: 08/17/2015) |
| 08/17/2015 | 67 | ORDER. In its 64 Order, the Court instructed the parties to submit a "proposed case management plan to prepare the case for trial within the next six months." The 66 Joint Report fails to propose such a plan. It proposes a period of seven months of discovery, followed by an April 1, 2016 deadline for dispositive motions, the filing of which would delay trial further. The dispositive motions deadline in this case was April 2, 2015, per the 39 Case Management Order, and the parties may no longer file dispositive motions. The case will proceed according to the following schedule: All discovery, both fact discovery and expert discovery, shall be completed (not propounded) by December 31, 2015, the parties' joint trial memorandum is due February 12, 2016, a pretrial conference is scheduled for March 1, 2016, at 10:00am, and jury selection is scheduled for March 9, 2016, at 9:00am. Signed by Judge Michael P. Shea on 8/17/2015. (Luedeman, R.) (Entered: 08/17/2015) |
| 08/13/2015 | 66 | Joint REPORT of Rule 26(f) Planning Meeting. (Varunes, DeAnn) (Entered: 08/13/2015) |
| 07/23/2015 | 65 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 7/23/2015. 10 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/24/2015) |
| 07/23/2015 | 64 | ORDER. As discussed on the record during today's telephonic status conference, the parties shall submit by August 17, 2015, a proposed case management plan to prepare the case for trial within the next six months. The Court notes that, as the plaintiff is now represented by counsel, filings may now be served by electronic notice to his counsel. Signed by Judge Michael P. Shea on 7/23/2015. (Luedeman, R.) (Entered: 07/23/2015) |
| 07/17/2015 | | Set Deadlines/Hearings: Telephonic Status Conference set for 7/23/2015 02:30 PM Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 07/20/2015) |
| 07/17/2015 | 63 | NOTICE. A telephonic status conference before Judge Michael P. Shea will be held on July 23, 2015, at 2:30pm. Chambers will email counsel with call-in instructions. (Luedeman, R.) (Entered: 07/17/2015) |
| 07/16/2015 | 62 | NOTICE of Appearance by John L. Laudati on behalf of Rashad Williams (Laudati, John) (Entered: 07/16/2015) |
| 07/06/2015 | 61 | Order Appointing Pro Bono Counsel John L. Laudati for Rashad Williams pursuant to D. Conn L. Civ. R 83.10. Counsel is directed to contact their client and file an appearance as soon as possible. Signed by Clerk on 7/6/15.(Bauer, J.) (Entered: 07/06/2015) |
| 06/05/2015 | 60 | OBJECTION to 54 Joint MOTION for Clarification on 51 Order on Motion to Compel, Order on Motion for Leave to File filed by Rashad Williams. (Grady, B.) (Entered: 06/05/2015) |
| 06/05/2015 | 59 | MOTION for Pretrial Conference by Rashad Williams. (Grady, B.) (Entered: 06/05/2015) |
| 06/01/2015 | 58 | OBJECTION to 52 MOTION for extension of time filed by Rashad Williams. (Grady, B.) (Entered: 06/02/2015) |
| 05/28/2015 | 57 | Supplemental RESPONSE by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur*TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, Production Request #17, Consistent with Court's Order on the Motion for Clarification (Doc. #56).* (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C) (Varunes, DeAnn) (Entered: 05/28/2015) |
| 05/27/2015 | 56 | ORDER. The 54 Motion for Clarification is GRANTED. The Court's prior 51 Order, which, among other things, compels the defendants to disclose protective order "incident reports and similar documents related to any assaults by Inmate Walker at Northern that occurred within three years before the events described in the plaintiff's complaint," applies to any documents, including but not limited to disciplinary tickets and incident reports, tending to show that the defendants were on notice that Inmate Walker had a history of assaulting other inmates--or |

| | | |
|---|---|---|
| | | threatening to do so--during the three years prior to the events in the complaint. Thus, if the defendants possess documents tending to show that Inmate Walker was classified or maintained as a Security Risk Group Threat Member (or other classification) because of assaults on other inmates or threats to do so within that time period, such documents must be disclosed in accordance with the protective order. If, on the other hand, all documentation of the reasons for Inmate Walker's classification(s) pertains to other risks--such as gang affiliations--those documents need not be disclosed.<br><br>Because the defendants may, as a result of this clarification, be required to make further disclosures regarding Inmate Walker, the deadline for complying with that portion of the 51 Order is extended from June 1, 2015, to June 8, 2015.<br><br>The 55 Motion for Sanctions is DENIED without prejudice, as the Court, in its 53 Order, extended the deadline referenced in the 55 Motion for Sanctions.<br><br>Signed by Judge Michael P. Shea on 5/27/2015. (Luedeman, R.) (Entered: 05/27/2015) |
| 05/26/2015 | 55 | MOTION for Sanctions by Rashad Williams. Responses due by 6/16/2015 (Grady, B.) (Entered: 05/26/2015) |
| 05/26/2015 | 54 | Joint MOTION for Clarification 51 Order on Motion to Compel,,,,,,, Order on Motion for Leave to File,,,,,,,,,,,,, by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 05/26/2015) |
| 05/15/2015 | 53 | ORDER. The 52 Motion for Extension of Time is GRANTED. No further extensions will be granted, barring extraordinary circumstances. Signed by Judge Michael P. Shea on 5/15/2015. (Luedeman, R.) (Entered: 05/15/2015) |
| 05/14/2015 | 52 | MOTION for Extension of Time until May 29, 2015 To Comply with Ruling on Pending Motions 51 Order on Motion to Compel,,,,,,, Order on Motion for Leave to File,,,,,,,,,,,, by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment)(Varunes, DeAnn) (Entered: 05/14/2015) |
| 05/01/2015 | 51 | ORDER. As set forth in the attached ruling:<br>The defendants' 46 Motion for Leave to File Electronically is GRANTED.<br><br>The plaintiff's 44 First Motion to Compel is DENIED as to the First Request for Discovery and GRANTED IN PART AND DENIED IN PART as to 2014 First Request for Production of Documents as follows: (1) DENIED as to request six without prejudice. (2) GRANTED as to requests ten and seventeen under the protective order set forth in the attached ruling. Within thirty days of this order, the defendants shall |

|            |    | respond to those requests in the manner provided by the protective order. (3) GRANTED as to requests one and two. To the extent that the defendants have not already arranged to permit the plaintiff to review his master and medical files and make copies of documents from the files, they shall do so within fourteen days of this order. (4) GRANTED as to requests eleven, twelve, and thirteen. To the extent that the defendants have not already produced information responsive to the requests, they shall do so within fourteen days of this order.

The plaintiff's 48 Second Motion to Compel Discovery is DENIED for failure to comply with Local Rule 37(a) and (b)1. Although the Court has denied the second motion to compel, it directs defense counsel, to the extent that she has not already done so, to respond to the first set of interrogatories directed to defendant Lindsey and to send plaintiff the supplemental responses to the Second Request for Discovery.

The Clerk is directed to appoint pro bono counsel for the plaintiff.

Signed by Judge Michael P. Shea on 5/1/2015. (Luedeman, R.) (Entered: 05/01/2015) |
|------------|----|----------------------------------------------------------------------------------|
| 03/18/2015 | 50 | REPLY to objection to Response to second 48 MOTION to Compel filed by Rashad Williams. (Grady, B.) (Entered: 03/18/2015) |
| 03/03/2015 | 49 | Objection to 48 MOTION to Compel filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment A)(Grady, B.) (Entered: 03/03/2015) |
| 02/10/2015 | 48 | MOTION to Compel Discovery by Rashad Williams. Responses due by 3/3/2015 (Grady, B.) (Entered: 02/10/2015) |
| 02/10/2015 | 47 | Plaintiff's response to defendant's objection to 44 MOTION to Compel filed by Rashad Williams. (Grady, B.) (Entered: 02/10/2015) |
| 01/30/2015 | 46 | MOTION for Leave to File *DOCUMENTS ELECTRONICALLY* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 01/30/2015) |
| 01/30/2015 | 45 | OBJECTION re 44 MOTION to Compel filed by Jill Haga, Lindsey, Marinelli, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 01/30/2015) |
| 01/14/2015 | 44 | MOTION to Compel by Rashad Williams. Responses due by 2/4/2015. (Luedeman, R.) (Entered: 01/14/2015) |
| 01/14/2015 | 43 | ORDER Returning Submission as Deficient: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action returned to Rashad Williams.
Signed by Judge Michael P. Shea on 01/3/2015.(Grady, B.) (Entered: 01/14/2015) |
| 01/09/2015 | 42 | ANSWER to 38 Amended Complaint with Affirmative Defenses by Jill Haga, Lindsey, Marinelli, Robinson, Sailor, Paul Wilbur.(Grady, B.) (Entered: 01/09/2015) |

| 01/09/2015 | 41 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Paul Wilbur (Grady, B.) (Entered: 01/09/2015) |
|---|---|---|
| 12/15/2014 | 40 | WAIVER OF SERVICE Returned Executed as to Paul Wilbur waiver sent on 12/8/2014, answer due 2/6/2015. filed by Rashad Williams. (Falcone, K.) (Entered: 12/15/2014) |
| 12/08/2014 | | REQUEST FOR WAIVER of Service sent to Paul Wilbur on 12/8/14 by Rashad Williams. Waiver of Service due by 1/12/2015 (Johnson, D.) (Entered: 12/08/2014) |
| 12/02/2014 | | Set Deadlines/Hearings:( Discovery due by 3/2/2015, Dispositive Motions due by 4/2/2015), Answer deadline updated for Paul Wilbur to 1/2/2015. (Johnson, D.) (Entered: 12/08/2014) |
| 12/02/2014 | 39 | CASE MANAGEMENT ORDER: Counsel are expected to read the attachments to the Case Management Order. Signed by Judge Michael P. Shea on 12/2/2014.(Luedeman, R.) (Entered: 12/02/2014) |
| 11/20/2014 | 38 | AMENDED COMPLAINT against Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur filed by Rashad Williams.(Grady, B.) (Entered: 11/20/2014) |
| 11/14/2014 | 37 | ORDER granting 29 Motion; granting 34 Motion for Extension of Time. Signed by Judge Michael P. Shea on 11/14/2014. (Luedeman, R.) (Entered: 11/14/2014) |
| 11/12/2014 | 36 | AMENDED ANSWER to 25 Amended Complaint with Affirmative Defenses by Marinelli, Robinson, Saylor. (Grady, B.) (Entered: 11/12/2014) |
| 11/07/2014 | 35 | ANSWER to 25 Amended Complaint with Affirmative Defenses by Jill Haga, Lindsey, Marinelli, Robinson, Saylor.(Grady, B.) (Entered: 11/07/2014) |
| 11/05/2014 | 34 | MOTION for extension of time until 12/06/2014 to respond to plaintiff's production request and admissions by Jill Haga, Lindsey, Marinelli, Robinson, Saylor. (Grady, B.) (Entered: 11/05/2014) |
| 10/28/2014 | 33 | WAIVER OF SERVICE Returned Executed as to Jill Haga waiver sent on 10/17/2014, answer due 12/16/2014 filed by Rashad Williams. (Grady, B.) (Entered: 10/28/2014) |
| 10/24/2014 | 32 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor (Grady, B.) (Entered: 10/24/2014) |
| 10/17/2014 | | REQUEST FOR WAIVER of Service sent to Jill Haga on 10/17/14 by Rashad Williams. Waiver of Service due by 11/21/2014 (Johnson, D.) (Entered: 10/17/2014) |
| 10/06/2014 | | Set Deadlines/Hearings:( Amended Complaint due by 12/1/2014), Answer deadline updated for Jill Haga to 1/2/2015; Lindsey to 1/2/2015; Marinelli to 1/2/2015; Robinson to 1/2/2015; Saylor to 1/2/2015. (Johnson, D.) (Entered: 10/09/2014) |

| | | |
|---|---|---|
| 10/06/2014 | 31 | ORDER. In accordance with the attached order, the Clerk shall, within 21 business days, ascertain from the Department of Correction Office of Legal Affairs the current work address for Defendant Jill Haga, Mental Health Worker, and mail a waiver of service of process request packet and a copy of the Amended Complaint to Defendant Haga in her individual capacity at her current work address. If Defendant Haga fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d). Signed by Judge Michael P. Shea on 10/6/2014. (Luedeman, R.) (Entered: 10/06/2014) |
| 10/06/2014 | 30 | ORDER. For the reasons outlined in the attached ruling, the Plaintiff's 5 Motion for Preliminary Injunction, 19 Motion for Default Entry, and 20 Motion for Default Judgment are DENIED. The 23 Motion for Extension of Time is GRANTED IN PART. The Plaintiff is permitted until December 1, 2014 to file a Second Amended Complaint identifying Mike Doe by name. The Second Amended Complaint must also include facts to show how Mike Doe was deliberately indifferent to the Plaintiff's medical needs on October 28, 2010. If the Plaintiff does not identify Mike Doe and file a Second Amended Complaint within that time period, the claims against him will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Defendants are directed to file a response either to the 25 Amended Complaint or to the Second Amended Complaint if one is filed, on or before January 2, 2015. Discovery must be completed by March 2, 2015. Motions for summary judgment, if any, shall be filed by April 2, 2015. Signed by Judge Michael P. Shea on 10/6/2014. (Luedeman, R.) (Entered: 10/06/2014) |
| 10/02/2014 | 29 | MOTION for permission to conduct deposition by Lindsey, Marinelli, Robinson. Responses due by 10/23/2014 (Grady, B.) (Entered: 10/03/2014) |
| 09/30/2014 | 28 | ANSWER to 25 Amended Complaint with Affirmative Defenses. by Lindsey, Marinelli, Robinson, Sailor.(Villano, P.) (Entered: 10/02/2014) |
| 09/29/2014 | 27 | Response to defendants objection, non pro tunc, to 5 MOTION for Preliminary Injunction filed by Rashad Williams. (Grady, B.) (Entered: 09/29/2014) |
| 09/22/2014 | 26 | Objection to 5 MOTION for Preliminary Injunction filed by Lindsey, Marinelli, Robinson, Saylor. (Attachments: # 1 Attahment A, # 2 Attachment B)(Grady, B.) (Entered: 09/23/2014) |
| 09/15/2014 | 25 | AMENDED COMPLAINT against Mike Doe, Lindsey, Marinelli, Robinson, Jill Haga, Saylor filed by Rashad Williams.(Grady, B.) (Entered: 09/15/2014) |
| 09/15/2014 | 24 | Docket Entry Correction: Document 23 MOTION for extension of time has been modified to add an attachment. (Grady, B.) (Entered: 09/15/2014) |
| | | |

Case 3:13-cv-01154-MPS Document 290 Filed 06/04/18 Page 42 of 43

| 09/15/2014 | 23 | MOTION for extension of time until 12/30/2014 to add Nurse Mike Doe's correct first and last name, re: 1 Complaint by Rashad Williams. (Grady, B.) (Additional attachment(s) added on 9/15/2014: # 1 Attachment) (Grady, B.). (Entered: 09/15/2014) |
|---|---|---|
| 09/09/2014 | 22 | OBJECTION to 19 MOTION for Default Entry 55(a) as to defendants Saylor, Ribinson, Marielli, Mike Doe, Jill Doe and Lindsey; 20 MOTION for Default Judgment as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey filed by Lindsey, Marinelli, Robinson, Sailor. (Grady, B.) (Entered: 09/09/2014) |
| 09/09/2014 | 21 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Lindsey, Marinelli, Robinson, Sailor (Grady, B.) (Entered: 09/09/2014) |
| 08/15/2014 | 20 | MOTION for Default Judgment as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey by Rashad Williams. (Grady, B.) (Entered: 08/15/2014) |
| 08/15/2014 | 19 | MOTION for Default Entry 55(a) as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey by Rashad Williams. (Grady, B.) (Entered: 08/15/2014) |
| 07/16/2014 | 18 | SUMMONS Returned Executed by Rashad Williams. Jill Doe served on 6/30/2014, answer due 7/21/2014; Lindsey served on 6/30/2014, answer due 7/21/2014; Marinelli served on 6/30/2014, answer due 7/21/2014; Robinson served on 6/30/2014, answer due 7/21/2014; Sailor served on 6/30/2014, answer due 7/21/2014. (Campbell, A) (Entered: 07/18/2014) |
| 07/16/2014 |  | Set Deadlines: Amended Complaint due by 9/30/2014. (Johnson, D.) (Entered: 07/17/2014) |
| 07/16/2014 | 17 | ORDER. Plaintiff's 16 Motion for Extension of Time until September 30, 2014 to file an amended complaint alleging facts showing the involvement of Nurse Mike Doe is GRANTED. Signed by Judge Michael P. Shea on 7/16/2014. (Pomeroy, K.) (Entered: 07/16/2014) |
| 07/15/2014 | 16 | MOTION for extension of time until 09/30/2014 to conduct discovery and to gather the correct first and last name of Nurse Mike Doe by Rashad Williams. (Grady, B.) (Entered: 07/15/2014) |
| 06/25/2014 | 15 | WAIVER OF SERVICE Returned Executed as to Sailor waiver sent on 6/16/2014, answer due 8/15/2014, filed by Rashad Williams. (Munoz, M) (Entered: 06/26/2014) |
| 06/24/2014 | 14 | WAIVER OF SERVICE Returned Executed as to Robinson waiver sent on 6/16/2014, answer due 8/15/2014. filed by Rashad Williams. (Johnson, D.) (Entered: 06/24/2014) |
| 06/20/2014 | 13 | WAIVER OF SERVICE Returned Executed as to Marinelli waiver sent on 6/16/2014, answer due 8/15/2014. filed by Rashad Williams. (Johnson, D.) (Entered: 06/20/2014) |
| 06/17/2014 | 12 | ORDER Returning Submission as Deficient: Motion for Appointment of Counsel returned to Rashad Williams. |

|            |    | Signed by Judge Michael P. Shea on 06/17/2014.(Grady, B.) (Entered: 06/17/2014) |
|------------|----|---------------------------------------------------------------------------------|
| 06/16/2014 | 11 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. *Rashad Williams - 215234* *Cheshire, C.I.* *900 Highland Avenue* *Cheshire, CT 06410*., USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendant(s).(Marshals Return of Service on Summons due by 7/6/2014) (Johnson, D.) (Entered: 06/16/2014) |
| 06/16/2014 | 10 | DOCKETED IN ERROR - ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. Attorney *All Defendants C/O Attorney General* *55 Elm Street* *Hartford, CT 06141*., USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendant(s).(Marshals Return of Service on Summons due by 7/6/2014) (Johnson, D.) Modified on 6/16/2014 (Johnson, D.). (Entered: 06/16/2014) |
| 06/16/2014 | 9  | DOCKETED IN ERROR - ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. *Rashad Williams* *Cheshire, C.I.* *900 Highland Avenue* *Cheshire, CT 06410*. (Johnson, D.) Modified on 6/16/2014 (Johnson, D.). (Entered: 06/16/2014) |
| 06/16/2014 |    | REQUEST FOR WAIVER of Service sent to all defendants on 6/16/14 by Lindsey, Marinelli, Robinson, Sailor. Waiver of Service due by 7/21/2014 (Johnson, D.) (Entered: 06/16/2014) |
| 05/30/2014 | 8  | INITIAL REVIEW ORDER, Answer deadline updated for Jill Doe; Lindsey; Marinelli; Robinson; Sailor to 8/9/2014., ( Amended Complaint due by 7/30/2014, Discovery due by 11/30/2014, Dispositive Motions due by 12/30/2014) Signed by Judge Michael P. Shea on 5/30/14.(Johnson, D.) (Entered: 06/11/2014) |
| 04/17/2014 | 7  | DECLARATION in Support of Plaintiff's Motion for Preliminary Injunction by Rashad Williams (Garguilo, B) (Entered: 04/18/2014) |
| 04/17/2014 | 6  | DECLARATION in Support of Plaintiff's Motion for Preliminary Injunction by Rashad Williams (Garguilo, B) (Entered: 04/18/2014) |
| 04/17/2014 | 5  | MOTION for Preliminary Injunction by Rashad Williams. (Garguilo, B) Modified on 4/24/2014 to correct event (Garguilo, B). (Entered: 04/18/2014) |
| 08/14/2013 | 4  | PRISCS - ELECTRONIC ORDER granting 2 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you must notify the court. Failure to do so can result in dismissal of your case. |

|  |  | Signed by Judge Holly B. Fitzsimmons on 8/14/13. (Corriette, M.) (Entered: 08/14/2013) |
|---|---|---|
| 08/09/2013 | 3 | PRISCS - STANDING PROTECTIVE ORDER<br>Signed by Judge Michael P. Shea on 8/9/2013.(Fazekas, J.) (Entered: 08/13/2013) |
| 08/09/2013 | 2 | PRISCS - MOTION for Leave to Proceed in forma pauperis by Rashad Williams. (Fazekas, J.) (Entered: 08/13/2013) |
| 08/09/2013 | 1 | PRISCS - COMPLAINT against All Defendants, filed by Rashad Williams.(Fazekas, J.) (Entered: 08/13/2013) |

APPEAL,CLOSED,DFM,EFILE,PRISSCAN,PROSE,REFCNF

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:13–cv–01154–MPS

| | |
|---|---|
| Williams v. Murphy et al | Date Filed: 08/09/2013 |
| Assigned to: Judge Michael P. Shea | Date Terminated: 07/20/2016 |
| Referred to: Judge Donna F. Martinez (Settlement) | Jury Demand: Plaintiff |
| Demand: $28,000,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Rashad Williams**     represented by     **John L. Laudati**
Murphy Laudati Kiel Buttler & Rattigan, LLC
10 Talcott Notch
Suite 120
Farmington, CT 06032
860–674–8296
Fax: 860–674–0850
Email: jlaudati@mlkbr.com
*TERMINATED: 06/30/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josiah T.D. Butts**
Robinson & Cole, LLP–HTFD
280 Trumbull St.
Hartford, CT 06103
860–275–8226
Fax: 860–275–8299
Email: jbutts@rc.com
*ATTORNEY TO BE NOTICED*

**Linda L. Morkan**
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103–3597
860–275–8200
Email: lmorkan@rc.com
*ATTORNEY TO BE NOTICED*

**Paul F. Thomas**
Duffy Law, LLC
770 Chapel St. Suite 4F
New Haven, CT 06510
203–946–2000
Email: paul@DuffyLawCT.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Murphy**
*Individual and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Quiros**
*Individually and in their official capacities*

*TERMINATED: 05/30/2014*

**Defendant**

**Cahill**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Marinelli**
*Individually and in their official capacities*

represented by **DeAnn S. Varunes**
Attorney General's Office – Sherman St (Htfd)
110 Sherman St.
Hartford, CT 06105
860–808–5450
Fax: 860–808–5591
Email: deann.varunes@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Fiske , III**
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105
860–808–5450
Fax: 860–808–5591
Email: robert.fiske@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel A. Motherway**
Attorney General's Office
110 Sherman Street
Hartford, CT 06105
860–808–5450
Fax: 860–808–5591
Email: carmel.motherway@ct.gov
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860–808–5450
Fax: 860–808–5591
Email: terrence.oneill@ct.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Powers**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Butkiewicus**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

| | | |
|---|---|---|
| **Sailor** *Individually and in their official capacities* *TERMINATED: 09/15/2014* | represented by | **DeAnn S. Varunes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**UConn**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

| | | |
|---|---|---|
| **Defendant** **Lindsey** *Individually and in their official capacities* | represented by | **DeAnn S. Varunes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Robert B. Fiske , III** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Carmel A. Motherway** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Terrence M. O'Neill** (See above for address) *ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Defendant** **Robinson** *Individually and in their official capacities* | represented by | **DeAnn S. Varunes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Robert B. Fiske , III** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Carmel A. Motherway** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Terrence M. O'Neill** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**Fran**
*Dr., Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Redding**
*Individually and in their official capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Jill Doe**
*Individually and in their official
capacities*
*TERMINATED: 09/15/2014*

**Defendant**

**Mike Doe**
*Individually and in their official
capacities*
*TERMINATED: 05/30/2014*

**Defendant**

**Jill Haga**                          represented by   **DeAnn S. Varunes**
*Individually and in their official*                   (See above for address)
*capacities*                                           *LEAD ATTORNEY*
*TERMINATED: 07/18/2016*                               *ATTORNEY TO BE NOTICED*

                                                       **Robert B. Fiske , III**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Carmel A. Motherway**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Saylor**                             represented by   **DeAnn S. Varunes**
*Individually and in their official*                   (See above for address)
*capacities*                                           *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert B. Fiske , III**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Carmel A. Motherway**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Terrence M. O'Neill**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Wilbur**                        represented by   **DeAnn S. Varunes**
*TERMINATED: 07/12/2016*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert B. Fiske , III**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Carmel A. Motherway**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Notice**

**State of Connecticut**                               represented by

**Maura Murphy–Osborne**
Attorney General's Office –Elm Htfd
55 Elm Street
P.O. Box 120
Hartford, CT 06141
860–808–5020
Fax: 860–808–5347
Email: maura.murphyosborne@ct.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

**ACLU Foundation of Connecticut**                 represented by  **Dan Barrett**
*ACLU Foundation of Connecticut*

American Civil Liberties Union – CT
765 Asylum Ave., 1st Floor
Hartford, CT 06105
860–471–8471
Email: dbarrett@acluct.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2013 | 1 | PRISCS – COMPLAINT against All Defendants, filed by Rashad Williams.(Fazekas, J.) (Entered: 08/13/2013) |
| 08/09/2013 | 2 | PRISCS – MOTION for Leave to Proceed in forma pauperis by Rashad Williams. (Fazekas, J.) (Entered: 08/13/2013) |
| 08/09/2013 | 3 | PRISCS – STANDING PROTECTIVE ORDER Signed by Judge Michael P. Shea on 8/9/2013.(Fazekas, J.) (Entered: 08/13/2013) |
| 08/14/2013 | 4 | PRISCS – ELECTRONIC ORDER granting 2 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you must notify the court. Failure to do so can result in dismissal of your case. Signed by Judge Holly B. Fitzsimmons on 8/14/13. (Corriette, M.) (Entered: 08/14/2013) |
| 04/17/2014 | 5 | MOTION for Preliminary Injunction by Rashad Williams. (Garguilo, B) Modified on 4/24/2014 to correct event (Garguilo, B). (Entered: 04/18/2014) |
| 04/17/2014 | 6 | DECLARATION in Support of Plaintiff's Motion for Preliminary Injunction by Rashad Williams (Garguilo, B) (Entered: 04/18/2014) |
| 04/17/2014 | 7 | DECLARATION in Support of Plaintiff's Motion for Preliminary Injunction by Rashad Williams (Garguilo, B) (Entered: 04/18/2014) |
| 05/30/2014 | 8 | INITIAL REVIEW ORDER, Answer deadline updated for Jill Doe; Lindsey; Marinelli; Robinson; Sailor to 8/9/2014., ( Amended Complaint due by 7/30/2014, Discovery due by 11/30/2014, Dispositive Motions due by 12/30/2014) Signed by Judge Michael P. Shea on 5/30/14.(Johnson, D.) (Entered: 06/11/2014) |
| 06/16/2014 | | REQUEST FOR WAIVER of Service sent to all defendants on 6/16/14 by Lindsey, Marinelli, Robinson, Sailor. Waiver of Service due by 7/21/2014 (Johnson, D.) (Entered: 06/16/2014) |
| 06/16/2014 | 9 | DOCKETED IN ERROR – ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. *Rashad Williams* *Cheshire, C.I.* *900 Highland Avenue* *Cheshire, CT 06410*. (Johnson, D.) Modified on 6/16/2014 (Johnson, D.). (Entered: 06/16/2014) |
| 06/16/2014 | 10 | DOCKETED IN ERROR – ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. Attorney *All Defendants C/O Attorney General* *55 Elm Street* *Hartford, CT 06141*., USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendant(s).(Marshals Return of Service on Summons due by 7/6/2014) (Johnson, D.) |

| | | Modified on 6/16/2014 (Johnson, D.). (Entered: 06/16/2014) |
|---|---|---|
| 06/16/2014 | 11 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Lindsey, Marinelli, Robinson, Sailor* with answer to complaint due within *21* days. *Rashad Williams – 215234* *Cheshire, C.I.* *900 Highland Avenue* *Cheshire, CT 06410*., USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendant(s).(Marshals Return of Service on Summons due by 7/6/2014) (Johnson, D.) (Entered: 06/16/2014) |
| 06/17/2014 | 12 | ORDER Returning Submission as Deficient: Motion for Appointment of Counsel returned to Rashad Williams. Signed by Judge Michael P. Shea on 06/17/2014.(Grady, B.) (Entered: 06/17/2014) |
| 06/20/2014 | 13 | WAIVER OF SERVICE Returned Executed as to Marinelli waiver sent on 6/16/2014, answer due 8/15/2014. filed by Rashad Williams. (Johnson, D.) (Entered: 06/20/2014) |
| 06/24/2014 | 14 | WAIVER OF SERVICE Returned Executed as to Robinson waiver sent on 6/16/2014, answer due 8/15/2014. filed by Rashad Williams. (Johnson, D.) (Entered: 06/24/2014) |
| 06/25/2014 | 15 | WAIVER OF SERVICE Returned Executed as to Sailor waiver sent on 6/16/2014, answer due 8/15/2014, filed by Rashad Williams. (Munoz, M) (Entered: 06/26/2014) |
| 07/15/2014 | 16 | MOTION for extension of time until 09/30/2014 to conduct discovery and to gather the correct first and last name of Nurse Mike Doe by Rashad Williams. (Grady, B.) (Entered: 07/15/2014) |
| 07/16/2014 | 17 | ORDER. Plaintiff's 16 Motion for Extension of Time until September 30, 2014 to file an amended complaint alleging facts showing the involvement of Nurse Mike Doe is GRANTED. Signed by Judge Michael P. Shea on 7/16/2014. (Pomeroy, K.) (Entered: 07/16/2014) |
| 07/16/2014 | | Set Deadlines: Amended Complaint due by 9/30/2014. (Johnson, D.) (Entered: 07/17/2014) |
| 07/16/2014 | 18 | SUMMONS Returned Executed by Rashad Williams. Jill Doe served on 6/30/2014, answer due 7/21/2014; Lindsey served on 6/30/2014, answer due 7/21/2014; Marinelli served on 6/30/2014, answer due 7/21/2014; Robinson served on 6/30/2014, answer due 7/21/2014; Sailor served on 6/30/2014, answer due 7/21/2014. (Campbell, A) (Entered: 07/18/2014) |
| 08/15/2014 | 19 | MOTION for Default Entry 55(a) as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey by Rashad Williams. (Grady, B.) (Entered: 08/15/2014) |
| 08/15/2014 | 20 | MOTION for Default Judgment as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey by Rashad Williams. (Grady, B.) (Entered: 08/15/2014) |
| 09/09/2014 | 21 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Lindsey, Marinelli, Robinson, Sailor (Grady, B.) (Entered: 09/09/2014) |
| 09/09/2014 | 22 | OBJECTION to 19 MOTION for Default Entry 55(a) as to defendants Saylor, Ribinson, Marielli, Mike Doe, Jill Doe and Lindsey; 20 MOTION for Default Judgment as to defendants Sailor, Robinson, Marinelli, Mike Doe, Jill Doe and Lindsey filed by Lindsey, Marinelli, Robinson, Sailor. (Grady, B.) (Entered: 09/09/2014) |
| 09/15/2014 | 23 | MOTION for extension of time until 12/30/2014 to add Nurse Mike Doe's correct first and last name, re: 1 Complaint by Rashad Williams. (Grady, B.) (Additional attachment(s) added on 9/15/2014: # 1 Attachment) (Grady, B.). (Entered: 09/15/2014) |
| 09/15/2014 | 24 | Docket Entry Correction: Document 23 MOTION for extension of time has been modified to add an attachment. (Grady, B.) (Entered: 09/15/2014) |
| 09/15/2014 | 25 | AMENDED COMPLAINT against Mike Doe, Lindsey, Marinelli, Robinson, Jill Haga, Saylor filed by Rashad Williams.(Grady, B.) (Entered: 09/15/2014) |
| 09/22/2014 | 26 | Objection to 5 MOTION for Preliminary Injunction filed by Lindsey, Marinelli, Robinson, Saylor. (Attachments: # 1 Attahment A, # 2 Attachment B)(Grady, B.) (Entered: 09/23/2014) |

| 09/29/2014 | 27 | Response to defendants objection, non pro tunc, to 5 MOTION for Preliminary Injunction filed by Rashad Williams. (Grady, B.) (Entered: 09/29/2014) |
|---|---|---|
| 09/30/2014 | 28 | ANSWER to 25 Amended Complaint with Affirmative Defenses. by Lindsey, Marinelli, Robinson, Sailor.(Villano, P.) (Entered: 10/02/2014) |
| 10/02/2014 | 29 | MOTION for permission to conduct deposition by Lindsey, Marinelli, Robinson. Responses due by 10/23/2014 (Grady, B.) (Entered: 10/03/2014) |
| 10/06/2014 | 30 | ORDER. For the reasons outlined in the attached ruling, the Plaintiff's 5 Motion for Preliminary Injunction, 19 Motion for Default Entry, and 20 Motion for Default Judgment are DENIED. The 23 Motion for Extension of Time is GRANTED IN PART. The Plaintiff is permitted until December 1, 2014 to file a Second Amended Complaint identifying Mike Doe by name. The Second Amended Complaint must also include facts to show how Mike Doe was deliberately indifferent to the Plaintiff's medical needs on October 28, 2010. If the Plaintiff does not identify Mike Doe and file a Second Amended Complaint within that time period, the claims against him will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Defendants are directed to file a response either to the 25 Amended Complaint or to the Second Amended Complaint if one is filed, on or before January 2, 2015. Discovery must be completed by March 2, 2015. Motions for summary judgment, if any, shall be filed by April 2, 2015. Signed by Judge Michael P. Shea on 10/6/2014. (Luedeman, R.) (Entered: 10/06/2014) |
| 10/06/2014 | 31 | ORDER. In accordance with the attached order, the Clerk shall, within 21 business days, ascertain from the Department of Correction Office of Legal Affairs the current work address for Defendant Jill Haga, Mental Health Worker, and mail a waiver of service of process request packet and a copy of the Amended Complaint to Defendant Haga in her current work address. If Defendant Haga fails to return the waiver request, the Clerk shall make arrangements for in−person service by the U.S. Marshals Service and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d). Signed by Judge Michael P. Shea on 10/6/2014.(Luedeman, R.) (Entered: 10/06/2014) |
| 10/06/2014 | | Set Deadlines/Hearings:( Amended Complaint due by 12/1/2014), Answer deadline updated for Jill Haga to 1/2/2015; Lindsey to 1/2/2015; Marinelli to 1/2/2015; Robinson to 1/2/2015; Saylor to 1/2/2015. (Johnson, D.) (Entered: 10/09/2014) |
| 10/17/2014 | | REQUEST FOR WAIVER of Service sent to Jill Haga on 10/17/14 by Rashad Williams. Waiver of Service due by 11/21/2014 (Johnson, D.) (Entered: 10/17/2014) |
| 10/24/2014 | 32 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor (Grady, B.) (Entered: 10/24/2014) |
| 10/28/2014 | 33 | WAIVER OF SERVICE Returned Executed as to Jill Haga waiver sent on 10/17/2014, answer due 12/16/2014 filed by Rashad Williams. (Grady, B.) (Entered: 10/28/2014) |
| 11/05/2014 | 34 | MOTION for extension of time until 12/06/2014 to respond to plaintiff's production request and admissions by Jill Haga, Lindsey, Marinelli, Robinson, Saylor. (Grady, B.) (Entered: 11/05/2014) |
| 11/07/2014 | 35 | ANSWER to 25 Amended Complaint with Affirmative Defenses by Jill Haga, Lindsey, Marinelli, Robinson, Saylor.(Grady, B.) (Entered: 11/07/2014) |
| 11/12/2014 | 36 | AMENDED ANSWER to 25 Amended Complaint with Affirmative Defenses by Marinelli, Robinson, Saylor. (Grady, B.) (Entered: 11/12/2014) |
| 11/14/2014 | 37 | ORDER granting 29 Motion; granting 34 Motion for Extension of Time. Signed by Judge Michael P. Shea on 11/14/2014. (Luedeman, R.) (Entered: 11/14/2014) |
| 11/20/2014 | 38 | AMENDED COMPLAINT against Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur filed by Rashad Williams.(Grady, B.) (Entered: 11/20/2014) |
| 12/02/2014 | 39 | CASE MANAGEMENT ORDER: Counsel are expected to read the attachments to the Case Management Order. Signed by Judge Michael P. Shea on 12/2/2014.(Luedeman, R.) (Entered: 12/02/2014) |
| 12/02/2014 | | Set Deadlines/Hearings:( Discovery due by 3/2/2015, Dispositive Motions due by 4/2/2015), Answer deadline updated for Paul Wilbur to 1/2/2015. (Johnson, D.) |

| | | (Entered: 12/08/2014) |
|---|---|---|
| 12/08/2014 | | REQUEST FOR WAIVER of Service sent to Paul Wilbur on 12/8/14 by Rashad Williams. Waiver of Service due by 1/12/2015 (Johnson, D.) (Entered: 12/08/2014) |
| 12/15/2014 | 40 | WAIVER OF SERVICE Returned Executed as to Paul Wilbur waiver sent on 12/8/2014, answer due 2/6/2015. filed by Rashad Williams. (Falcone, K.) (Entered: 12/15/2014) |
| 01/09/2015 | 41 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Paul Wilbur (Grady, B.) (Entered: 01/09/2015) |
| 01/09/2015 | 42 | ANSWER to 38 Amended Complaint with Affirmative Defenses by Jill Haga, Lindsey, Marinelli, Robinson, Sailor, Paul Wilbur.(Grady, B.) (Entered: 01/09/2015) |
| 01/14/2015 | 43 | ORDER Returning Submission as Deficient: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action returned to Rashad Williams. Signed by Judge Michael P. Shea on 01/3/2015.(Grady, B.) (Entered: 01/14/2015) |
| 01/14/2015 | 44 | MOTION to Compel by Rashad Williams. Responses due by 2/4/2015.(Luedeman, R.) (Entered: 01/14/2015) |
| 01/30/2015 | 45 | OBJECTION re 44 MOTION to Compel filed by Jill Haga, Lindsey, Marinelli, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 01/30/2015) |
| 01/30/2015 | 46 | MOTION for Leave to File *DOCUMENTS ELECTRONICALLY* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 01/30/2015) |
| 02/10/2015 | 47 | Plaintiff's response to defendant's objection to 44 MOTION to Compel filed by Rashad Williams. (Grady, B.) (Entered: 02/10/2015) |
| 02/10/2015 | 48 | MOTION to Compel Discovery by Rashad Williams. Responses due by 3/3/2015 (Grady, B.) (Entered: 02/10/2015) |
| 03/03/2015 | 49 | Objection to 48 MOTION to Compel filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment A)(Grady, B.) (Entered: 03/03/2015) |
| 03/18/2015 | 50 | REPLY to objection to Response to second 48 MOTION to Compel filed by Rashad Williams. (Grady, B.) (Entered: 03/18/2015) |
| 05/01/2015 | 51 | ORDER. As set forth in the attached ruling: The defendants' 46 Motion for Leave to File Electronically is GRANTED. The plaintiff's 44 First Motion to Compel is DENIED as to the First Request for Discovery and GRANTED IN PART AND DENIED IN PART as to 2014 First Request for Production of Documents as follows: (1) DENIED as to request six without prejudice. (2) GRANTED as to requests ten and seventeen under the protective order set forth in the attached ruling. Within thirty days of this order, the defendants shall respond to those requests in the manner provided by the protective order. (3) GRANTED as to requests one and two. To the extent that the defendants have not already arranged to permit the plaintiff to review his master and medical files and make copies of documents from the files, they shall do so within fourteen days of this order. (4) GRANTED as to requests eleven, twelve, and thirteen. To the extent that the defendants have not already produced information responsive to the requests, they shall do so within fourteen days of this order. The plaintiff's 48 Second Motion to Compel Discovery is DENIED for failure to comply with Local Rule 37(a) and (b)1. Although the Court has denied the second motion to compel, it directs defense counsel, to the extent that she has not already done so, to respond to the first set of interrogatories directed to defendant Lindsey and to send plaintiff the supplemental responses to the Second Request for Discovery. The Clerk is directed to appoint pro bono counsel for the plaintiff. Signed by Judge Michael P. Shea on 5/1/2015. (Luedeman, R.) (Entered: 05/01/2015) |

| 05/14/2015 | 52 | MOTION for Extension of Time until May 29, 2015 To Comply with Ruling on Pending Motions 51 Order on Motion to Compel,,,,,,, Order on Motion for Leave to File,,,,,,,,,,,, by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment)(Varunes, DeAnn) (Entered: 05/14/2015) |
|---|---|---|
| 05/15/2015 | 53 | ORDER. The 52 Motion for Extension of Time is GRANTED. No further extensions will be granted, barring extraordinary circumstances. Signed by Judge Michael P. Shea on 5/15/2015. (Luedeman, R.) (Entered: 05/15/2015) |
| 05/26/2015 | 54 | Joint MOTION for Clarification 51 Order on Motion to Compel,,,,,,, Order on Motion for Leave to File,,,,,,,,,,,, by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 05/26/2015) |
| 05/26/2015 | 55 | MOTION for Sanctions by Rashad Williams. Responses due by 6/16/2015 (Grady, B.) (Entered: 05/26/2015) |
| 05/27/2015 | 56 | ORDER. The 54 Motion for Clarification is GRANTED. The Court's prior 51 Order, which, among other things, compels the defendants to disclose under protective order "incident reports and similar documents related to any assaults by Inmate Walker at Northern that occurred within three years before the events described in the plaintiff's complaint," applies to any documents, including but not limited to disciplinary tickets and incident reports, tending to show that the defendants were on notice that Inmate Walker had a history of assaulting other inmates––or threatening to do so––during the three years prior to the events in the complaint. Thus, if the defendants possess documents tending to show that Inmate Walker was classified or maintained as a Security Risk Group Threat Member (or other classification) because of assaults on other inmates or threats to do so within that time period, such documents must be disclosed in accordance with the protective order. If, on the other hand, all documentation of the reasons for Inmate Walker's classification(s) pertains to other risks––such as gang affiliations––those documents need not be disclosed.

Because the defendants may, as a result of this clarification, be required to make further disclosures regarding Inmate Walker, the deadline for complying with that portion of the 51 Order is extended from June 1, 2015, to June 8, 2015.

The 55 Motion for Sanctions is DENIED without prejudice, as the Court, in its 53 Order, extended the deadline referenced in the 55 Motion for Sanctions.

Signed by Judge Michael P. Shea on 5/27/2015. (Luedeman, R.) (Entered: 05/27/2015) |
| 05/28/2015 | 57 | Supplemental RESPONSE by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur*TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, Production Request #17, Consistent with Court's Order on the Motion for Clarification (Doc. #56).* (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Varunes, DeAnn) (Entered: 05/28/2015) |
| 06/01/2015 | 58 | OBJECTION to 52 MOTION for extension of time filed by Rashad Williams. (Grady, B.) (Entered: 06/02/2015) |
| 06/05/2015 | 59 | MOTION for Pretrial Conference by Rashad Williams. (Grady, B.) (Entered: 06/05/2015) |
| 06/05/2015 | 60 | OBJECTION to 54 Joint MOTION for Clarification on 51 Order on Motion to Compel, Order on Motion for Leave to File filed by Rashad Williams. (Grady, B.) (Entered: 06/05/2015) |
| 07/06/2015 | 61 | Order Appointing Pro Bono Counsel John L. Laudati for Rashad Williams pursuant to D. Conn L. Civ. R 83.10. Counsel is directed to contact their client and file an appearance as soon as possible.
Signed by Clerk on 7/6/15.(Bauer, J.) (Entered: 07/06/2015) |
| 07/16/2015 | 62 | NOTICE of Appearance by John L. Laudati on behalf of Rashad Williams (Laudati, John) (Entered: 07/16/2015) |
| 07/17/2015 | 63 | NOTICE. A telephonic status conference before Judge Michael P. Shea will be held on July 23, 2015, at 2:30pm. Chambers will email counsel with call–in instructions. (Luedeman, R.) (Entered: 07/17/2015) |

| 07/17/2015 | | Set Deadlines/Hearings: Telephonic Status Conference set for 7/23/2015 02:30 PM Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 07/20/2015) |
|---|---|---|
| 07/23/2015 | 64 | ORDER. As discussed on the record during today's telephonic status conference, the parties shall submit by August 17, 2015, a proposed case management plan to prepare the case for trial within the next six months. The Court notes that, as the plaintiff is now represented by counsel, filings may now be served by electronic notice to his counsel. Signed by Judge Michael P. Shea on 7/23/2015. (Luedeman, R.) (Entered: 07/23/2015) |
| 07/23/2015 | 65 | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 7/23/2015. 10 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/24/2015) |
| 08/13/2015 | 66 | Joint REPORT of Rule 26(f) Planning Meeting. (Varunes, DeAnn) (Entered: 08/13/2015) |
| 08/17/2015 | 67 | ORDER. In its 64 Order, the Court instructed the parties to submit a "proposed case management plan to prepare the case for trial within the next six months." The 66 Joint Report fails to propose such a plan. It proposes a period of seven months of discovery, followed by an April 1, 2016 deadline for dispositive motions, the filing of which would delay trial further. The dispositive motions deadline in this case was April 2, 2015, per the 39 Case Management Order, and the parties may no longer file dispositive motions. The case will proceed according to the following schedule: All discovery, both fact discovery and expert discovery, shall be completed (not propounded) by December 31, 2015, the parties' joint trial memorandum is due February 12, 2016, a pretrial conference is scheduled for March 1, 2016, at 10:00am, and jury selection is scheduled for March 9, 2016, at 9:00am. Signed by Judge Michael P. Shea on 8/17/2015. (Luedeman, R.) (Entered: 08/17/2015) |
| 08/17/2015 | 68 | ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for Settlement Conference. Signed by Judge Michael P. Shea on 8/17/2015. (Luedeman, R.) (Entered: 08/17/2015) |
| 08/17/2015 | | Set deadlines: Discovery due by 12/31/2015; Joint Trial Memorandum due by 2/12/2016; Jury Selection set for 3/9/2016 at 10:00 am in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea; Pretrial Conference set for 3/1/2016 at 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea. (Grady, B.) (Entered: 08/18/2015) |
| 08/17/2015 | | Set Deadlines/Hearings: Discovery due by 12/31/2015; Trial Brief due by 2/12/2016; Jury Selection set for 3/9/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea; Pretrial Conference set for 3/1/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 08/18/2015) |
| 08/20/2015 | 69 | ORDER: A settlement conference is scheduled for 10/14/15 at 10:30 AM with Judge Martinez. The plaintiff shall appear by videoconference, which shall be arranged by the court and the DOC. Please see attached order for important instructions. Signed by Judge Donna F. Martinez on 8/20/15. (Brierley, K) (Entered: 08/20/2015) |
| 08/20/2015 | | Set Deadlines/Hearings: Settlement Conference is set for 10/14/2015 at 10:30 AM in the East Courtroom, 450 Main St., Hartford, CT before Judge Martinez. (Brierley, K) (Entered: 08/20/2015) |
| 10/14/2015 | 70 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference scheduled for 10/14/2015 did not go forward due to technical difficulties with the videoconference. Parties agreed to reschedule. 30 minutes (Constantine, A.) (Entered: 10/14/2015) |
| 10/15/2015 | 71 | ORDER & CALENDAR: A settlement conference is scheduled for 11/4/2015 at 10:30 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. The court and the DOC shall make arrangements for the plaintiff to appear by videoconference. (Constantine, A.) (Entered: 10/15/2015) |
| 10/15/2015 | 72 | ORDER : The time of the settlement conference scheduled for 11/4/2015 is changed to 11:30 AM. (Constantine, A.) (Entered: 10/15/2015) |

| 10/16/2015 | 73 | MOTION to compel plaintiff's counsel to conduct discovery by Rashad Williams. Responses due by 11/6/2015 (Grady, B.) (Entered: 10/16/2015) |
|---|---|---|
| 10/26/2015 | 74 | MOTION for Cost and Fees by Rashad Williams.Responses due by 11/16/2015 (Laudati, John) (Entered: 10/26/2015) |
| 10/29/2015 | 75 | Third MOTION to Amend/Correct 38 Amended Complaint by Rashad Williams.Responses due by 11/19/2015 (Laudati, John) (Entered: 10/29/2015) |
| 10/29/2015 | 102 | THIRD AMENDED COMPLAINT against Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur, filed by Rashad Williams.(Johnson, D.) (Entered: 03/01/2016) |
| 11/04/2015 | 76 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 11/4/2015. Case did not settle. Total Time: 3 hours and 45 minutes (Martinez, Donna) (Entered: 11/04/2015) |
| 11/04/2015 | 77 | ORDER. The 59 Motion for Pretrial Conference is DENIED as moot because the case was referred to Magistrate Judge Martinez on August, 17, 2015. [ECF No. 68].<br><br>The 73 Motion to Compel is DENIED. The plaintiff is reminded that all of his communication with the Court should be made through his appointed counsel. Further, should a discovery dispute arise in this case, counsel must follow this Court's procedures for resolving discovery disputes, available on the Court's website.<br><br>The 74 Motion for Costs and Fees is DENIED without prejudice to timely renewal. The motion does not make a specific showing of need with sufficient detail to allow the Court to evaluate the request. Further, the Court has a limited budget to reimburse pro bono counsel for expenses. Any reimbursements must be justified by a specific showing of need. Any request exceeding $2,000 must be referred to the Court's budget committee. The plaintiff should not postpone the upcoming depositions pending court resolution of any renewed motion. The plaintiff may seek reimbursement for costs or expenses by filing an appropriate motion, supported by a specific showing of need, under D. Conn. L. Civ. R. 83.10(g).<br><br>Signed by Judge Michael P. Shea on 11/4/2015. (Hillier, D.) (Entered: 11/04/2015) |
| 11/24/2015 | 78 | Second MOTION for Cost and Fees by Rashad Williams.Responses due by 12/15/2015 (Laudati, John) (Entered: 11/24/2015) |
| 11/25/2015 | 79 | ORDER. The 75 Request for Leave to Amend Complaint is GRANTED. Signed by Judge Michael P. Shea on 11/25/2015. (Hillier, D.) (Entered: 11/25/2015) |
| 11/25/2015 | 80 | ORDER. The 78 Second Motion for Costs and Fees is GRANTED in part and DENIED in part. The Court authorizes the requested reimbursement. However, prior to obtaining such reimbursement, counsel must file (1) copies of the deposition notices, (2) the court reporter's invoices, and (3) proof of payment, including copies of checks as necessary. Signed by Judge Michael P. Shea on 11/25/2015. (Hillier, D.) (Entered: 11/25/2015) |
| 12/14/2015 | 81 | Entered in Error . . . RESPONSE *to Requests for Admissions* filed by Rashad Williams. (Laudati, John) Modified on 12/15/2015 (Grady, B.). (Entered: 12/14/2015) |
| 12/15/2015 | | Docket Entry Correction: Document 81 Response to request for admissions – Entered in Error – Per the local rules, discovery is not to be filed. (Grady, B.) (Entered: 12/15/2015) |
| 12/24/2015 | 82 | NOTICE of Appearance by Robert B. Fiske, III on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur (Fiske, Robert) (Entered: 12/24/2015) |
| 02/03/2016 | 83 | First MOTION to Compel *Production* by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 02/03/2016 | 84 | MOTION in Limine by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
| 02/03/2016 | 85 | Third MOTION for Cost and Fees by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |

| 02/03/2016 | 86 | First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* by Rashad Williams.Responses due by 2/24/2016 (Laudati, John) (Entered: 02/03/2016) |
|---|---|---|
| 02/04/2016 | 87 | ORDER. The plaintiff has filed a motion to compel that relates to a dispute that arose in November 2015. The plaintiff does not explain why he did not raise the issue with the Court prior to this time or prior to the close of discovery on December 31, 2015. (ECF No. 67). Further, the motion does not comply with the undersigned's instructions for discovery disputes, available on the Court's website. For these reasons, the 83 Motion to Compel is DENIED.<br><br>The 85 Third Motion for Costs and Fees is DENIED without prejudice to timely renewal. The 85 Third Motion for Costs and Fees does not provide a specific showing of need with sufficient detail to allow the Court to evaluate the request. The Court reminds the plaintiff that any request exceeding $2,000 must be referred to the Court's budget committee.<br><br>Signed by Judge Michael P. Shea on 2/4/2016. (Hillier, D.) (Entered: 02/04/2016) |
| 02/04/2016 | 88 | NOTICE: The pretrial conference is set for March 1, 2016 at 10:00 a.m. Should the plaintiff wish to attend the pretrial conference, at which various evidentiary issues will be argued, counsel for the plaintiff must file a motion with a proposed Writ of Habeas Corpus ad Testificandum that directs the Department of Corrections to produce the plaintiff for the pretrial conference.<br><br>Signed by Judge Michael P. Shea on 2/4/2016. (Hillier, D.) (Entered: 02/04/2016) |
| 02/04/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 3/1/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/05/2016) |
| 02/05/2016 | 89 | NOTICE of Appearance by Carmel A. Motherway on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur (Motherway, Carmel) (Entered: 02/05/2016) |
| 02/10/2016 | 90 | MOTION for Extension of Time until 02/19/2016 To File Joint Trial Memorandum by Rashad Williams. (Laudati, John) (Entered: 02/10/2016) |
| 02/11/2016 | 91 | ORDER. The 90 Motion for Extension of Time is GRANTED. The parties have until **February 19, 2016** to file their Joint Trial Memorandum.<br><br>Signed by Judge Michael P. Shea on 2/11/2016. (Hillier, D.) (Entered: 02/11/2016) |
| 02/11/2016 | | Set Deadlines/Hearings: Joint Trial Brief due by 2/19/2016 (Johnson, D.) (Entered: 02/12/2016) |
| 02/17/2016 | 92 | Fourth MOTION for Cost and Fees by Rashad Williams.Responses due by 3/9/2016 (Laudati, John) (Entered: 02/17/2016) |
| 02/17/2016 | 93 | First MOTION for Writ *of Habeas Corpus Ad Testificandum* by Rashad Williams. (Laudati, John) (Entered: 02/17/2016) |
| 02/18/2016 | 94 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Signed by Judge Michael P. Shea on 2/18/2016. (Hillier, D.) (Entered: 02/18/2016) |
| 02/19/2016 | 95 | TRIAL MEMO by Rashad Williams Estimated trial time 6 days. (Attachments: # 1 Exhibit Plaintiff's Exhibit List, # 2 Exhibit Defendants' Exhibit List, # 3 Exhibit Plaintiff's Proposed Voir Dire Questions, # 4 Exhibit Defendants' Proposed Voir Dire Questions, # 5 Exhibit Plaintiff's Proposed Jury Instructions, # 6 Exhibit Defendants' Proposed Jury Instructions, # 7 Exhibit Jointly Proposed Verdict Form)(Laudati, John) (Entered: 02/19/2016) |
| 02/19/2016 | 96 | ORDER. The 92 Fourth Motion for Costs and Fees is GRANTED. The plaintiff's counsel included a copy of the deposition notice, the court reporter's invoice, and proof of payment for the deposition of Lauren Powers. He did not include the court reporter's invoice or proof of payment for the deposition of Eileen Redden. Should the plaintiff's counsel wish to be reimbursed for the deposition of Eileen Redden, he should file a copy of the court reporter's invoice and proof of payment. The Finance Department is directed to reimburse the plaintiff's counsel in the amount of $277.75 for the |

| | | |
|---|---|---|
| | | deposition of Lauren Powers.<br><br>Signed by Judge Michael P. Shea on 2/19/2016. (Hillier, D.) (Entered: 02/19/2016) |
| 02/24/2016 | 97 | Memorandum in Opposition re 84 MOTION in Limine filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 02/24/2016) |
| 02/24/2016 | 98 | Memorandum in Opposition re 86 First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Motherway, Carmel) (Entered: 02/24/2016) |
| 02/29/2016 | 99 | ORDER. In reviewing the docket, the Court has noticed that the defendants have not filed an answer to the third amended complaint. If no such answer has been filed by March 1 at 10 a.m., the Court will instruct the Clerk's Office to enter a default. The answer may not assert new affirmative defenses without permission from the Court. Signed by Judge Michael P. Shea on 2/29/2016. (Hillier, D.) (Entered: 02/29/2016) |
| 02/29/2016 | 100 | Writ *of Habeaus Corpus Ad Testificandum, as served* by Rashad Williams. (Laudati, John) Modified text to correct event on 6/17/2016 (Shafer, J.). (Entered: 02/29/2016) |
| 02/29/2016 | 101 | OBJECTION re 99 Order, filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Attachments: # 1 Attachment A – Defendants' Answer and Affirmative Defenses)(Varunes, DeAnn) (Entered: 02/29/2016) |
| 02/29/2016 | 103 | ANSWER to 102 Third Amended Complaint with Affirmative Defenses. by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur.(Johnson, D.) (Entered: 03/01/2016) |
| 03/01/2016 | 104 | NOTICE. At today's pretrial conference, the parties requested a protective order for the review of certain records. The Court has filed a 3 Standing Protective Order.<br><br>Signed by Judge Michael P. Shea on 3/1/2016. (Hillier, D.) (Entered: 03/01/2016) |
| 03/01/2016 | 105 | Minute Entry for proceedings held before Judge Michael P. Shea: Pretrial Conference held on 3/1/2016. Total Time: 1 hours and 40 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/01/2016) |
| 03/02/2016 | 106 | MOTION for Writ *of Habeas Corpus to Attend Trial* by Rashad Williams. (Laudati, John) (Entered: 03/02/2016) |
| 03/02/2016 | 107 | MOTION for Writ *of Habeas Corpus for Witness to Attend Trial* by Rashad Williams. (Laudati, John) (Entered: 03/02/2016) |
| 03/03/2016 | 108 | Fifth MOTION for Cost and Fees by Rashad Williams.Responses due by 3/24/2016 (Laudati, John) (Entered: 03/03/2016) |
| 03/03/2016 | 109 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to Rashad Williams. Signed by Judge Michael P. Shea on 3/3/2016. (Hillier, D.) (Entered: 03/03/2016) |
| 03/03/2016 | 110 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to Darnell Walker. Signed by Judge Michael P. Shea on 3/3/2016. (Hillier, D.) (Entered: 03/03/2016) |
| 03/03/2016 | 111 | Proposed Witness List by Rashad Williams. (Laudati, John) (Entered: 03/03/2016) |
| 03/03/2016 | 112 | Proposed Exhibit List by Rashad Williams. (Laudati, John) (Entered: 03/03/2016) |
| 03/03/2016 | 113 | Proposed Verdict Form by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/03/2016) |
| 03/04/2016 | 114 | Proposed Verdict Form by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/04/2016) |
| 03/04/2016 | 115 | Proposed Exhibit List by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 03/04/2016) |
| 03/07/2016 | 116 | ORDER. For reasons discussed on a telephone conference today, jury selection is reset for **July 13, 2016** with evidence to begin immediately thereafter.<br><br>Signed by Judge Michael P. Shea on 3/7/2016. (Hillier, D.) (Entered: 03/07/2016) |

| 03/07/2016 | 117 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 3/9/16* Jury Selection set for 7/13/2016 09:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/08/2016) |
| --- | --- | --- |
| 03/07/2016 | 119 | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 3/7/2016. 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/09/2016) |
| 03/08/2016 | 118 | ORDER. A pretrial conference will be held on **July 5, 2016** at 10:00 a.m.<br><br>Signed by Judge Michael P. Shea on 3/8/2016. (Hillier, D.) (Entered: 03/08/2016) |
| 03/08/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 7/5/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/10/2016) |
| 03/10/2016 | 120 | MOTION to Continue *Pretrial* by Rashad Williams. (Laudati, John) (Entered: 03/10/2016) |
| 03/11/2016 | 121 | ORDER. The Court GRANTS the 120 Motion to Continue. The pretrial conference is reset for **June 29, 2016** at 10:00 a.m.<br><br>Signed by Judge Michael P. Shea on 3/11/2016. (Hillier, D.) (Entered: 03/11/2016) |
| 03/11/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 6/29/2016 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 03/14/2016) |
| 03/22/2016 | 122 | OBJECTION *to Date of Continued Trial* filed by Rashad Williams. (Laudati, John) (Entered: 03/22/2016) |
| 03/22/2016 | 123 | ORDER. The 108 Fifth Motion for Costs and Fees is GRANTED. The Finance Department is directed to reimburse the plaintiff's counsel in the amount of $332.65 for the deposition of Eileen Redden.<br><br>Signed by Judge Michael P. Shea on 3/22/2016. (Hillier, D.) (Entered: 03/22/2016) |
| 05/17/2016 | 124 | Fourth MOTION to Amend/Correct *Complaint* by Rashad Williams.Responses due by 6/7/2016 (Laudati, John) (Entered: 05/17/2016) |
| 05/23/2016 | 125 | ORDER. The pretrial conference currently set for June 29, 2016 is reset for **June 21, 2016** at 1:00 p.m.<br><br>Signed by Judge Michael P. Shea on 5/23/2016. (Hillier, D.) (Entered: 05/23/2016) |
| 05/24/2016 | 126 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for 6/21/2016 02:30 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 05/24/2016) |
| 05/24/2016 | 127 | OBJECTION to Proposed Jury Instructions re 95 Trial Memo filed by Rashad Williams. (Shafer, J.) (Entered: 05/24/2016) |
| 06/02/2016 | 128 | Joint MOTION for Settlement *Conference* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur. (Varunes, DeAnn) (Entered: 06/02/2016) |
| 06/02/2016 | 129 | ORDER. The 128 Joint Motion for Settlement Conference is GRANTED. The case is referred to Magistrate Judge Martinez for a mediation.<br><br>Signed by Judge Michael P. Shea on 6/2/2016. (Hillier, D.) (Entered: 06/02/2016) |
| 06/02/2016 | 130 | ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for Settlement Conference<br>Signed by Judge Michael P. Shea on 6/2/16.(Johnson, D.) (Entered: 06/02/2016) |

| 06/06/2016 | [131](#) | ORDER: A settlement conference is scheduled for 6/14/2016 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Chambers shall make arrangements with the DOC for the plaintiff to appear by videoconference. Please see attached order for important instructions. (Constantine, A.) (Entered: 06/06/2016) |
|---|---|---|
| 06/08/2016 | [132](#) | MOTION for Writ *of Habeas Corpus to Attend Settlement Conference* by Rashad Williams. (Laudati, John) (Entered: 06/08/2016) |
| 06/08/2016 | [133](#) | ORDER granting plaintiff's motion [132](#) to appear in person at the settlement conference. See attached writ. Plaintiff's counsel is responsible for serving a copy of the writ to the Commissioner and the Warden. Signed by Judge Donna F. Martinez on 6/8/16. (Constantine, A.) (Entered: 06/08/2016) |
| 06/14/2016 | 134 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 6/14/2016. Case did not settle. Total Time: 2 hours and 30 minutes (Martinez, Donna) (Entered: 06/14/2016) |
| 06/16/2016 | [135](#) | First MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/16/2016 | [136](#) | Second MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/16/2016 | [137](#) | Third MOTION in Limine by Rashad Williams.Responses due by 7/7/2016 (Laudati, John) (Entered: 06/16/2016) |
| 06/16/2016 | [138](#) | Supplement/MOTION to Amend/Correct *Joint Trial Memorandum* by Rashad Williams. Responses due by 7/7/2016 (Laudati, John). Modified to show incorrect event on 6/21/2016 (Shafer, J.). (Entered: 06/16/2016) |
| 06/17/2016 | 139 | ORDER. The [124](#) Request for Leave to Amend Complaint is DENIED because it does not include a statement of moving counsel that: (1) he has inquired of opposing counsel and that there is agreement or objection to the motion; or (2) despite diligent effort, he cannot ascertain opposing counsel's position. D. Conn. L. Civ. R. 7(f). <br><br>Signed by Judge Michael P. Shea on 6/17/2016. (Hillier, D.) (Entered: 06/17/2016) |
| 06/21/2016 | [140](#) | First MOTION for John L. Laudati to Withdraw as Attorney by Rashad Williams. (Laudati, John) (Entered: 06/21/2016) |
| 06/21/2016 | 141 | ORDER. As discussed at today's pretrial conference, a hearing on the issue of exhaustion of administrative remedies and the [140](#) Motion to Withdraw will be held on **June 30, 2016** at 3:30 p.m. Plaintiff's counsel shall arrange for the attendance of Mr. Williams at the hearing. The plaintiff shall show cause by **June 28, 2016** why the Court should not enter summary judgment in favor of Paul Wilbur for failure to exhaust administrative remedies. Plaintiff's brief shall not exceed 10 pages, excluding any attachments. Should the Court's research suggest that the plaintiff's administrative grievances are not sufficiently specific as to the remaining defendants, the Court may issue a supplemental order to show cause. <br><br>Signed by Judge Michael P. Shea on 6/21/2016. (Hillier, D.) (Entered: 06/21/2016) |
| 06/21/2016 | 142 | Minute Entry for proceedings held before Judge Michael P. Shea: Pretrial Conference held on 6/21/2016. 30 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 06/22/2016) |
| 06/21/2016 | | Set Deadlines/Hearings: Show Cause Response due by 6/28/2016 (Johnson, D.) (Entered: 06/22/2016) |
| 06/22/2016 | [143](#) | MOTION for Writ *of Habeas Corpus to Attend Hearing* by Rashad Williams. (Laudati, John) (Entered: 06/22/2016) |
| 06/23/2016 | [144](#) | WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Signed by Judge Michael P. Shea on 6/23/2016. (Hillier, D.) (Entered: 06/23/2016) |
| 06/28/2016 | 145 | ORDER. The hearing set for June 30, 2016 will be held at 2:00 p.m. Signed by Judge Michael P. Shea on 6/28/2016. (Hillier, D.) (Entered: 06/28/2016) |

| 06/28/2016 | 146 | RESPONSE TO by Rashad Williams filed by Rashad Williams. (Attachments: # 1 Exhibit)(Laudati, John) (Entered: 06/28/2016) |
|---|---|---|
| 06/28/2016 | 147 | MOTION for Leave to File *in Camera Review* by Rashad Williams. (Laudati, John) (Entered: 06/28/2016) |
| 06/29/2016 | 148 | ORDER. The 147 Motion for In Camera Review is GRANTED. Mr. Laudati may file documents under seal for in camera review, not to exceed thirty pages, in support of the 140 Motion to Withdraw by **June 29, 2016** at 5:00 p.m.<br><br>Signed by Judge Michael P. Shea on 6/29/2016. (Hillier, D.) (Entered: 06/29/2016) |
| 06/29/2016 | 149 | Sealed Document: Documents Under Seal by Rashad Williams re 140 First MOTION for John L. Laudati to Withdraw as Attorney . (Attachments: # 1 Exhibit)(Laudati, John) (Entered: 06/29/2016) |
| 06/29/2016 | 150 | ORDER. The hearing set for June 30, 2016 will be held at 11:00 a.m.<br><br>Signed by Judge Michael P. Shea on 6/29/2016. (Hillier, D.) (Entered: 06/29/2016) |
| 06/30/2016 | 151 | Affidavit of Service – MOTION for Writ *of Habeaus Corpus Ad Testificandum with Service* by Rashad Williams. (Laudati, John) Modified to show correct event on 6/30/2016 (Shafer, J.). (Entered: 06/30/2016) |
| 06/30/2016 | 152 | Minute Entry. Proceedings held before Judge Michael P. Shea: denying without prejudice 86 Motion objections to State Claim for Repayment of costs of Incarceration; granting 140 Motion to Withdraw as Attorney. Attorney John L. Laudati terminated; Motion Hearing held on 6/30/2016 re 140 First MOTION for John L. Laudati to Withdraw as Attorney filed by Rashad Williams, 86 First MOTION *Objection to State of Connecticut's Claim for Repaymetn of the Cost of Incarceration* filed by Rashad Williams ; Pretrial Conference held on 6/30/2016. Total Time: 1 hours and 40 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 06/30/2016) |
| 06/30/2016 | 153 | ORDER. A pretrial conference will be held on **July 11, 2016** at 1:00 p.m.<br><br>Signed by Judge Michael P. Shea on 6/30/2016. (Hillier, D.) (Entered: 06/30/2016) |
| 06/30/2016 | | Set Deadlines/Hearings: Pretrial Conference set for 7/11/2016 01:00 PM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 07/01/2016) |
| 07/01/2016 | 154 | Writ of Habeas Corpus ad Testificandum Issued as to Rashad Williams for July 11, 2016 at 12:30pm, and on July 13, 14, 15, 18, & 19, 2016 for 8:30am. Signed by Judge Michael P. Shea on July 1, 2016. (Johnson, D.) (Entered: 07/01/2016) |
| 07/05/2016 | 155 | MOTION Writ of Habeas Corpus by Rashad Williams.Responses due by 7/26/2016 (Attachments: # 1 Proposed Writs of Habeas Corpus Ad Testificandum)(Thomas, Paul) (Entered: 07/05/2016) |
| 07/07/2016 | 156 | FIFTH AMENDED COMPLAINT, filed by Rashad Williams.(Hushin, Z.) (Entered: 07/11/2016) |
| 07/11/2016 | 157 | Plaintiff's Declaration in Support of Plaintiff's Objection to Defendants' Failure to Exhaust Remedies Defense Signed By Rashad Williams filed by Rashad Williams. (Hushin, Z.) (Entered: 07/11/2016) |
| 07/11/2016 | 158 | Writ of Habeas Corpus ad Testificandum Issued as to Demario Lawson for July 14, 2016 and July 15, 2016. Signed by Judge Michael P. Shea on 7/11/2016. (Hillier, D.) (Entered: 07/11/2016) |
| 07/11/2016 | 161 | Minute Entry. Proceedings held before Judge Michael P. Shea: Pretrial Conference held on 7/11/2016. Taking under advisement 84 Motion in Limine; taking under advisement 135 Motion in Limine; taking under advisement 136 Motion in Limine; taking under advisement 137 Motion in Limine; Motion Hearing held on 7/11/2016 re 137 Third MOTION in Limine filed by Rashad Williams, 84 MOTION in Limine filed by Rashad Williams, 135 First MOTION in Limine filed by Rashad Williams, 155 MOTION Writ of Habeas Corpus filed by Rashad Williams, 136 Second MOTION in Limine filed by Rashad Williams ; Total Time: 1 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/12/2016) |

| 07/12/2016 | 159 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur , *in their Official Capacity* (Varunes, DeAnn) (Entered: 07/12/2016) |
|---|---|---|
| 07/12/2016 | 160 | *DEFENDANTS'* ANSWER to Complaint with Affirmative Defenses *to Plaintiff's Fifth Amended Complaint (Dkt. #156)* by Jill Haga, Lindsey, Marinelli, Robinson, Saylor, Paul Wilbur.(Varunes, DeAnn) (Entered: 07/12/2016) |
| 07/12/2016 | 162 | ORDER. For the reasons discussed in the attached ruling, the Court enters summary judgment in favor of Paul Wilbur for the plaintiff's failure to exhaust administrative remedies. The Court enters summary judgment in favor of the plaintiff on the remaining defendants' affirmative defense of exhaustion of administrative remedies. The following defendants remain: Dennis Marinelli, Alphonso Lindsey, Dishana Robinson, Jill Haga, and Melvin Saylor. Signed by Judge Michael P. Shea on 7/12/2016. (Hillier, D.) (Entered: 07/12/2016) |
| 07/13/2016 | 163 | ORDER: As discussed on the record at the most recent pretrial conference, the 84 , 135 , 136 , and 137 motions in limine are granted in part and denied in part. The Defendants may not introduce evidence of the specific grounds for the Plaintiff's discipline and, in particular, may not introduce evidence of sexual misconduct or assaults by the plaintiff. The Defendants may introduce general evidence about the Ad Seg program, the fact that the plaintiff had a lengthy disciplinary record, how the plaintiff was or was not progressing in the program, and the like. They may not delve into specific incidents of discipline. Signed by Judge Michael P. Shea on 7/13/2016. (Hillier, D.) (Entered: 07/13/2016) |
| 07/13/2016 | 164 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Selection andJury Trial held on 7/13/2016. Jury Trial Continued Until 7/14/16. Total Time: 5 hours and 25 minutes(Court Reporter Marshall.) (Attachments: # 1 Jury Selection) (Johnson, D.) (Entered: 07/13/2016) |
| 07/14/2016 | 166 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Trial held on 7/14/2016. Jury Trial Continued Until 7/15/16. Total Time: 5 hours and 35 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/15/2016) |
| 07/15/2016 | 165 | OBJECTION *to Court's Proposed "Judicial Notice"* filed by Butkiewicus, Cahill, Fran, Jill Haga, Lindsey, Marinelli, Murphy. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Motherway, Carmel) (Entered: 07/15/2016) |
| 07/15/2016 | 167 | Minute Entry for proceedings held before Judge Michael P. Shea: Jury Trial held on 7/15/2016. Jury Trial Continued Until 7/18/16. Total Time: 5 hours and 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/18/2016) |
| 07/18/2016 | 168 | ORAL MOTION for Judgment as a Matter of Law by Jill Haga, Lindsey, Marinelli, Robinson, Saylor.Responses due by 8/8/2016 (Johnson, D.) (Entered: 07/19/2016) |
| 07/18/2016 | 169 | ORAL MOTION for Judgment as a Matter of Law by Rashad Williams.Responses due by 8/8/2016 (Johnson, D.) (Entered: 07/19/2016) |
| 07/18/2016 | 170 | Minute Entry. Proceedings held before Judge Michael P. Shea: Granted in part and taken under advisement in part 168 ORAL Motion for Judgment as a Matter of Law; taking under advisement 169 ORAL Motion for Judgment as a Matter of Law; Jury Trial held on 7/18/2016. Jury Trial Continued Until 7/19/16; Motion Hearing held on 7/18/2016 re 169 ORAL MOTION for Judgment as a Matter of Law filed by Rashad Williams, 168 ORAL MOTION for Judgment as a Matter of Law filed by Saylor, Jill Haga, Marinelli, Robinson, Lindsey. Defendant Jill Haga is dismissed. Total Time: 4 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Additional attachment(s) added on 7/20/2016: # 1 REPLACEMENT PDF) (Johnson, D.). (Entered: 07/19/2016) |
| 07/19/2016 | 171 | COURT'S Jury Instructions. (Johnson, D.) (Entered: 07/19/2016) |
| 07/19/2016 | 172 | ORDER. The Court hereby VACATES its order giving Defendant Marinelli 14 days to brief his renewed motion for judgment as a matter of law. Under Rule 50(b), a party has 28 days after the entry of judgment to file a renewed motion for judgment as a matter of law. Fed. R. Civ. P. 50(b). Therefore, any party who made a motion for |

| | | |
|---|---|---|
| | | judgment as a matter of law under Rule 50(a) shall have until **August 17, 2016** to renew any motion for judgment as a matter of law under Rule 50(b), or until 28 days after the entry of judgment, whichever is later. The non−moving party shall then have 21 days to respond. Any reply is due within 14 days of the non−movant's response. Should a party wish that the Court consider particular evidence that was admitted at trial, the party should cite to particular portions of the trial transcript, which should be attached as an exhibit and will have to be ordered from the court reporter. If a party requires additional time to order and obtain the trial transcript, the Court will entertain motions for extension of time on that basis.<br><br>Signed by Judge Michael P. Shea on 7/19/2016. (Hillier, D.) (Entered: 07/19/2016) |
| 07/19/2016 | 173 | ORAL RENEWED MOTION for Judgment as a Matter of Law by Lindsey, Marinelli, Robinson, Saylor.Responses due by 8/9/2016 (Johnson, D.) (Entered: 07/20/2016) |
| 07/19/2016 | 175 | Minute Entry. Proceedings held before Judge Michael P. Shea: taking under advisement 173 Motion for Judgment as a Matter of Law; Jury Trial held on 7/19/2016. ; Motion Hearing held on 7/19/2016 re 173 ORAL RENEWED MOTION for Judgment as a Matter of Law filed by Saylor, Marinelli, Robinson, Lindsey. Total Time: 2 hours and 25 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/20/2016) |
| 07/19/2016 | 176 | JURY VERDICT For Plaintiff Against Defendants in the Amount of $650,000.00. (Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 174 | Docket Entry Correction re 170 Order on Motion for Judgment as a Matter of Law,,,,,, Jury Trial − Held,,, Motion Hearing,, to correct date (Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 177 | JUDGMENT entered in favor of Rashad Williams against Lindsey, Marinelli, Robinson, Saylor.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 7/20/16.(Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | 178 | AMENDED JUDGMENT entered in favor of Rashad Williams Lindsey, Robinson, Saylor, against Marinelli.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 7/20/16.(Johnson, D.) (Entered: 07/20/2016) |
| 07/20/2016 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Johnson, D.) (Entered: 07/20/2016) |
| 07/25/2016 | 179 | MARKED COURT'S Exhibit List. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 180 | MARKED Witness List by Rashad Williams. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 181 | MARKED Witness List by Lindsey, Marinelli, Robinson, Saylor. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 182 | MARKED Exhibit List by Lindsey, Marinelli, Robinson, Saylor. (Johnson, D.) (Entered: 07/25/2016) |
| 07/25/2016 | 183 | MARKED Exhibit List by Rashad Williams. (Johnson, D.) (Entered: 07/25/2016) |

| 07/27/2016 | 184 | MOTION for Reimbursement of Cost of Suit by Rashad Williams. Responses due by 8/17/2016. (Shafer, J.) (Entered: 07/27/2016) |
|---|---|---|
| 07/27/2016 | 185 | MOTION/Objection to State's Claim for Repayment of Cost of Incarceration filed by Rashad Williams. (Attachments: # 1 Hanks v. Finnel, 759 F.Supp. 569 (W.D. Mo. 1991)) (Shafer, J.) Modified to change event on 7/27/2016 (Shafer, J.). (Entered: 07/27/2016) |
| 08/04/2016 | 186 | MOTION to Stay by Marinelli.Responses due by 8/25/2016 (Motherway, Carmel) (Entered: 08/04/2016) |
| 08/08/2016 | 187 | MOTION for Extension of Time to file a Motion for Judgment as a Matter of Law by Rashad Williams. (Shafer, J.) (Entered: 08/08/2016) |
| 08/08/2016 | 188 | MOTION for Court to Waive the Cost of Transcripts by Rashad Williams. Responses due by 8/29/2016. (Attachments: # 1 Application to Proceed Without Prepaying Fees, # 2 Trust Account Statement) (Shafer, J.) (Entered: 08/08/2016) |
| 08/09/2016 | 189 | ORDER. The Court GRANTS in part and DENIES in part the 186 Motion to Stay and the 187 Motion for Extension of Time. Post–trial motions are due by **September 22, 2016**. The defendant shall respond to the 184 Motion for Reimbursement and the 185 "Objection to State of Connecticut's Claim for Repayment of Costs of Incarceration" by **September 22, 2016**.<br><br>The Court DENIES without prejudice the 188 Motion for the Court to Waive the Cost of Transcripts. Should the plaintiff choose to renew this motion, he must make a showing as to why he needs the transcript in question to support the specific motions that he wishes to make.<br><br>Signed by Judge Michael P. Shea on 8/9/2016. (Hillier, D.) (Entered: 08/09/2016) |
| 08/09/2016 | | Set/Reset Deadlines as to 184 MOTION for Cost and Fees, 185 MOTION/Objection. Responses due by 9/22/2016 (Johnson, D.) (Entered: 08/10/2016) |
| 08/17/2016 | 190 | MOTION for Judgment as a Matter of Law (Responses due by 9/7/2016, ), MOTION for New Trial *and Motion for Remitittur* by Marinelli. (Attachments: # 1 Memorandum in Support, # 2 Attachment A)(Varunes, DeAnn) (Entered: 08/17/2016) |
| 08/18/2016 | 191 | ORDER. The Court VACATES the 189 Order to the extent that it extends the deadline to file motions under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b) of the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 6(b)(2) did not permit such an extension. Nonetheless, the defendant has until September 22, 2016 to respond to the 184 Motion for Reimbursement and the 185 "Objection to State of Connecticut's Claim for Repayment of Costs of Incarceration."<br><br>Because an extension was granted as result of an error by the Court, and because the defendant did not object to the extension of time, the Court will allow the plaintiff until **August 27, 2016** to file any motion under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b). *See Legg v. Ulster Cnty*, 820 F.3d 67, 79 (2d Cir. 2016) ("Accordingly, even though the district court was without authority to grant an extension under Rule 6(b)(2), it retained the power to consider whether the plaintiffs had waived compliance with the rule or whether an equitable exception applied."); *Advanced Bodycare Solutions, LLC v. Thione Intern., Inc.*, 615 F.3d 1352, 1359 n.15 (11th Cir. 2010) ("[The defendant,] in failing to object to the district court's violation of [Rule 6(b)] (by extending the time for filing post–trial motions) forfeited its objection to the time extension. In light of this forfeiture, the district court had the authority to entertain [the plaintiff's] motions."); *Mayimba Music, Inc. v. Sony Corp. of Am.*, No. 12 CIV. 1094 AKH, 2015 WL 6917260, at *4 ( S.D.N.Y. Apr. 30, 2015) ("Plaintiff did not make a proper timeliness objection to the motion under Fed. R. Civ. P. 59(b), and the circuit courts which have considered the issue have held that this deadline is a claim–processing rule, not a jurisdictional limit."). *Cf.* Fed. R. Civ. P. 1 (Federal Rules of Civil Procedure are to be construed to secure the just determination of every action). The 9–day period accounts for the time period between the date of the Court's order, which may have misled the *pro se* plaintiff to conclude that September 22, 2016 date was permitted by the Federal Rules of Civil Procedure, and the deadline otherwise imposed by the Federal Rules of Civil Procedure. |

|  |  | Signed by Judge Michael P. Shea on 8/18/2016. (Hillier, D.) (Entered: 08/18/2016) |
|---|---|---|
| 08/31/2016 | 192 | MOTION for Judgment as a Matter of Law by Rashad Williams. Responses due by 9/21/2016. (Attachments: # 1 Memorandum in Support, # 2 Envelope) (Shafer, J.) (Entered: 08/31/2016) |
| 09/06/2016 | 193 | OBJECTION re 190 MOTION for Judgment as a Matter of Law, MOTION for New Trial and Motion for Remitittur filed by Rashad Williams. (Attachments: # 1 Envelope) (Shafer, J.) (Entered: 09/07/2016) |
| 09/13/2016 | 194 | Supplemental OBJECTION re 193 Objection filed by Rashad Williams. (Shafer, J.) (Entered: 09/14/2016) |
| 09/14/2016 | 195 | OBJECTION re 184 MOTION for Cost and Fees filed by Marinelli. (Varunes, DeAnn) (Entered: 09/14/2016) |
| 09/15/2016 | 196 | RESPONSE re 194 Objection, 185 MOTION/Objection filed by Marinelli. (Varunes, DeAnn) (Entered: 09/15/2016) |
| 09/16/2016 | 197 | STATUS REPORT by Lindsey, Marinelli, Robinson, Saylor. (Attachments: # 1 Attachment A)(Varunes, DeAnn) (Entered: 09/16/2016) |
| 09/21/2016 | 198 | OBJECTION re 192 MOTION for Judgment as a Matter of Law filed by Lindsey, Marinelli, Robinson, Saylor. (Varunes, DeAnn) (Entered: 09/21/2016) |
| 09/23/2016 | 199 | RESPONSE to 196 Response filed by Rashad Williams. (Shafer, J.) (Entered: 09/26/2016) |
| 09/23/2016 | 200 | MOTION for Clarification by Rashad Williams. (Shafer, J.) (Entered: 09/26/2016) |
| 09/29/2016 | 201 | RESPONSE to 198 Objection to Motion for Judgment as a Matter of Law. Filed by Rashad Williams. (Shafer, J.) (Entered: 09/29/2016) |
| 09/29/2016 | 202 | MOTION for Plaintiff to Receive 197 Status Report by Rashad Williams. (Attachments: # 1 Exhibit) (Shafer, J.) (Entered: 09/29/2016) |
| 01/09/2017 | 203 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. I. Held on July 13, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 204 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. II. Held on July 14, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 205 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. III. Held on July 15, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. |

| | | |
|---|---|---|
| | | **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/09/2017 | 206 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. IV. Held on July 18, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2017. Redacted Transcript Deadline set for 2/9/2017. Release of Transcript Restriction set for 4/9/2017. (Marshall, M.) (Entered: 01/09/2017) |
| 01/10/2017 | 207 | TRANSCRIPT of Proceedings: Type of Hearing: Trial by Jury Vol. V. Held on July 19, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/31/2017. Redacted Transcript Deadline set for 2/10/2017. Release of Transcript Restriction set for 4/10/2017. (Marshall, M.) (Entered: 01/10/2017) |
| 01/11/2017 | 208 | ORDER: In its motion for judgment as a matter of law (ECF #190−1), the defendant stated that he "will file a supplemental motion for judgment as a matter of law upon receipt of the entire trial transcript to support these facts with appropriate citations to the record." (ECF No. 190−1 at 3 n.1.) The Court is informed that the trial transcript is now available. In view of the passage of time since the trial and the Court's reluctance to impose a further briefing burden on the parties, the Court orders as follows: If either party wishes to do so, he may file, within 14 days, a second version of the brief he has already filed, but with citations to the trial transcript added, making only such corrections to the facts as are necessary to conform the original brief to the trial evidence and making no other changes to the brief other than as necessary to provide citations and make such corrections. (In the case of the plaintiff, the deadline will be 14 days from receipt by his Department of Corrections counselor of the transcript or delivery of the transcript to standby counsel.) If he does so, the other party may file a second version of his opposing brief with the same restrictions. No replies will be allowed. No party is required to file anything in addition to what has already been filed in response to this order. If either party believes that it is necessary to file something other than the corrected and transcript−citing briefs described in this order, that party must file a request within 7 days of this order, describing what additional briefing, if any, is requested and why the Court should allow it.<br><br>Signed by Judge Michael P. Shea on 1/11/2017. (Howard, H.) (Entered: 01/11/2017) |

| 01/13/2017 | 209 | First MOTION for Cost and Fees *re: Costs of Transcripts* by Rashad Williams.Responses due by 2/3/2017 (Thomas, Paul) (Entered: 01/13/2017) |
|---|---|---|
| 01/17/2017 | 210 | TRANSCRIPT of Proceedings: Type of Hearing: Excerpt – Pretrial Conference. Held on July 11, 2016 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/7/2017. Redacted Transcript Deadline set for 2/17/2017. Release of Transcript Restriction set for 4/17/2017. (Marshall, M.) (Entered: 01/17/2017) |
| 01/18/2017 | 211 | ORDER: The Court hereby appoints Attorney Paul Thomas as stand–by counsel for the plaintiff, nunc pro tunc, effective July 1, 2016.<br><br>Signed by Judge Michael P. Shea on 1/18/2017. (Howard, H.) (Entered: 01/18/2017) |
| 01/18/2017 | 212 | ORDER: The plaintiff's 209 motion for costs and fees re: costs of transcripts is **GRANTED**. The Court reporter has informed the Court that she delivered the transcripts to Mr. Williams' court–appointed standby counsel on January 12, 2017. The Finance Department is directed to reimburse plaintiff's court–appointed standby counsel in the amount of $639.90 for costs of the transcripts.<br><br>Signed by Judge Michael P. Shea on 1/18/2017. (Howard, H.) (Entered: 01/18/2017) |
| 01/25/2017 | 213 | Supplemental Memorandum in Support re 190 MOTION for Judgment as a Matter of Law MOTION for New Trial *and Motion for Remitittur* filed by Jill Haga, Lindsey, Marinelli, Robinson, Saylor. (Varunes, DeAnn) (Entered: 01/25/2017) |
| 02/08/2017 | 214 | ORDER. For the reasons set forth in the attached, the Court hereby rules as follows: .The Court **GRANTS IN PART AND DENIES IN PART** Defendant Marinelli's motion for remittitur: the motion is denied with respect to the $250,000 compensatory damages award and granted with respect to the punitive damages award, which I find to be legally excessive. I therefore order a new trial on damages unless, within **21 days** of this ruling, Mr. Williams files a statement on the docket accepting a remitted punitive damages award of $50,000, for a total damages award of $300,000. If no such statement is filed, the new trial will cover all damages issues, not just punitive damages.<br><br>Because Mr. Williams is proceeding *pro se* and the Court's remittitur order raises complicated issues as to appealability, the Court is willing to hold a conference with the parties, in which Mr. Williams may participate by videoconference, to attempt to answer any questions either party may have on appealability and related issues. The Court emphasizes any such conference will not be a forum for the parties to re–argue the merits of any aspect of this ruling. The sole purpose of the conference would be to assist the parties (and especially Mr. Williams, who is *pro se*<br>1) in understanding their options for next steps in the case. If either party desires that the Court convene such a conference, that party shall, within **7 days** of this order, file a statement on the docket so indicating.*<br><br>2.The Court **DENIES** Defendant Marinelli's motion for judgment as a matter of law and motion for a new trial (ECF No. 190).*<br><br>3.The Court **DENIES** Plaintiff Williams' motion for judgment as a matter of law (ECF No. 192).*<br><br>4.The Court **DENIES** without prejudice Plaintiff Williams' motion for reimbursement of costs of suit (ECF No. 184).*<br><br>5.The Court **DENIES** without prejudice Plaintiff Williams' motion to enjoin the State |

| | | |
|---|---|---|
| | | *from imposing a statutory lien (ECF No. 185).* |
| | | *6.The Court* **DENIES AS MOOT** *Plaintiff Williams' motion for clarification and motion to receive a status report (ECF Nos. 200 and 202).* |
| | | *Signed by Judge Michael P. Shea on 2/8/2017. (Howard, H.) Modified document type on 2/16/2017 (LaLone, L.). (Entered: 02/08/2017)* |
| 02/10/2017 | 215 | ORDER: In accordance with, and as explained in, the Court's ruling on post–verdict motions [ECF No. 214], the oral motion for judgment as matter of law by defendants [ECF No. 168] is **DENIED** as to Defendant Marinelli and **DENIED AS MOOT** as to the remaining defendants (at trial, the court granted the oral motion for judgment as a matter of law as to Defendant Haga); the oral motion for judgment as a matter of law by the plaintiff [ECF No. 169] is **DENIED**; and the oral renewed motion for judgment as a matter of law by defendants [ECF No. 173] is **DENIED** as to Defendant Marinelli and **DENIED AS MOOT** as to the remaining defendants. Signed by Judge Michael P. Shea on 2/10/2017. (Howard, H.) (Entered: 02/10/2017) |
| 02/10/2017 | | DOCKET ENTRY CORRECTION RE: 215 ORDER denying 168 Motion for Judgment as a Matter of Law as to Defendant Marinelli and DENIED AS MOOT as to the remaining defendants. Signed by Judge Michael P. Shea on 2/10/16. (Johnson, D.) (Entered: 02/13/2017) |
| 02/15/2017 | 216 | NOTICE of Acceptance of a Remitted Punitive Damages Award by Rashad Williams. (Shafer, J.) (Entered: 02/15/2017) |
| 02/15/2017 | 217 | MOTION for Cost and Fees by Rashad Williams. Responses due by 3/8/2017. (Attachments: # 1 Exhibit A) (Shafer, J.) (Entered: 02/15/2017) |
| 02/16/2017 | 218 | ORDER. Williams having accepted the Courts remittitur by filing his 216 notice of acceptance of a remitted punitive damages award, the Clerk is directed to prepare a second amended judgment to supersede the Amended Judgment (ECF No. 178) and to reflect the entry of judgment in the total amount of $300,000, which represents $250,000 in compensatory damages and $50,000 in punitive damages. Signed by Judge Michael P. Shea on 2/16/2017. (Howard, H.) (Entered: 02/16/2017) |
| 02/16/2017 | 219 | ORDER. The 217 motion for costs and fees is hereby DENIED without prejudice to refiling such motion as outlined below. Under D. Conn. L. R. 54(c)1, a prevailing party may recover as costs "[f]ees of the Clerk and Marshal" which "include the filing fees of the complaint." D. Conn. L. R. 54(c)1. But under D. Conn. L. R. 54(a), a party may only move for such costs either when: (1) if no appeal is filed, "within fourteen (14) days after the District Court judgment becomes final due to the expiration of the appeal period" or (2) if an appeal is filed, "within fourteen (14) days after the issuance of a mandate." D. Conn. L. R. 54(a). At either time, the party must "file with the Clerk and serve on all other parties a verified bill of costs pursuant to 28 U.S.C. §§ 1821, 1920, 1923 and 1924, setting forth each item of costs that is claimed." *Id.* The requisite time has not elapsed for Williams to file such a motion.<br><br>Therefore, Williams may renew his motion for costs and fees (1) if Defendant Marinelli does not appeal, no later than 14 days after the expiration of the appeal period – thirty days from the entry of judgment, or (2) if Defendant Marinelli does appeal, within 14 days *after* the issuance of the mandate by the appeals court. The Court notes that it would be inappropriate and premature for the Court to rule on any such motion before one of those times. Signed by Judge Michael P. Shea on 2/16/2017. (Howard, H.) (Entered: 02/16/2017) |
| 02/24/2017 | 220 | AMENDED JUDGMENT entered in favor of Rashad Williams against Marinelli.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms Signed by Clerk on 2/24/17.(Johnson, D.) Modified on 2/24/2017 to correct text(Johnson, D.). (Entered: 02/24/2017) |

| 03/06/2017 | 221 | ORDER : A settlement conference is scheduled for 3/22/2017 at 1:00 PM in Chambers Room 262, 450 Main St., Hartford, CT before Judge Donna F. Martinez. An order regarding ex parte submissions will be issued in due course. (Constantine, A.) (Entered: 03/06/2017) |
|---|---|---|
| 03/06/2017 | 222 | ORDER : Writ of habeas corpus for plaintiff to attend the March 22, 2017 settlement conference. (Constantine, A.) (Entered: 03/06/2017) |
| 03/06/2017 | 223 | ORDER regarding settlement conference submissions. See attached. Signed by Judge Donna F. Martinez on 3/6/17.(Constantine, A.) (Entered: 03/06/2017) |
| 03/13/2017 | 224 | NOTICE OF APPEAL as to 220 Judgment, by Lindsey, Marinelli, Robinson, Saylor. Filing fee $ 505, receipt number 0205–4329018. (Varunes, DeAnn) (Entered: 03/13/2017) |
| 03/13/2017 | 225 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 224 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none. (Shafer, J.) (Entered: 03/15/2017) |
| 03/22/2017 | 226 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 3/22/2017. Total Time: 3 hours and 45 minutes (Constantine, A.) (Entered: 03/23/2017) |
| 03/23/2017 | 227 | ORDER : A followup settlement conference is scheduled for Wednesday, 3/29/2017 at 10:30 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Martinez. Counsel shall attend in person and the plaintiff shall appear by videoconference. Chambers shall make the necessary arrangements. (Constantine, A.) (Entered: 03/23/2017) |
| 03/29/2017 | 228 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 3/29/2017. Settlement appears unlikely. However, if the parties agree that another conference is likely to be productive, they may request one by contacting Judge Martinez's chambers. Total Time: 1 hours and 30 minutes (Martinez, Donna) (Entered: 03/29/2017) |
| 07/05/2017 | 229 | NOTICE of Appearance by Josiah T.D. Butts on behalf of Rashad Williams (Butts, Josiah) (Entered: 07/05/2017) |
| 07/05/2017 | 230 | NOTICE of Appearance by Linda L. Morkan on behalf of Rashad Williams (Morkan, Linda) (Entered: 07/05/2017) |
| 07/05/2017 | 231 | MANDATE of USCA dated 07/05/2017 Withdrawing 224 Notice of Appeal filed by Saylor, Marinelli, Robinson, Lindsey (Hernandez, T.) (Entered: 07/11/2017) |
| 07/07/2017 | 232 | ENTERED IN ERROR– Order on Pretrial Deadlines: Motions to Dismiss due on 10/7/2017. Amended Pleadings due by 9/5/2017. Discovery due by 1/6/2018. Dispositive Motions due by 2/5/2018.<br>Signed by Clerk on 07/07/2017.(Hernandez, T.) Modified on 7/11/2017 due to entered in error, wrong case (Hernandez, T.). (Entered: 07/11/2017) |
| 07/11/2017 | 233 | Docket Entry Entered in Error, Correction re 232 Order on Pretrial Deadlines. (Hernandez, T.) (Entered: 07/11/2017) |
| 07/18/2017 | 234 | MOTION for Extension of Time until 14 Days Following An Adjudication of Williams' Forthcoming Motion Concerning Costs Of Incarceration Issue. To File Motion For Costs by Rashad Williams. (Butts, Josiah) (Entered: 07/18/2017) |
| 07/19/2017 | 235 | ORDER. The 234 motion for extension of time to file motion for costs is hereby **GRANTED**. Plaintiff shall file a motion for costs **14 days** after the Court rules on Plaintiff's anticipated motion concerning the State's ability to impose a statutory lien on Plaintiff's damages award.<br><br>Signed by Judge Michael P. Shea on 7/19/2017. (Howard, H.) (Entered: 07/19/2017) |
| 07/19/2017 | 236 | ORDER. On **July 26, 2017 at 3:00 pm**, the Court will host a telephonic status conference. Chambers will provide counsel dial–in information for the conference via |

| | | |
|---|---|---|
| | | email. |
| | | Signed by Judge Michael P. Shea on 7/19/2017. (Howard, H.) (Entered: 07/19/2017) |
| 07/19/2017 | | Set Deadlines/Hearings: Telephonic Status Conference set for 7/26/2017 03:00 PM before Judge Michael P. Shea (Johnson, D.) (Entered: 07/20/2017) |
| 07/21/2017 | 237 | NOTICE of Appearance by Terrence M. O'Neill on behalf of Lindsey, Marinelli, Robinson, Saylor (O'Neill, Terrence) (Entered: 07/21/2017) |
| 07/26/2017 | 238 | ORDER. As discussed at the telephonic status conference, Plaintiff's anticipated motion concerning the State's ability to impose a lien on Plaintiff's damages award is due on or before **August 18, 2017**. <br><br> Signed by Judge Michael P. Shea on 7/26/2017. (Howard, H.) (Entered: 07/26/2017) |
| 07/26/2017 | 239 | Minute Entry for proceedings held before Judge Michael P. Shea: Telephonic Status Conference held on 7/26/2017. 24 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 07/27/2017) |
| 08/17/2017 | 240 | MOTION for Aid of Judgment Order by Rashad Williams. (Butts, Josiah) (Entered: 08/17/2017) |
| 08/17/2017 | 241 | Memorandum in Support re 240 MOTION for Aid of Judgment Order filed by Rashad Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Butts, Josiah) (Entered: 08/17/2017) |
| 08/17/2017 | 242 | NOTICE by Rashad Williams re 240 MOTION for Aid of Judgment Order, 241 Memorandum in Support of Motion *(Notice of Constitutional Question)* (Butts, Josiah) (Entered: 08/17/2017) |
| 08/18/2017 | 243 | ORDER. Plaintiff has filed a notice of constitutional question under Fed. R. Civ. P. 5.1(a)(1)(B). Under 28 U.S.C. § 2403, the Court must certify to the state attorney general that there is a constitutional challenge to a state statute. Although Plaintiff points out that the Connecticut Attorney General is already on notice of this issue because members of his office have represented the defendant from the outset, the Court will nonetheless invoke the formal certification procedure. The question of preemption is a constitutional one, as the Supreme Court and other federal courts have recognized. *Crosby v. National Foreign Trade Council*, 530 U.S. 363, 388 (2000)(holding statute "preempted, and its application is unconstitutional, under the Supremacy Clause"); *In re Collier*, 2009 WL 5441950 (N.D. Cal. Jan. 5, 2009)("[T]he Court tentatively held that Cal. Rev. & Tax Code § 4103(b) violated the Supremacy Clause of the United States Constitution and was therefore void. Before making its ruling final, the Court gave notice to the California Attorney General of its right to intervene and brief the issue pursuant to § 2403(b)."); *Hawaii v. American Ins. Co.*, 1991 WL 311868 (D. Haw. July 18, 1991)("The State, on invitation of this court, has moved to intervene on the ground that the validity of H.R.S. § 507–17 under the Supremacy Clause of the United States Constitution has been challenged."); *Frazier v. Marine Midland Bank, N.A.*, 702 F. Supp. 1000, 1002 (W.D.N.Y. 1988)(granting "the application of the State of New York to intervene pursuant to 28 U.S.C. § 2403(b)" in suit challenging whether New York Banking Law violated the Supreme Clause). <br><br> The Court hereby certifies to the Connecticut Attorney General that Plaintiff has raised a constitutional challenge to Connecticut's costs of incarceration statute, Conn. Gen. Stat. § 18–85b, as detailed in Plaintiff's notice of constitutional question, motion in aid of judgment, and memorandum in support of that motion. The Connecticut Attorney General may now intervene within **sixty (60) days** of this order with respect to the following question: <br><br> 1. Whether Connecticut's cost of incarceration statute –– Conn. Gen. Stat. § 18–85b –– conflicts with 42 U.S.C. § 1983 in such a way as to stand as a substantial obstacle to Congress's goals and whether Conn. Gen. Stat. § 18–85b is therefore preempted by federal law as applied to Plaintiff's judgment in this case. <br><br> The Clerk is directed to provide a copy of this order, as well as a copy of Plaintiff's 242 notice of constitutional question, 240 motion in aid of judgment, and 241 memorandum in support of that motion, to the Connecticut Attorney General at 55 |

| | | |
|---|---|---|
| | | Elm St., Hartford, CT 06106.<br><br>Signed by Judge Michael P. Shea on 8/18/2017. (Howard, H.) (Entered: 08/18/2017) |
| 08/24/2017 | 244 | ORDER : A settlement conference is scheduled for 10/13/2017 at 1:00 PM in Chambers Room 262, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Please see the attached order for important instructions and deadlines. (Constantine, A.) (Entered: 08/24/2017) |
| 08/29/2017 | 245 | ORDER : Corrected settlement conference order attached. (Constantine, A.) (Entered: 08/29/2017) |
| 09/13/2017 | | Filing fee received from Rashad Williams: $ 350, receipt number CTXB8494 (Gould, K.) (Entered: 09/21/2017) |
| 09/25/2017 | 246 | Writ of Habeas Corpus issued for the attendance of the plaintiff at the 10/13/17 settlement conference. The Clerk of the Court shall send a copy of this order to the DOC. Signed by Judge Donna F. Martinez on 9/25/17.(Constantine, A.) (Entered: 09/25/2017) |
| 10/04/2017 | 247 | ORDER : Due to a change in the court's calendar, the settlement conference scheduled for 10/13/17 shall start at 10:45 a.m. and shall conclude by no later than 2:30. Signed by Judge Donna F. Martinez on 10/4/17.(Constantine, A.) (Entered: 10/04/2017) |
| 10/04/2017 | 248 | ORDER : AMENDED Writ of Habeas Corpus issued for the attendance of the plaintiff at the 10/13/17 settlement conference reflecting the revised start time. The Clerk of the Court shall send a copy of this order to the DOC. Signed by Judge Donna F. Martinez on 10/4/17.(Constantine, A.) (Entered: 10/04/2017) |
| 10/04/2017 | | Set Deadlines/Hearings: Settlement Conference set for 10/13/2017 at 10:45 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. (Wood, R.) (Entered: 10/05/2017) |
| 10/13/2017 | 249 | Minute Entry for proceedings held before Judge Donna F. Martinez: Settlement Conference held on 10/13/2017. Case did not settle. If there comes a time when counsel agree that another settlement conference is likely to be productive, they may request a conference by contacting Judge Martinez's chambers. Total Time: 2 hours (Martinez, Donna) (Entered: 10/13/2017) |
| 10/16/2017 | 250 | MOTION for Extension of Time until November 17, 2017 to file a motion to intervene 243 Order,,,,,,,,,,, by Marinelli. (Varunes, DeAnn) (Entered: 10/16/2017) |
| 10/17/2017 | 251 | ORDER. The 250 motion for extension of time to file a motion to intervene is hereby GRANTED. In addition, because of the novelty of the issue involved in this case and its potential importance, the parties are invited to solicit participation by potentially interested amici curiae, including any organizations interested in prisoner rights as well as organizations devoted to the interests of prison administrators and/or corrections personnel. Any applications to file amicus briefs must be filed within 45 days of this order.<br><br>Signed by Judge Michael P. Shea on 10/17/2017. (Self, A.) (Entered: 10/17/2017) |
| 10/23/2017 | 252 | TRANSCRIPT of Proceedings: Type of Hearing: Telephone Status Conference. Held on July 26, 2017 before Judge Michael P. Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 11/13/2017. Redacted Transcript Deadline set for 11/23/2017. Release of Transcript Restriction set for 1/21/2018. (Marshall, M.) (Entered: 10/23/2017) |

| 11/16/2017 | 253 | Second MOTION for Extension of Time until January 17, 2018 to file a motion to intervene 251 Order on Motion for Extension of Time,, by Lindsey, Marinelli, Saylor. (Varunes, DeAnn) (Entered: 11/16/2017) |
|---|---|---|
| 11/17/2017 | 254 | ORDER. The 253 motion for extension of time to file a motion to intervene is hereby GRANTED. Further extensions are unlikely.<br><br>Signed by Judge Michael P. Shea on 11/17/2017. (Self, A.) (Entered: 11/17/2017) |
| 11/22/2017 | 255 | OBJECTION re 253 Second MOTION for Extension of Time until January 17, 2018 to file a motion to intervene 251 Order on Motion for Extension of Time,, filed by Rashad Williams. (Butts, Josiah) (Entered: 11/22/2017) |
| 11/22/2017 | 256 | MOTION for Release of Funds by Rashad Williams. (Butts, Josiah) (Entered: 11/22/2017) |
| 11/22/2017 | 257 | Memorandum in Support re 256 MOTION for Release of Funds filed by Rashad Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Butts, Josiah) (Entered: 11/22/2017) |
| 11/27/2017 | 258 | ORDER. In light of the plaintiff's 255 objection, the State shall have until Monday, December 4, 2017 to show cause as to why the Court should not require it to file any substantive arguments along with an intervention request by January 17, 2018.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 11/27/2017 | | Set Deadlines/Hearings: Show Cause Response due by 12/4/2017 (Johnson, D.) (Entered: 11/28/2017) |
| 12/01/2017 | 259 | NOTICE of Appearance by Dan Barrett on behalf of ACLU Foundation of Connecticut (Barrett, Dan) (Entered: 12/01/2017) |
| 12/01/2017 | 260 | MOTION for Leave to File *Amicus Brief* by ACLU Foundation of Connecticut. (Barrett, Dan) (Entered: 12/01/2017) |
| 12/04/2017 | 261 | ORDER. The 260 motion for leave to file amicus brief is hereby GRANTED.<br><br>Signed by Judge Michael P. Shea on 12/4/2017. (Self, A.) (Entered: 12/04/2017) |
| 12/04/2017 | 262 | NOTICE of Appearance by Maura Murphy−Osborne on behalf of State of Connecticut (Murphy−Osborne, Maura) (Entered: 12/04/2017) |
| 12/04/2017 | 263 | RESPONSE TO 258 Order, by State of Connecticut filed by State of Connecticut. (Murphy−Osborne, Maura) (Entered: 12/04/2017) |
| 12/05/2017 | 264 | NOTICE AND ORDER. In light of the possibility that the Court will permit multiple rounds of briefing in the event that the ACLU files an amicus brief, and in light of the questions raised by the plaintiff's 256 motion for release of funds, the State shall be required to file any substantive arguments concerning the plaintiff's 240 motion for aid of judgment only along with an intervention request by January 17, 2018. This does not affect the deadline, however, for the State to respond to the plaintiff's 256 motion for release of funds under Local Rule 7(a)(2). At this point, the Court is not inclined to extend that deadline because the 256 motion raises serious questions and refers to proceedings that are not before the Court, proceedings that may interfere with the plaintiff's ability to enforce the judgment of this Court. Once the facts and issues related to the motion for release of funds become clearer, however, the Court will consider the possibility of permitting supplemental briefing either as to the motion to for release of funds or as to issues affecting both of the plaintiff's collection−related motions.<br><br>Signed by Judge Michael P. Shea on 12/5/2017. (Self, A.) (Entered: 12/05/2017) |
| 12/05/2017 | 265 | NOTICE of Related Case by Rashad Williams (Butts, Josiah) (Entered: 12/05/2017) |
| 12/13/2017 | 266 | OBJECTION *To Plaiintiff's Motion To Unfreeze Assets* filed by State of Connecticut. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(O'Neill, Terrence) (Entered: 12/13/2017) |

| 12/27/2017 | 267 | REPLY to Response to 256 MOTION for Release of Funds filed by Rashad Williams. (Butts, Josiah) (Entered: 12/27/2017) |
|---|---|---|
| 01/17/2018 | 268 | RESPONSE re 240 MOTION for Aid of Judgment Order, 243 Order,,,,,,,,,, filed by State of Connecticut. (Murphy–Osborne, Maura) (Entered: 01/17/2018) |
| 01/31/2018 | 269 | REPLY to Response to 240 MOTION for Aid of Judgment Order *and in Further Support of said Motion* filed by Rashad Williams. (Butts, Josiah) (Entered: 01/31/2018) |
| 02/12/2018 | 270 | ORDER. Oral argument will be held in this case on March 6, 2018, at 10:00 A.M. on the plaintiff's 240 motion for aid of judgment and 256 motion for release of funds. The parties should also be prepared to address the pending 11 motion to remand to state court in State of Connecticut v. Williams (17cv2023). Signed by Judge Michael P. Shea on 2/12/2018. (Self, A.) (Entered: 02/12/2018) |
| 02/12/2018 | | Set/Reset Deadlines as to 240 MOTION for Aid of Judgment Order, 256 MOTION for Release of Funds . Motion Hearing set for 3/6/2018 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea (Johnson, D.) (Entered: 02/13/2018) |
| 02/14/2018 | 271 | MOTION to Continue *Oral Argument* by State of Connecticut. (Murphy–Osborne, Maura) (Entered: 02/14/2018) |
| 02/15/2018 | 272 | ORDER. The 271 motion to continue oral argument is hereby GRANTED. The oral argument referenced in the Court's 270 order is hereby rescheduled to Wednesday, March 14, 2018 at 10:00 A.M. Signed by Judge Michael P. Shea on 2/15/2018. (Self, A.) (Entered: 02/15/2018) |
| 02/15/2018 | 273 | NOTICE of Hearing on Motion re: 240 MOTION for Aid of Judgment Order, 256 MOTION for Release of Funds . ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 3/14/2018 10:00 AM in Courtroom Two, 450 Main St., Hartford, CT before Judge Michael P. Shea Signed by Judge Michael P. Shea on 2/15/18.(Johnson, D.) (Entered: 02/15/2018) |
| 02/20/2018 | 274 | ORDER. Writ of Habeas Corpus Ad Testificandum issued as to Rashad L. Williams. Signed by Judge Michael P. Shea on 2/20/2018. (Self, A.) (Entered: 02/20/2018) |
| 03/14/2018 | 275 | ORDER. The parties shall file on the docket by close of business on Friday, March 16, 2018, a statement indicating their understanding of the following: (1) any agreements concerning the amount of interest owed on Mr. Williams' judgment and whether it has been paid in full; (2) any remaining disputes between the parties concerning the post–judgment interest; and (3) any documents filed on the docket or otherwise indicating the presence of such agreements or disputes. Signed by Judge Michael P. Shea on 3/14/2018. (Self, A.) (Entered: 03/14/2018) |
| 03/14/2018 | 276 | Minute Entry. Proceedings held before Judge Michael P. Shea: taking under advisement 240 Motion for Order; taking under advisement 256 Motion for Release of Funds; Motion Hearing held on 3/14/2018 re 256 MOTION for Release of Funds filed by Rashad Williams, 240 MOTION for Aid of Judgment Order filed by Rashad Williams. Total Time: 1 hours and 20 minutes(Court Reporter Marshall.) (Johnson, D.) (Entered: 03/15/2018) |
| 03/16/2018 | 277 | RESPONSE re 275 Order,, filed by Marinelli. (Varunes, DeAnn) (Entered: 03/16/2018) |
| 03/16/2018 | 278 | RESPONSE re 275 Order,, by Rashad Williams. (Attachments: # 1 Exhibit A)(Butts, Josiah) (Entered: 03/16/2018) |
| 03/28/2018 | 279 | TRANSCRIPT of Proceedings: Type of Hearing: Telephone Status Conference. Held on July 26, 2017 before Judge Michael Shea. Court Reporter: Martha Marshall. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove |

| | | | |
|---|---|---|---|
| | | | personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/18/2018. Redacted Transcript Deadline set for 4/28/2018. Release of Transcript Restriction set for 6/26/2018. (Marshall, M.) (Entered: 03/28/2018) |
| 03/29/2018 | 280 | | ORDER. For the reasons set forth in the attached ruling, the 240 motion for aid of judgment is hereby GRANTED IN PART AND DENIED IN PART, and the 256 motion to unfreeze assets is hereby DENIED. Any supplemental briefs directed to the calculation of post–judgment interest shall be filed within **7 days of this order** and shall be limited to 5 pages. (See fn. 22 of attached ruling.) Signed by Judge Michael P. Shea on 3/29/2018. (Self, A.) Modified on 4/13/2018 to flag ruling as an opinion (Hernandez, T.). (Entered: 03/29/2018) |
| 04/04/2018 | 281 | | First MOTION for Extension of Time until April 12, 2018 to file motion for reconsideration by State of Connecticut. (Murphy–Osborne, Maura) (Entered: 04/04/2018) |
| 04/05/2018 | 282 | | ORDER. The 281 motion for extension of time is hereby GRANTED. The State of Connecticut shall have until April 12, 2018 to file a motion for reconsideration of the Court's 280 Order. Signed by Judge Michael P. Shea on 4/5/2018. (Self, A.) (Entered: 04/05/2018) |
| 04/05/2018 | 283 | | MOTION for Extension of Time until April 12, 2018 to file a Motion for Reconsideration by Marinelli. (Varunes, DeAnn) (Entered: 04/05/2018) |
| 04/06/2018 | 284 | | ORDER. The 283 motion for extension of time is hereby GRANTED. The defendant will have until April 12, 2018 to file a motion for reconsideration of the Court's 280 Order. Signed by Judge Michael P. Shea on 4/6/2018. (Self, A.) (Entered: 04/06/2018) |
| 04/12/2018 | 285 | | MOTION for Cost and Fees *(Plaintiff's Renewed Motion for Costs)* by Rashad Williams.Responses due by 5/3/2018 (Butts, Josiah) (Entered: 04/12/2018) |
| 04/12/2018 | 286 | | MOTION for Reconsideration re 280 Order on Motion for Order,, Order on Motion for Release of Funds, by Marinelli. (Attachments: # 1 Supplement)(Varunes, DeAnn) (Entered: 04/12/2018) |
| 04/16/2018 | 287 | | ORDER. The plaintiff shall file any response to the motion for 286 reconsideration on or before May 7, 2018. Signed by Judge Michael P. Shea on 4/16/2018. (Self, A.) (Entered: 04/16/2018) |
| 04/16/2018 | | | Set Deadlines as to 286 MOTION for Reconsideration re 280 Order on Motion for Order,, Order on Motion for Release of Funds, . Responses due by 5/7/2018 (Johnson, D.) (Entered: 04/17/2018) |
| 04/26/2018 | 288 | | ENTERED IN ERROR – NOTICE by Marinelli *of Appeal* (Varunes, DeAnn) Modified on 4/27/2018 (Fanelle, Nicholas). (Entered: 04/26/2018) |
| 04/26/2018 | 289 | | NOTICE OF APPEAL as to 280 Order on Motion for Order, Order on Motion for Release of Funds by Marinelli. Document number 288 corrected. (Fanelle, Nicholas) (Entered: 04/27/2018) |
| 04/27/2018 | 290 | | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 289 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the |

exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none. (Fanelle, Nicholas) (Entered: 04/27/2018)



**Activity in Case 3:13-cv-01154-MPS Williams v. Murphy et al Clerk's Certificate re: Notice of Appeal**

CMECF   to: CMECF                                                         04/27/2018 11:16 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 4/27/2018 at 11:15 AM EDT and filed on 4/27/2018

| | |
|---|---|
| **Case Name:** | Williams v. Murphy et al |
| **Case Number:** | 3:13-cv-01154-MPS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/20/2016** | |
| **Document Number:** | 290 |

**Docket Text:**
**CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: [289] Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none. (Fanelle, Nicholas)**

**3:13-cv-01154-MPS Notice has been electronically mailed to:**

Paul F. Thomas    paul@DuffyLawCT.com, Donna@DuffyLawCT.com

Linda L. Morkan    lmorkan@rc.com, stenore@rc.com

Terrence M. O'Neill    terrence.oneill@ct.gov