1)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Williams,
plaintiff,
v.
Marinelli,
defendant.

Civil Action:
3:13-cv-1154-MPS

SCANNED at and Emailed
7/13/2021 by mJ . 8 pages
date       initials   No.

## STATUS UPDATE

Pursuant to Fed.R.Civ.P., the plaintiff files this motion.

1. After filing his motion to Compel and motion to Dismiss, the plaintiff received additional information from his prior counsel, Attorney Butts. Attached Exhibit A.

2. The Defendant did not apply for Cert to the Supreme Court, the time has expired 2½ months ago.

3. When the plaintiff learned the Defendant did not respond to his motion to Compel, he wrote AAG O'neill, asking for the name of Mr. Marinelli's private counsel, on 6-29-21.

4. AAG O'neill did not respond to written request.

5. With all the new information, plaintiff simply wants to update the Court with the State's continual thwarting of plaintiff's attempts to collect.

6. It has now been 4 months since Marinelli was served.

WHEREFORE, the Court should take this additional information into account with respect on the outstanding rulings.

7-13-21

Rashad Williams
900 Highland Ave.
Cheshire, CT 06410

Rashad Williams

## Certification

I hereby that on July 13, 2021, a copy of the foregoing was sent electronically to (Defendant's counsel of record.

Terrence M. O'neill
Stephen R. Finucane
DeAnn S. Varunes

Maura Murphy-Osborne
Carmel A, Motherway
165 Capitol Avenue
Hartford, CT. 06106

7-13-21
R. Williams
Raphael Williams
#215234
Cheshire C.I.
900 Highland Ave.
Cheshire, CT. 06410