Exhibit A

# Robinson+Cole

J. TYLER BUTTS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jbutts@rc.com
Direct (860) 275-8226

*Via Electronic Mail & U.S. Mail*

May 24, 2021

Attorney Terrence M. O'Neill
Office of the Connecticut Attorney General
110 Sherman Street
Hartford, CT 06105
(Email: terrence.oneill@ct.gov)

Re:  *Williams v. Marinelli*, U.S.D.C. District of Connecticut, Case No.: 3:13-cv-01154-MPS

Dear Attorney O'Neill:

As you know, I represent plaintiff Rashad Williams in the above-captioned matter. Please accept this correspondence as followup to my April 30, 2021 correspondence. This correspondence is sent with the understanding that you are representing Dennis Marinelli in connection with the above-captioned matter. If this is not the case, please let me know. If Mr. Marinelli has retained personal, or other, counsel, please forward their information to me.

As you further know, following the District Court's March 29, 2018 Ruling on Motions for Aid of Judgment and Release of Funds, the Second Circuit's February 4, 2021 Opinion affirming that ruling, and the February 25, 2021 issuance of the Judgment Mandate by the Second Circuit, Mr. Williams served Mr. Marinelli with a First Set of Post-Judgment Interrogatories and Requests for Production of Documents dated March 18, 2021. I noted in my April 30, 2021 correspondence that I had not received a response to that discovery and I requested your availability to discuss Mr. Marinelli's overdue responses. On the morning of May 4, 2021, you emailed proposing to talk that afternoon, and asked for the best number to reach me. I responded by providing my direct phone number, but I did not hear from you. I emailed you on May 7, 2021 to again request a time to discuss, but received no response. I have not received any subsequent communication from your office, nor have I received Mr. Marinelli's discovery responses.

It is clear at this point that Mr. Marinelli has no intention of voluntarily responding to Mr. Williams' discovery, and that it has become necessary to involve Judge Shea. To that end, please let me know when of the following dates and times you are available to jointly contact the Court to discuss the outstanding discovery and Mr. Marinelli's failure to respond to that discovery:

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Attorney Terrence M. O'Neill
May 24, 2021
Page 2

- Wednesday, May 26, 2021 between 1:00pm and 3:00pm;
- Thursday, May 27, 2021 between 12:00pm and 4:00pm; and
- Friday, May 28, 2021 between 10:00am and 1:00pm.

Additionally, as you know, Mr. Williams noticed the deposition of Mr. Marinelli for May 7, 2021. You indicated in your May 4, 2021 email that you were unable to participate given the press of other work. You further indicated that we could discuss other dates to reschedule Mr. Marinelli's deposition that afternoon. However, as discussed above, that conversation never occurred. To that end, please see the enclosed First Amended Notice of Post-Judgment Deposition for Mr. Marinelli. As I am sure you understand, Mr. Williams will not be able to re-schedule Mr. Marinelli's deposition from the date and time on the enclosed Notice without a mutually agreed-to date certain.

Very truly yours,

*/s/ J. Tyler Butts*

J. Tyler Butts

Cc: Mr. Rashad Williams
    Inmate #215234
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD WILLIAMS<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PETER MURPHY, ET AL.,<br><br>　　　　　　　Defendants. | Case No.: 3:13-cv-01154-MPS<br><br><br><br><br><br>MAY 24, 2021 |

## FIRST AMENDED NOTICE OF POST-JUDGMENT DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 69 of the Federal Rules of Civil Procedure, and in light of the District Court's March 29, 2018 Ruling on Motions for Aid of Judgment and Release of Funds, the Second Circuit's February 4, 2021 Opinion affirming that ruling, and the February 25, 2021 issuance of the Judgment Mandate by the Second Circuit, the plaintiff Rashad Williams, by and through his attorneys, Robinson & Cole LLP, will take the deposition of defendant **Dennis Marinelli** on **Wednesday, June 16, 2021 at 10:00 a.m.**

The deposition will be taken before an official court reporter or other competent authority at the office of Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103. The deposition shall be recorded by stenographic, audio, video, and/or real-time transcription (e.g. LiveNote) means, and shall continue until completed. The transcript of the deposition may be used for any and all purposes permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence. You are invited to attend and cross-examine.

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 24, 2021, a copy of the foregoing document was served by email and U.S. mail on Defendant's counsel:

Attorney Terrence M. O'Neill
Office of the Connecticut Attorney General
110 Sherman Street
Hartford, CT 06105
Email: terrence.oneill@ct.gov

By: /s/ J. Tyler Butts
J. Tyler Butts