UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD WILLIAMS<br><br>                    Plaintiff,<br><br>v.<br><br>PETER MURPHY, ET AL.,<br><br>                    Defendants. | Case No.: 3:13-cv-01154-MPS<br><br><br><br><br><br>AUGUST 9, 2021 |

## MOTION TO WITHDRAW AND SUPPORTING MEMORANDUM OF LAW BY ATTORNEYS J. TYLER BUTTS AND LINDA L. MORKAN

Pursuant to Local Rule of Civil Procedure 7(e), attorneys J. Tyler Butts and Linda L. Morkan (collectively, "Counsel") respectfully request that they be permitted to withdraw their appearance of the plaintiff, Rashad Williams, in this matter. In support of the request, Counsel states as follows:

Prior to Counsel's appearance, Mr. Williams had successfully prosecuted, through a jury trial, a 42 U.S.C. § 1983 action against defendant Dennis Marinelli. Counsel appeared on Mr. Williams's behalf on July 5, 2017 (ECF Nos. 229-30)[1] in connection with Mr. Williams's efforts to protect the State of Connecticut from improperly seizing a large portion of that resulting judgment in connection with a cost of incarceration lien and, later, a claim for recoupment of public defender fees. This dispute was the subject of the Court's March 29, 2018 Ruling on Motions for Aid of Judgment and Release of Funds. (ECF No. 280). That ruling was affirmed by the Second Circuit on February 4, 2021. *Williams v. Marinelli*, 987 F.3d 188 (2d Cir. 2021). At this point, all that remains is for defendant Marinelli to pay Mr. Williams the remainder of the judgment entered against him. As set forth in Mr. Williams's May 20, 2021 Motion to Compel

---

[1] Counsel are representing Mr. Williams on a *pro se* basis. Counsel were not Court-appointed.

and Produce, Mr. Marinelli has, to-date, failed to respond to Mr. Williams's post-judgment discovery. (ECF No. 306).

As set forth in Mr. Williams's May 28, 2021 Motion to Dismiss Counsel (ECF No. 307), Mr. Williams has indicated a desire to proceed without Counsel. Specifically, Mr. Williams requests that the Court "sever the attorney/client relationship" between himself and Counsel. Counsel has no objection to that request.

For the reasons set forth above, Counsel respectfully request that the Court grant their motion to withdraw.

Respectfully submitted,                By:  /s/ J. Tyler Butts
                                                                                 Linda L. Morkan (ct03196)
J. Tyler Butts (ct28641)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel:  860-275-8200
Fax:  860-275-8299

**CERTIFICATION**

I hereby certify that on August 9, 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ J. Tyler Butts*
J. Tyler Butts