## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD WILLIAMS | CIVIL ACTION NO. 3:13CV1154(MPS) |
| v. | |
| PETER MURPHY | OCTOBER 15, 2021 |

### MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT

Pursuant to Fed. R. Civ. P. 67, the State of Connecticut and defendant Dennis Marinelli hereby move to deposit the sum of $149,472.00 with the Clerk of the Court. In support of this motion, the undersigned represents the following:

1. In this civil rights matter, the plaintiff prevailed at trial as to defendant Dennis Marinelli. After post-verdict motion practice, the court awarded the plaintiff $300,000.00.

2. Thereafter, the State of Connecticut decided to indemnify its employee while simultaneously deducting money owed by the plaintiff to the custodial parent of his child and asserting statutory liens against the proceeds of the judgment.

3. The plaintiff conceded it was appropriate to deduct child support owed to his child's custodial parent. However, he successfully challenged the State's assertion of other state liens, both in this court and in the Court of Appeals.

4. Upon remand to this court, the plaintiff has persistently refused to accept payment of the remainder of the judgment from the State.

5. The amount currently owed to the plaintiff is not in dispute. According to plaintiff's counsel, the amount of the disputed half of the judgment owed to the plaintiff is $142,430.00, and plaintiff is owed an additional $7,042.00

representing post-judgment interest that has accrued on the disputed portion of the judgment as of October 15, 2021, for a total of $149,472.00. See Email Correspondence between Counsel, Ex. A.

6. Attached hereto as Ex. B is a copy of the draft to be deposited with the court.

WHEREFORE, for the foregoing reasons, the court should:

A. Grant this motion for leave to deposit funds;

B. Issue an order to the Clerk of the Court to accept the payment of same as required under Fed. R. Civ. P. 67(a);

C. Upon receipt of the funds, order the Clerk of the Court to render payment of the remainder of the judgment to the plaintiff; and

D. Deny the plaintiff's pending motion to compel discovery as to the available assets of defendant Marinelli.

State of Connecticut
Department of Correction

WILLIAM TONG
ATTORNEY GENERAL

BY:    /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

## CERTIFICATION

I hereby certify that on October 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General