# EXHIBIT A

**O'Neill, Terrence**

| | |
|---|---|
| **From:** | Butts, J. Tyler <jbutts@rc.com> |
| **Sent:** | Friday, September 24, 2021 12:30 PM |
| **To:** | O'Neill, Terrence |
| **Cc:** | Morkan, Linda |
| **Subject:** | RE: Williams v. Marinelli |

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Terry – thanks for your email. I appreciate you communicating with me despite Mr. Williams's correspondence.

Mr. Williams is disappointed that Mr. Marinelli appears unwilling to address or discuss the totality of the demand set forth in my September 1, 2021 email. Mr. Williams does not agree with, nor consent to, the State's unilateral proposal to deposit any funds with the Court. For the reasons set forth in Mr. Williams's prior briefing on the issue, among others, Mr. Williams does not agree that such action satisfies Mr. Williams's judgment against Mr. Marinelli.

Tyler


**J. Tyler Butts**

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Direct 860.275.8226 | Fax 860.275.8299
jbutts@rc.com | Bio | V-Card

---

**Robinson+Cole**
**Embracing Change for Over 175 Years**

Our cross-disciplinary team continues to closely monitor COVID-19 legal implications - resources HERE

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | www.rc.com

**From:** O'Neill, Terrence <Terrence.ONeill@ct.gov>
**Sent:** Monday, September 13, 2021 3:31 PM
**To:** Butts, J. Tyler <jbutts@rc.com>
**Cc:** Morkan, Linda <LMORKAN@RC.com>
**Subject:** RE: Williams v. Marinelli

Hi Tyler,

I have received some correspondence from Mr. Williams, and I have refrained from communicating with him directly because he continues to be represented. With that in mind, we are prepared to pay him the disputed half of the judgment plus interest calculated as you set forth below. Also, we will withdraw the public defender's fees action and refrain from withholding any monies from this payment. It is our intention to make this payment on October 1st to give you time to communicate with your client and to report to us the manner in which you and your client wish to receive

1

the payment, e.g., a deposit into the plaintiff's inmate account, a payment to you or another third party or a payment to a trust. In exchange, we will expect your client to execute a satisfaction of judgment. We will not engage in any further negotiation regarding the plaintiff's other demands.

Alternatively, and if these terms are unacceptable to Mr. Williams, we will pay the balance and the accrued interest as of October 1 to the clerk of the court and the court can determine what should be done with the proceeds. We will take no position in any motion practice that may follow except to assert that our payment of the remainder of the judgment and interest as of the date of payment cuts off our obligation to pay any further interest.

Please let me know your client's position as soon as possible so I may order a check from the Comptroller payable to the proper party.

Regards,

Terry



**TERRENCE O'NEILL**
**Department Head of Public Safety**
Office of the Attorney General
110 Sherman Street, Hartford, CT 06105
Office: +1 860-808-5450 | Fax: +1 860-808-5591 | URL: https://ct.gov/ag/

Confidential Information: The information contained in this e-mail is confidential and protected from general disclosure. If the recipient or the reader of this e-mail is not the intended recipient, or person responsible to receive this e-mail, you are requested to delete this e-mail immediately and do not disseminate or distribute or copy. If you have received this e-mail by mistake, please notify us immediately by replying to the message so that we can take appropriate action immediately and see to it that this mistake is rectified.

**From:** Butts, J. Tyler <jbutts@rc.com>
**Sent:** Wednesday, September 1, 2021 11:56 AM
**To:** O'Neill, Terrence <Terrence.ONeill@ct.gov>
**Cc:** Morkan, Linda <LMORKAN@RC.com>
**Subject:** Williams v. Marinelli

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning Terry – I've had a chance to meet with Mr. Williams. I believe you may have received some correspondence from him in the last few months, but please consider this his up-to-date demand to resolve this matter.

- $142,430 representing the disputed half of the judgment.
- $6,859.68 in interest through today. By my calculation, interest is running at $4.24/day, but please let me know if your calculations are different.



Thanks,
Tyler

**J. Tyler Butts**

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Direct 860.275.8226 | Fax 860.275.8299
jbutts@rc.com | Bio | V-Card

**Robinson+Cole**
**Embracing Change for Over 175 Years**

Our cross-disciplinary team continues to closely monitor COVID-19 legal implications - resources HERE

3