# EXHIBIT B

**State of Connecticut**
**Office of the State Comptroller**
Hartford, CT 06106-1775

OSCM1    16216483    0000208897
CLERK US COURT FOR THE DISTRICT OF CT

450 MAIN ST
HARTFORD, CT 06103

| | |
|---|---|
| BU | OSCM1 |
| Agency Name | State Comptroller's Office |
| Reference Number | 16216483 |
| Payment Date | 10/16/2021 |
| Payment Amount | 149,472.00 |

Check Date: 10/16/2021    Supplier Number: 0000208897    Check No: 16216483

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
|---|---|---|---|---|---|---|
| Williams v Marinelli | 10/08/2021 | 00073642 | 149,472.00 | 0.00 | 0.00 | 149,472.00 |

Switch to direct deposit for faster payments www.osc.ct.gov/vendor
If additional information is required, please call State Comptroller's Office at (860)702-3693

---

THIS CHECK IS BLUE. THE BACK CONTAINS A STATE SEAL WATERMARK. HOLD AT AN ANGLE TO VERIFY.

CO-205 (NEW 3-17)    Office of the State Comptroller to the State Treasurer    51-44/119 CT

AGENCY NAME    State Comptroller's Office         BANK OF AMERICA         VENDOR CHECK NO.
BUSINESS UNIT    OSCM1                            Hartford, CT 06110              16216483

PAYMENT AMOUNT    ONE HUNDRED FORTY-NINE THOUSAND FOUR HUNDRED SEVENTY-TWO AND XX/100 DOLLARS

PAY TO THE ORDER OF             Payment Date   10/16/2021           Payment Amount   $ 149,472.00
CLERK US COURT FOR THE DISTRICT OF CT

NOT VALID UNLESS SIGNED BY BOTH
STATE COMPTROLLER AND STATE TREASURER



KEVIN LEMBO                           SHAWN T. WOODEN
COMPTROLLER - STATE OF CONNECTICUT    TREASURER - STATE OF CONNECTICUT

⑈16216483⑈ ⑆011900445⑆ 57437888⑈