UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD WILLIAMS, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 3:13CV1154(MPS) |
| | : | |
| DENNIS MARINELLI, | : | |
| *Defendant*. | : | |
| | : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF CHESHIRE CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **RASHAD WILLIAMS, #215234**, is confined at the CHESHIRE CORRECTIONAL INSTITUTION, 900 Highland Avenue, Cheshire, Connecticut, in the custody of the Commissioner of Corrections, and his attendance is required at an in-court status conference on **September 25, 2023 at 10:00 am;**

You are hereby commanded to deliver the said **RASHAD WILLIAMS, #215234**, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **September 25, 2023 at 10:00 am** and to be returned to your custody immediately at the conclusion of the proceeding.

SO ORDERED at Hartford, Connecticut this 7th day of September, 2023.

_____/s/_____
Michael P. Shea
United States District Judge