UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD WILLIAMS,<br>　*Plaintiff*, | :<br>:<br>: |
| v. | :     Case No. 3:13CV1154(MPS) |
| DENNIS MARINELLI,<br>　*Defendant*. | :<br>:<br>:<br>: |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF CHESHIRE CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **RASHAD WILLIAMS, #215234**, is confined at the CHESHIRE CORRECTIONAL INSTITUTION, 900 Highland Avenue, Cheshire, Connecticut, in the custody of the Commissioner of Corrections, and his attendance is required at an in-court status conference on **October 18, 2023 at 2:00pm;**

You are hereby commanded to deliver the said **RASHAD WILLIAMS, #215234**, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **October 18, 2023 at 2:00 pm** and to be returned to your custody immediately at the conclusion of the proceeding.

SO ORDERED at Hartford, Connecticut this 16th day of October, 2023.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Michael P. Shea
　　　　　　　　　　　　　　　　　United States District Judge